Robert Weigel (RW 0163)
Howard S. Hogan (HH 7995) JUDGE KAPLAN    '08 CIV 5065
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Plaintiffs Gucci America, Inc.*
*and Chloé SAS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

GUCCI AMERICA, INC. and CHLOÉ SAS,

          Plaintiffs,

   -against-

LAURETTE COMPANY, INC. and JENNIFER
MARIE MATTCHEN a/k/a JENNIFER MARIE
KIRK a/k/a JENNIFER BESSON d/b/a
THEBAGADDICTION.COM; ABC COMPANIES;
and JOHN DOES,

          Defendants.

-------------------------------------------------------------x



**COMPLAINT**

    Plaintiffs Gucci America, Inc. ("Gucci") and Chloé SAS ("Chloé") (collectively,

"Plaintiffs"), by their attorneys, Gibson, Dunn & Crutcher, LLP, for their complaint against

Defendants Laurette Company, Inc. and Jennifer Marie Mattchen a/k/a Jennifer Marie Kirk a/k/a

Jennifer Besson, doing business as TheBagAddiction.com; ABC Companies; and John Does

(collectively, "Defendants"), allege as follows:

## **NATURE OF THE ACTION**

1.      Consumers instantly recognize the various trademarks used to identify the luxury items merchandised or manufactured by or under licenses from Gucci and Chloé (collectively, the "Plaintiffs' Marks").  For decades, these famous, arbitrary, and fanciful Plaintiffs' Marks have received enormous exposure in the marketplace.  Over the years, millions of consumers have been exposed to Plaintiffs' Marks through extensive advertising campaigns, in mainstream and fashion magazines and other periodicals, as depicted on television and in motion pictures, on the Internet, and in other forms of unsolicited media coverage.  As a result, Plaintiffs' Marks are among the most widely-recognized trademarks in the United States, as well as among the most popular with consumers, which adds enormous value to the authentic products that the bear the Plaintiffs' Marks ("Plaintiffs' Products").

2.      Defendants, who have no affiliation with the Plaintiffs, have attempted to capitalize on the popularity of the Plaintiffs' Marks.  They manufacture and market counterfeit versions of Plaintiffs' Products (the "Counterfeit Products") in an effort to confuse consumers into believing that they are buying versions of Plaintiffs' Products or to otherwise compete directly with Plaintiffs' Products.

3.      To ensure that consumers make the association between Defendants' Counterfeit Products and the Plaintiffs' Products from which they were copied, Defendants not only copy the designs, patterns, and color schemes associated with Plaintiffs, but also expressly identify the Counterfeit Products as "Gucci" or "Chloé" products.

4.      Defendants have manufactured and sold their Counterfeit Products without the permission, authorization, or approval of the Plaintiffs.  Their conduct is likely to cause, and has caused, consumers mistakenly to believe that the Counterfeit Products sold and promoted by

Defendants either are authentic Plaintiffs' Products; are produced by Defendants under a license, agreement, joint venture or other form of authorization by the Plaintiffs; or are otherwise endorsed by or affiliated with the Plaintiffs, either at the point of sale or when consumers and potential consumers see the Counterfeit Products in use.

5.     For these and other reasons, Defendants have caused, and unless enjoined, will continue to cause, Plaintiffs irreparable harm and an incalculable loss of goodwill and damages.

## PARTIES

6.     Gucci is organized and exists under the laws of New York, with its principal place of business located at 685 Fifth Avenue, New York, New York 10022.  Gucci is the sole and exclusive distributor in the United States of items bearing the Gucci Marks (as defined herein) on leather goods, clothing, jewelry, accessories, home products, and related items (collectively, the "Gucci Products").

7.     Chloé is organized and exists under the laws of the Republic of France, with its principal place of business located at 5/7 Avenue Percier, 75008 Paris, France.  Chloé and its licensees and affiliates are the sole and exclusive distributors in the United States of items bearing the Chloé Marks (as defined herein) on apparel, handbags, fragrances, jewelry, and other accessories (collectively, the "Chloé Products").

8.     Upon information and belief, Laurette Company, Inc., doing business as TheBagAddiction.com, is a Nevada corporation that is organized and exists under the laws of United States, with a business address of 848 N. Rainbow Boulevard, Suite 1943, Las Vegas, Nevada 89107.

9.      Upon information and belief, Jennifer Marie Mattchen, also known as Jennifer Marie Kirk and Jennifer Besson and doing business as TheBagAddiction.com, has a home and/or business address of 703 Chesterfield Way, Rocklin, California 95765.

10.     Upon information and belief, ABC Companies are companies engaged in the manufacture, distribution, sale, and advertisement of Counterfeit Products, but whose identity and number are presently unknown.

11.     Upon information and belief, John Does are individuals who are consciously engaged in directing, controlling, ratifying, or otherwise participating in the manufacture, distribution, sale, and advertisement of Counterfeit Products, or who consciously and directly benefit financially from the manufacture, distribution, sale, and advertisement of Counterfeit Products, but whose identity and number are presently unknown.

## JURISDICTION AND VENUE

12.     This is an action arising under the Trademark Act of 1946, 15 U.S.C. § 1051, et seq. (the "Lanham Act") and under the laws of the State of New York.

13.     This Court has jurisdiction under 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331, 1338(a) and 1338(b).  This Court has supplemental jurisdiction over all other claims asserted herein under 28 U.S.C. § 1367(a).  Personal jurisdiction is proper over all Defendants pursuant to N.Y.C.P.L.R. § 302(a) because all Defendants have transacted and done business in New York, have solicited consumers in this District, have entered into agreements with consumers and businesses within this District, and have offered to sell and have sold Counterfeit Products to consumers within this District.

14.     Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to these claims arose in this District.

**PLAINTIFFS' BUSINESS AND MARKS**

15.    The Gucci and Chloé brands of luxury products are enormously popular with the general public.  The Plaintiffs' advertising, promotional, and marketing efforts have resulted in widespread and favorable public acceptance and recognition of Gucci and Chloé brands of luxury products.  As a result, the Plaintiffs' Marks have become famous and highly valuable marks, possessing strong secondary meaning among consumers.

16.    Gucci is the owner of the right, title and interest in and to, inter alia, the following federally registered trademarks and/or service marks:

| Mark | Reg./Serial No. | Date of Registration |
|---|---|---|
| GUCCI | 876,292<br>959,338<br>972,078<br>1,168,477<br>1,321,864 | 09/09/69<br>5/22/73<br>10/30/73<br>09/08/81<br>02/26/85 |
| NON-INTERLOCKING GG MONOGRAM<br> | 1,106,722 | 11/21/78 |
| GUCCI CREST<br> | 1,112,601 | 02/06/79 |

| | | |
|---|---|---|
| GREEN-RED-GREEN STRIPE  | 1,122,780<br>1,483,526 | 07/24/79<br>04/05/88 |
| SQUARE G  | 2,042,805<br>2,234,272 | 03/11/97<br>03/23/99 |
| REPEATING GG DESIGN  | 3,072,549 | 03/28/06 |

17.    Annexed hereto as Exhibit 1 are true and correct copies of United States Patent and Trademark Office ("PTO") registration certificates evidencing Gucci's ownership of these trademarks and printouts from the PTO's website setting forth the status of Gucci Marks.  All of the registrations set forth in Exhibit 1 are valid, subsisting, unrevoked, and uncancelled. Additionally, many of these registrations are incontestable.  Gucci also owns common law rights in the above and other marks for use in connection with the Gucci Products.  These registered and common law trademarks are collectively referred to as the "Gucci Marks."

18.    The Gucci Marks are in full force and effect.  Gucci has never abandoned the Gucci Marks, nor has Gucci ever abandoned the goodwill of Gucci's businesses in connection

thereto.  Gucci intends to continue to preserve and maintain its rights with respect to the Gucci Marks.

19.    For over fifty years, Chloé and its predecessors-in-interest have produced finely-crafted apparel and accessories for women.  Today, the company offers for sale and sells a wide range of products including apparel, various types of handbags, shoes, sunglasses, and other accessories.  Chloé's commitment to innovation in design and function, as well as the use of only the finest materials, has brought Chloé renown as a leading maker of luxury goods.

20.    Chloé currently sells or has recently sold handbags in the United States under the following trademarks, among others:  PADDINGTON, SILVERADO, EDDIE, NANCY, MAYA, AVA, ADA, OLLIE, MAGGIE, HELOISE, ELVIRE, TEKLA, AUDRA, ANNA, BETTY, EDITH, BAY, TRACEY, and SASKIA.

21.    Chloé is the owner of the right, title, and interest in and to, inter alia, the following trademarks and/or service marks that are either federally registered or pending federal registration:

| Mark | Reg./Serial No. | Date of Registration |
|------|-----------------|----------------------|
| CHLOE | 1,491,810<br>1,925,176<br>2,745,487<br>3,198,388 | 06/14/88<br>10/10/95<br>08/05/03<br>01/16/07 |
| CHLOE IN STYLIZED FORM<br><br>**Chloé** | 950,843<br>1,020,289<br>1,103,275<br>1,182,862<br>3,291,996 | 01/16/73<br>09/16/75<br>10/03/78<br>12/22/81<br>09/11/07 |
| PADDINGTON | 3,398,517 | 03/18-08 |

| SILVERADO | 78,863,566 | Pending |
| EDITH | 3,401,846 | 03/25/08 |

22.     Annexed hereto as Exhibit 2 are true and correct copies of PTO registration certificates evidencing Chloé's ownership of these trademarks and printouts from the PTO's website setting forth the status of Chloé Marks.  All of the registrations set forth in Exhibit 2 are valid, subsisting, unrevoked, and uncancelled.  Additionally, many of these registrations are incontestable.  Chloé also owns common law rights in the above and other marks, as described in Paragraph 20, for use in connection with apparel and handbags, among other goods.  These registered and common law trademarks are collectively referred to as the "Chloé Marks."

23.     Chloé is also the owner of the trade name "Chloé," which has been used to identify Chloé's products in the United States.

24.     Plaintiffs' Marks have been widely promoted, both in the United States and throughout the world.  Plaintiffs' Marks are among the world's most famous and widely recognized, and the public and consumers have come to recognize that Plaintiffs' Products originate exclusively with Plaintiffs.

25.     Plaintiffs each maintain strict quality control standards for all of Plaintiffs' Products.  Customers, potential customers, and other members of the public and industry associate Plaintiffs' Products with exceptional materials, style, and workmanship.  On information and belief, many consumers purchase Plaintiffs' Products because of Plaintiffs' reputation for quality.  On information and belief, Plaintiffs' Products are among the most popular luxury products offered for sale in the United States.

26.     Plaintiffs display their respective Gucci and Chloé Products in their respective advertising and promotional materials.  To date, Plaintiffs have spent hundreds of millions of dollars in advertising and promoting Plaintiffs' Marks and Plaintiffs' Products, and Plaintiffs, their predecessors-in-interest and its affiliated companies have enjoyed billions of dollars in sales.

27.     Plaintiffs' continuous and broad use of Plaintiffs' Marks has expanded their renown and enabled Plaintiffs to achieve fame and celebrity in their various product markets. Plaintiffs' respective reputations are a direct result of Plaintiffs' extensive advertising and promotion, and concomitant widespread sales, the care and skill utilized in the manufacture of the Plaintiffs' Products, the uniform high quality of such products sold under, or in connection with the Plaintiffs' Marks, and the public acceptance thereof.  Plaintiffs have created invaluable goodwill throughout the United States and elsewhere by selling products of dependable quality. Based on the extensive sales of the Plaintiffs' Products and such products' wide popularity, the Plaintiffs' Marks have developed a secondary meaning and significance in the minds of the purchasing public, and the services and products utilizing and/or bearing such marks and names are immediately identified by the purchasing public with Plaintiffs.

### THE COUNTERFEIT PRODUCTS

28.     Defendants, without authorization or license from Plaintiffs, have willfully and intentionally used, reproduced and/or copied Plaintiffs' Marks in connection with their manufacturing, distributing, exporting, importing, advertising, marketing, selling and/or offering to sell their Counterfeit Products.  Defendants have shipped at least certain of the Counterfeit Products to New York.

29.     Defendants' website freely admits that the Counterfeit Products are not authentic, but rather are "mirror image[s]" of Plaintiffs' Products.  For example, shown below is an image of an authentic Gucci "Horsebit Nail" Boston bag.  The product displayed below bears Gucci's federally registered GUCCI trademark name, non-interlocking "GG" monogram, and repeating "GG" design.  See Ex. 1 (U.S. Reg. Nos. 876,292; 959,338; 972,078; 1,106,722; 1,168,477; 1,321,864; 3,072,549).



30.     Set forth below is an image of a Counterfeit Product offered by Defendants for sale to the public through TheBagAddiction.com website.  The handbag displayed below has handles and ornamentation that are designed to appear like the handles and ornamentation on the authentic Gucci handbag shown above.  The overall effect of the design of this Counterfeit Product is not only confusingly similar to the design of the authentic Gucci product shown above, it also bears an exact copy of Gucci's federally registered trademark name, non-interlocking "GG" monogram, and repeating "GG" design.



31.    Similarly, shown below is an image of an authentic Chloé Paddington Classic Satchel.  The product displayed below bears Chloé's federally registered CHLOE trademark name, see Ex. 2 (U.S. Reg. Nos. 1,491,810; 1,513,535; 1,925,176; 2,745,487; 3,198,388), and PADDINGTON trademark name, see Ex. 2 (U.S. Serial No. 78,863,562).



32.    Set forth below is an image of a Counterfeit Product offered by Defendants for sale to the public through TheBagAddiction.com website.  The handbag displayed below has handles, buckles, pockets, and ornamentation that are designed to appear like the handles, buckles, pockets, and ornamentation on the authentic Chloé handbag shown above.  The overall effect of the design of this Counterfeit Product is not only confusingly similar to the design of

the authentic Chloé product shown above, it also bears an exact copy of Chloé's federally

registered trademark name.



33.    Further, shown below is an image of an authentic Gucci "Chain Large Hobo"

handbag.  The product displayed below bears Gucci's federally registered GUCCI trademark

name, non-interlocking "GG" monogram, and repeating "GG" design.  See Ex. 1 (U.S. Reg. Nos.

876,292; 959,338; 972,078; 1,106,722; 1,168,477; 1,321,864; 3,072,549).



34.    Set forth below is an image of a Counterfeit Product offered by Defendants for

sale to the public through TheBagAddiction.com website.  The handbag displayed below is

designed to appear like the authentic Gucci handbag shown above.  The overall effect of the

design of this Counterfeit Product is not only confusingly similar to the design of the authentic

Gucci product shown above, it also bears an exact copy of Gucci's federally registered trademark name, non-interlocking "GG" monogram, and repeating "GG" design.



35.    All of Defendants' Counterfeit Products follow this pattern – each uses the color scheme, pattern, and design of one of Plaintiffs' Products and bears an exact duplicate of at least one of Plaintiffs' Marks.

36.    Even though they are of inferior quality and workmanship, the Counterfeit Products appear superficially similar, and in some cases superficially identical, to genuine Plaintiffs' Products.  The design of the Counterfeit Products and the display of the Plaintiffs' Marks communicate to consumers, and consumers are therefore likely to be confused into believing, that the Counterfeit Products were manufactured, licensed, approved or sponsored by, or otherwise affiliated with, the Plaintiffs.

37.    Defendants have offered these Counterfeit Products for sale without permission, authority or license from Plaintiffs and, upon information and belief, such actions were taken in bad faith with full knowledge of the Plaintiffs' ownership of and/or exclusive rights to use and license the Plaintiffs' Marks.  At all relevant times and in furtherance of their infringing

activities, Defendants have willfully and intentionally used and continue to use Plaintiffs' Marks on Counterfeit Products.

38.    The result of Defendants' manufacturing, advertisement, distribution, and sale of Counterfeit Products will be to deceive and mislead consumers into believing that Defendants' products or activities are authorized or sponsored by the Plaintiffs or to cause mistake or to deceive.

39.    In particular, Defendants' website makes liberal use of the Plaintiffs' Marks to make an explicit connection between their Counterfeit Products and Plaintiffs' Products.  For example, set forth below are true and accurate images of Defendants' TheBagAddiction.com website describing their Counterfeit Products as, respectively, "Gucci" and "Chloe":



40.    The Counterfeit Products are not genuine Plaintiffs' Products bearing the

Plaintiffs' Marks.  Plaintiffs did not manufacture, inspect, or package the Counterfeit Products,

and did not approve the Counterfeit Products for sale and/or distribution.  Plaintiffs have

examined samples of the Counterfeit Products and determined them to be counterfeit.

41.    On information and belief, Defendants offer their Counterfeit Products both

directly to consumers through their website and to be resold to the public through conventional

channels on a wholesale basis.

42.    On information and belief, Defendants have infringed at least 6 Gucci Marks by

collectively selling, offering to sell, and/or distributing at least 20 different types of goods

bearing counterfeits of Gucci Marks, including, but not limited to:  (1) totes; (2) satchels; (3) top

handle bags; (4) shoulder bags; (5) hobos; (6) clutches; (7) evening bags; (8) exotic bags;

(9) wristlets; (10) belt bags; (11) watches; (12) passport covers; (13) business card holders;

(14) belts; (15) women's wallets; (16) men's wallets; (17) diaper bags; (18) sunglasses;

(19) cosmetic pouches; and (20) messenger bags.

43.    On information and belief, Defendants have infringed at least 21 Chloé Marks,

including 5 federally registered Chloé Marks, by collectively selling, offering to sell, and/or

distributing at least 8 different types of goods bearing counterfeits of Chloé Marks, including, but

not limited to:  (1) totes; (2) satchels; (3) frame bags; (4) shoulder bags; (5) hobos; (6) clutches;

(7) messenger bags; and (8) women's wallets.

44.    On information and belief, Defendants have made use of the services of at least

the following banks, savings and loan associations, credit card companies, credit card processing

agencies, or other financial institutions or agencies that engage in the transfer of real property in

order to carry out, facilitate, complete, or ratify the unlawful transactions complained of herein

or used such entities to hold, transfer, transmit, relay, maintain, or invest profits from the unlawful activities described herein:  (*i*) any and all Patelco Credit Union accounts that are associated with or utilized by any of Defendants; (*ii*) any and all MasterCard, Visa, American Express, and/or Discover credit or debit card payment accounts that are associated with or utilized by any of Defendants; (*iii*) any and all accounts with any and all financial institutions responsible for processing credit or debit card purchases from any of Defendants, including but not limited to purchases made with a MasterCard credit card account from "THEBAGADDICTION.COM"; and (*iv*) any and all accounts with any and all financial institutions responsible for processing credit or debit card purchases from any of Defendants, including but not limited to purchases made with an American Express credit card from "THEBAGADDICTION.COM ROCKLIN CA"; (*v*) any and all accounts with any and all financial institutions responsible for processing credit or debit card purchases from any of Defendants, including but not limited to purchases made with a Visa credit card from "THEBAGADDICTION.COM 866-755-0356 CA"; and (*vi*) any and all accounts with any and all financial institutions responsible for processing credit or debit card purchases from any of Defendants, including but not limited to purchases made with a Discover credit card from "THEBAGADDICTION.COM ROCKLIN CA"; (*vii*) any and all Volusion, Inc. accounts that are associated with or utilized by www.TheBagAddiction.com and/or any of Defendants; and (*viii*) any and all accounts maintained by CyberSource Corporation a/k/a Authorize.Net that are associated with or utilized by www.TheBagAddiction.com and/or any of the Defendants.

45.    On information and belief, Defendants' website www.TheBagAddiction.com is supported and powered by Volusion, Inc.

46.    On information and belief, Defendants' website www.TheBagAddiction.com is a verified Authorize.Net merchant.

47.    On information and belief, Defendants have purchased internet advertisements to further the sale of their Counterfeit Products from at least the following internet search engines and online shopping price comparison sites in order to attract customers to the unlawful activities described herein:  (*i*) Google, Inc.; (*ii*) NexTag, Inc.; (*iii*) Shopzilla, Inc.; and (*iv*) Become, Inc.

48.    Defendants' internet advertisements appear when consumers search for certain terms, such as "Gucci Handbags," "Chloe Handbags," or "Handbags and Accessories," on the internet search engines or online shopping price comparison sites.  Defendants' advertisement and a link to Defendants' website appears in close proximity to Plaintiffs' Marks.  For example, shown below are true and correct screen shots of Defendants' "sponsored link" internet advertisements except that arrows have been added to direct the reader's attention to the relevant text:









## <u>FIRST CAUSE OF ACTION</u>

(Trademark Infringement Under Section 32
of the Lanham Act, 15 U.S.C. § 1114(1)(a))

49.    Plaintiffs repeat and reallege each and every allegation in the foregoing

paragraphs as if fully set forth herein.

50.    Plaintiffs' Marks and the goodwill of the businesses associated with them in the

United States and throughout the world are of great and significant value, are highly distinctive

and arbitrary, and have become universally associated in the public mind with the products and

services of the very highest quality and reputation.

51.     Defendants' actions described above have caused and are likely to cause confusion and mistake and to deceive potential customers and the general purchasing public as to the source, origin, or sponsorship of their Counterfeit Products, and are likely to deceive the public into believing that the Counterfeit Products sold by Defendants originate from, are associated with, or are otherwise authorized by Plaintiffs, all to the damage and detriment of Plaintiffs' reputation, goodwill and sales.

52.     Defendants' unauthorized use of Plaintiffs' Marks constitutes trademark infringement of federally-registered Plaintiffs' Marks, the full extent of which is presently unknown but is substantial.  This has caused damage to Plaintiffs and the substantial business and goodwill symbolized by Plaintiffs' Marks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

53.     Defendants' actions described above, including the unauthorized use of Plaintiffs' Marks in interstate commerce, have caused, and unless restrained will continue to cause, great and irreparable injury to Plaintiffs, to Plaintiffs' Marks, and to the business and goodwill represented thereby, leaving Plaintiffs with no adequate remedy at law.

## SECOND CAUSE OF ACTION

(Trademark Counterfeiting Under Sections 32, 34 and 35,
of the Lanham Act, 15 U.S.C. §§ 1114(1)(b), 1116(d), & 1117(b)-(c))

54.     Plaintiffs repeat and reallege each and every allegation in the foregoing paragraphs as if fully set forth herein.

55.     Without Plaintiffs' authorization or consent, and having knowledge of Plaintiffs' well-known and prior rights in Plaintiffs' Marks, Defendants have distributed, advertised, offered

for sale and/or sold their Counterfeit Products to the consuming public in direct competition with Plaintiffs, in or affecting interstate commerce.

56.    Defendants' Counterfeit Products reproduce, counterfeit, copy, and colorably imitate the Plaintiffs' Marks or display spurious designations that are identical with, or substantially indistinguishable from Plaintiffs' Marks.  Defendants have applied their reproductions, counterfeits, copies, and colorable imitations to labels and advertisements intended to be used in commerce upon or in connection with the sale, distribution, or advertising of Defendants' Counterfeit Products, which is likely to cause confusion, or to cause mistake, or to deceive.

57.    Defendants' unauthorized use of Plaintiffs' Marks on or in connection with the Counterfeit Products was done with notice and full knowledge that such use was not authorized or licensed by Plaintiffs.  Defendants' actions constitute willful counterfeiting of Plaintiffs' Marks in violation of 15 U.S.C. §§ 1114, 1116(d), and 1117(b)-(c).

58.    As a direct and proximate result of Defendants' conduct, Plaintiffs have suffered damage to their valuable Plaintiffs' Marks, and other damages in an amount to be proved at trial.

59.    Plaintiffs do not have an adequate remedy at law, and will continue to be damaged by Defendants' sale of Counterfeit Products unless this Court enjoins Defendants from such fraudulent business practices.

## THIRD CAUSE OF ACTION

(False Designation of Origin Under Section 43(a)
of the Lanham Act, 15 U.S.C. § 1125(a))

60.    Plaintiffs repeat and reallege each and every allegation in the foregoing paragraphs as if fully set forth herein.

61.     As a result of the experience, care, and service of Plaintiffs in producing and providing Plaintiffs' Products, Plaintiffs' Products have become widely known and have acquired a worldwide reputation for excellence.  Moreover, Plaintiffs' Marks have become associated with Plaintiffs' Products, and have come to symbolize the reputation for quality and excellence of Plaintiffs' Products.  As such, Plaintiffs' Marks have attained secondary meaning. Plaintiffs' Marks are also inherently distinctive.

62.     Defendants' use of Plaintiffs' Marks on or in connection with the Counterfeit Products, as alleged above, is likely to confuse, mislead, or deceive customers, purchasers, and members of the general public as to the origin, source, sponsorship, or affiliation of the Counterfeit Products, and is likely to cause such people to believe in error that the Counterfeit Products have been authorized, sponsored, approved, endorsed, or licensed by Plaintiffs, or that Defendants are in some way affiliated with Plaintiffs.

63.     Defendants' actions, including but not limited to their unauthorized use in commerce of Plaintiffs' Marks, constitute a false designation of origin, false and misleading descriptions of fact, and false and misleading representations of fact, which have caused, and are likely to cause, confusion, mistake and deception, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

64.     Defendants' actions described above, including their unauthorized, false, and misleading use in commerce of Plaintiffs' Marks on Counterfeit Products and other uses of Plaintiffs' Marks in interstate commerce, have caused, and unless restrained, will continue to cause, great and irreparable injury to Plaintiffs, and to the business and goodwill represented by Plaintiffs' Marks in an amount that cannot presently be ascertained, leaving Plaintiffs with no adequate remedy at law.

## FOURTH CAUSE OF ACTION

(Trademark Dilution Under the Federal Trademark
Dilution Act, 15 U.S.C. § 1125(c))

65.    Plaintiffs repeat and reallege each and every allegation in the foregoing

paragraphs as if fully set forth herein.

66.    Plaintiffs' Marks are famous within the meaning of the Trademark Dilution

Revision Act of 2006.  Among other things:  (a) they have a high degree of inherent

distinctiveness; (b) they have been used continuously for decades throughout the United States to

promote many goods and services; (c) Plaintiffs and their authorized licensees have advertised

and publicized Plaintiffs' Marks continuously for decades throughout the United States;

(d) Plaintiffs have used Plaintiffs' Marks in a trading area of broad geographical scope

encompassing all of the states and territories of the United States; (e) Plaintiffs' Marks are

among the preeminent marks in the luxury goods market; (f) Plaintiffs' Marks have an extremely

high degree of recognition among consumers; (g) there are no trademarks similar to those of

Plaintiffs; and (h) many of Plaintiffs' Marks are the subject of valid and subsisting registrations

under the Lanham Act on the Principal Register.

67.    Because Plaintiffs' Products have gained a reputation for superior quality and

excellence, Plaintiffs' Marks have gained substantial renown and reputation.

68.    Defendants' use of Plaintiffs' Marks is likely to cause blurring to and of

Plaintiffs' Marks and impair the distinctiveness of Plaintiffs' Marks.  Consumers are likely to

associate Defendants' uses of Plaintiffs' Marks with the Plaintiffs' Marks themselves because of

the similarity between Defendants' use of Plaintiffs' Marks and Plaintiffs' Marks themselves.  In

particular, on information and belief, the following factors make dilution by blurring likely:

(a) Defendants are making uses of Plaintiffs' Marks themselves; (b) Plaintiffs' Marks have

acquired tremendous distinctiveness through Plaintiffs' continuous promotion and uses of Plaintiffs' Marks; (c) Plaintiffs' Marks have become famous and achieved a high level of recognition among the consuming public; (d) Plaintiffs' commercial use of Plaintiffs' Marks is substantially exclusive to Plaintiffs and its agents and licensees; (e) on information and belief, Defendants intend to create an association between Defendants' uses of Plaintiffs' Marks and Plaintiffs' Marks themselves; and (f) on information and belief, many consumers actually associate Defendants' uses of Plaintiffs' Marks confusingly similar thereto with Plaintiffs' Marks themselves.

69.     Defendants' conduct as alleged above is also likely to cause tarnishment among Plaintiffs' Marks that harms the reputation of Plaintiffs' Marks because of the similarity between Defendants' uses of Plaintiffs' Marks and Plaintiffs' Marks themselves.  In particular, the Counterfeit Products sold, offered for sale, and/or distributed by Defendants display Plaintiffs' Marks in a manner that is confusingly similar to Plaintiffs' Products and therefore mislead consumers that Plaintiffs' Products are of low quality.

70.     Defendants' conduct described above dilutes, blurs, tarnishes, and whittles away the distinctiveness of Plaintiffs' Marks, and has caused actual dilution and has detracted from the distinctiveness of the famous Plaintiffs' Marks with consequent damage to Plaintiffs, and to the substantial business and goodwill symbolized by Plaintiffs' Marks in violation of the Federal Trademark Dilution Act, 15 U.S.C. § 1125(c).

71.     Defendants' acts of trademark dilution have caused and, unless restrained, will continue to cause, great and irreparable injury to Plaintiffs, and to Plaintiffs' Marks and to the substantial business and goodwill represented thereby, in an amount that cannot be presently ascertained, leaving Plaintiffs with no adequate remedy at law.

72.     Defendants' conduct has been undertaken with a willful intent to trade on the reputation of Plaintiffs and to cause dilution of the famous Plaintiffs' Marks, and this conduct entitles Plaintiffs to damages and the other remedies available pursuant to 15 U.S.C. § 1125(c)(2).

## FIFTH CAUSE OF ACTION

### (Trademark Infringement Under New York Law)

73.     Plaintiffs repeat and reallege each and every allegation in the foregoing paragraphs as if fully set forth herein.

74.     Defendants' acts as described above constitute trademark infringement under New York common and/or statutory law.  N.Y. Gen. Bus. Law §§ 360-k, 360-o.

## SIXTH CAUSE OF ACTION

### (Trademark Dilution Under New York Law)

75.     Plaintiffs repeat and reallege each and every allegation in the foregoing paragraphs as if fully set forth herein.

76.     Defendants' acts as described above dilute and detract from the distinctiveness of the famous Plaintiffs' Marks, resulting in damage to Plaintiffs and the substantial business and goodwill symbolized by Plaintiffs' Marks in violation of New York's Anti-Dilution Statute, N.Y. Gen. Bus. Law § 360-l.

## SEVENTH CAUSE OF ACTION

### (Unfair Competition Under New York Law)

77.     Plaintiffs repeat and reallege each and every allegation in the foregoing paragraphs as if fully set forth herein.

78.    Defendants' acts as described above constitute unfair competition under New York State common law, as preserved by N.Y. Gen. Bus. Law § 360-o.

## EIGHTH CAUSE OF ACTION

(Deceptive Acts and Practices Under New York Statutory Law)

79.    Plaintiffs repeat and reallege each and every allegation in the foregoing paragraphs as if fully set forth herein.

80.    Defendants' acts as described above constitute deceptive acts and practices and false advertising in violation of N.Y. Gen. Bus. Law §§ 349-350.

WHEREFORE, Plaintiffs respectfully request that this Court:

1.    Immediately and permanently enjoin Defendants, their officers, directors, agents, representatives, successors or assigns, and all persons acting in concert or in participation with any of them from:

    (a)    manufacturing, distributing, delivering, shipping, importing, exporting, advertising, marketing, promoting, selling or otherwise offering for sale Counterfeit Products or any other products produced by Plaintiffs or confusingly similar to Plaintiffs' Products, or that otherwise bear, contain, display, or utilize any of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks;

    (b)    making or employing any other commercial use of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks;

(c)     using any other false designation of origin or false description or

representation or any other thing calculated or likely to cause

confusion or mistake in the mind of the trade or public or to deceive

the trade or public into believing that Defendants' products or

activities are in any way sponsored, licensed or authorized by or

affiliated or connected with Plaintiffs; and

(d)     doing any other acts or things calculated or likely to cause confusion

or mistake in the mind of the public or to lead purchasers or consumers

or investors into the belief that the products or services promoted,

offered, or sponsored by Defendants come from Plaintiffs or their

licensees, or are somehow licensed, sponsored, endorsed, or authorized

by, or otherwise affiliated or connected with Plaintiffs; and

(e)     moving, returning, or otherwise disposing of, in any manner, any

Counterfeit Products or any other products confusingly similar to

Plaintiffs' Products, or that otherwise bear, contain, display, or utilize

any of Plaintiffs' Marks, any derivation or colorable imitation thereof,

or any mark confusingly similar thereto or likely to dilute or detract

from the Plaintiffs' Marks; and

(f)     secreting, destroying, altering, removing, or otherwise dealing with the

unauthorized products or any books or records which contain any

information relating to the importing, manufacturing, producing,

distributing, circulating, selling, marketing, offering for sale,

advertising, promoting, renting, or displaying of all unauthorized

products which infringe Plaintiff's Trademarks; and

(g)       further diluting and infringing all Plaintiffs' Marks and damaging

Plaintiffs' goodwill; and

(h)       otherwise competing unfairly with Plaintiffs or any of their authorized

licensees in any manner; and

(i)       assisting, aiding, or abetting any other person or business entity in

engaging in or performing any of the activities referred to in the above

subparagraphs (a) through (h), or effecting any assignments or

transfers, forming new entities or associations, or utilizing any other

device for the purpose of circumventing or otherwise avoiding the

prohibitions set forth in subparagraphs (a) through (h).

2.       Direct Defendants to account to Plaintiffs for their profits and order that the

Plaintiffs recover their damages arising out of the acts of deception and infringement described

above, and a sum equal to three times such profits or damages (whichever is greater), pursuant to

15 U.S.C. § 1117(a) and (b);

3.       Award Plaintiffs statutory damages of $160 million representing $1,000,000 per

counterfeit mark per type of goods or services sold, offered for sale, or distributed, pursuant to

15 U.S.C. § 1117(c);

4.       Award Plaintiffs punitive damages pursuant to New York State common law (as

preserved by N.Y. Gen. Bus. Law § 360-o) on account of Defendants' gross, wanton, willful, and

malicious conduct;

5.      Direct Defendants to recall and remove from all stores, shops, markets, outlets, catalogues, websites, or other channels of commerce any Counterfeit Products or any other products confusingly similar to Plaintiffs' Products, or that otherwise bear, contain, display, or utilize any of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks, that are in Defendants' possession or control and all means of making the same;

6.      Direct Defendants to deliver up for destruction all Counterfeit Products or any other products confusingly similar to Plaintiffs' Products, or that otherwise bear, contain, display or utilize any of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks, that are in Defendants' possession or control and all means of making the same, in accordance with 15 U.S.C. § 1118;

7.      Direct Defendants to deliver up for destruction any and all guarantees, circulars, price lists, labels, signs, prints, packages, wrappers, pouches, receptacles, advertising matter, promotional, and other materials in the possession or control of Defendants bearing any of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks, in accordance with 15 U.S.C. § 1118;

8.      Direct Defendants to supply Plaintiffs with a complete list of entities from whom they purchased and to whom they distributed and/or sold Counterfeit Products or any other products confusingly similar to Plaintiffs' Products, or that otherwise bear, contain, display or utilize any of Plaintiffs' Marks, any derivation or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Plaintiffs' Marks, and to provide

the manner through which the Counterfeit Products or other products were paid, including any bank accounts to, through, or from which funds were wired;

9.    Direct Defendants to file with the Court and serve on counsel for Plaintiffs within thirty (30) days after entry of any injunction issued by the Court in this action, a sworn written statement pursuant to 15 U.S.C. § 1116(a) setting forth in detail the manner and form in which Defendants have complied with any injunction which the Court may enter in this action;

10.    Award Plaintiffs their reasonable attorneys' fees along with the costs and disbursements incurred herein as a result of Defendants' intentional and willful infringement, pursuant to 15 U.S.C. § 1117 and N.Y. Gen. Bus. Law § 349(h);

11.    Order that any of Defendants' assets that are held by or within the control of entities that are subject to the jurisdiction of this Court, be restrained and frozen pending the outcome of this action so that Plaintiffs' right to the damages set forth in this Complaint is not later rendered meaningless.

12.    Award Plaintiffs such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        June 2, 2008

                        Respectfully submitted,

                        GIBSON, DUNN & CRUTCHER

                        By:
                            Robert Weigel (RW 0163)
                            Howard S. Hogan (HH 7995)

                        200 Park Avenue
                        New York, New York 10166
                        (212) 351-4000

                        *Attorneys for Plaintiffs Gucci America, Inc.
                        and Chloé SAS*

**EXHIBIT 1**

Int. Cls.: 16, 18, 21 and 25

Prior U.S. Cls.: 2, 3, 37, 39 and 41

**United States Patent and Trademark Office**

Reg. No. 876,292
Registered Sep. 9, 1969
OG Date Aug. 29, 1989

Renewal

## TRADEMARK
## PRINCIPAL REGISTER

### GUCCI

GUCCI AMERICA, INC. (NEW YORK CORPORATION)
685 FIFTH STREET
NEW YORK, NY 10022, BY CHANGE OF NAME FROM GUCCI SHOPS INC. (NEW YORK CORPORATION) NEW YORK, NY

FOR: VACUUM BOTTLES, COMPACTS SOLD EMPTY AND VANITY CASES SOLD EMPTY, IN CLASS 2 (INT. CL. 21).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

FOR: POCKETBOOKS, WALLETS, TRAVEL AND DUFFEL BAGS, ATTA-CHE CASES, TOILET CASES SOLD EMPTY AND SHOE BAGS, IN CLASS 3 (INT. CL. 18).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

FOR: DESK SETS INCLUDING BLOTTERS, DESK PADS, LETTER OPENERS, PENCIL HOLDERS, AND A LEATHER TRAY , IN CLASS 37 (INT. CL. 16).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

FOR: SHOES AND BOOTS, IN CLASS 39 (INT. CL. 25).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

FOR: UMBRELLAS, IN CLASS 41 (INT. CL. 18).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

SER. NO. 300,192, FILED 6–11–1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 29, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:47:51 ET

**Serial Number:** 72300192 <u>Assignment Information</u>

**Registration Number:** 876292

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1989-07-17

**Filing Date:** 1968-06-11

**Transformed into a National Application:** No

**Registration Date:** 1969-09-09

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-01-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH STREET
NEW YORK, NY 10022
United States

**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**U.S. Class:** 002 (International Class 021)
**Class Status:** Active
VACUUM BOTTLES, COMPACTS SOLD EMPTY AND VANITY CASES SOLD EMPTY
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 003 (International Class 018)
**Class Status:** Active
POCKETBOOKS, WALLETS, TRAVEL AND DUFFEL BAGS, ATTACHE CASES, TOILET
CASES SOLD EMPTY AND SHOE BAGS
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 037 (International Class 016)
**Class Status:** Active
DESK SETS INCLUDING BLOTTERS, DESK PADS, LETTER OPENERS, PENCIL HOLDERS,
AND A LEATHER TRAY
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 039 (International Class 025)
**Class Status:** Active
SHOES AND BOOTS
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 041 (International Class 018)
**Class Status:** Active
UMBRELLAS
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1989-09-09 - First renewal

1989-05-19 - Section 9 filed/check record for Section 8

1977-02-28 - Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

# United States Patent Office

**959,338**
**Registered May 22, 1973**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 420,356, filed Apr. 4, 1972

## GUCCI

Gucci Shops Inc. (New York corporation)
699 5th Ave.
New York, N.Y.   10022

For: WATCHES, in CLASS 27 (INT. CL. 14).
First use 1957; in commerce 1957.
Owner of Reg. No. 876,292.

R. PEVERADA, Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:51:40 ET

**Serial Number:** 72420356 <u>Assignment Information</u>

**Registration Number:** 959338

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-02-13

**Filing Date:** 1972-04-04

**Transformed into a National Application:** No

**Registration Date:** 1973-05-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-04-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**U.S. Class:** 027 (International Class 014)
**Class Status:** Active
WATCHES
**Basis:** 1(a)
**First Use Date:** 1957-00-00
**First Use in Commerce Date:** 1957-00-00

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
876292

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2006-05-19 - Review Of Correspondence Complete

2004-02-13 - FAX RECEIVED

2004-02-13 - Second renewal 10 year

2004-02-13 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-05 - Combined Section 8 (10-year)/Section 9 filed

2002-12-03 - PAPER RECEIVED

1993-04-21 - First renewal 10 year

Latest Status Info

1993-02-08 - Section 9 filed/check record for Section 8

1993-02-08 - Section 9 filed/check record for Section 8

1993-02-08 - Section 9 filed/check record for Section 8

1979-02-12 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

# United States Patent Office

972,078
Registered Oct. 30, 1973

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 421,386, filed Apr. 14, 1972

## GUCCI

Gucci Shops Inc. (New York corporation)
699 5th Ave.
New York, N.Y.  10022

For: RETAIL APPAREL, JEWELRY AND LEATH-
ER GOODS STORE SERVICES, in CLASS 101 (INT.
CL. 42).

First use Dec. 20, 1953; in commerce Dec. 20, 1953.
Owner of Reg. No. 876,292.

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:52:38 ET

**Serial Number:** 72421386 <u>Assignment Information</u>

**Registration Number:** 972078

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2003-03-11

**Filing Date:** 1972-04-14

**Transformed into a National Application:** No

**Registration Date:** 1973-10-30

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NJ 10022
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**U.S. Class:** 101 (International Class 042)
**Class Status:** Active
RETAIL APPAREL, JEWELRY AND LEATHER GOODS STORE SERVICES
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
876292

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2003-03-11 - Second renewal 10 year

2003-03-11 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-11 - Combined Section 8 (10-year)/Section 9 filed

2002-12-11 - PAPER RECEIVED

1993-12-08 - First renewal 10 year

1993-10-28 - Section 9 filed/check record for Section 8

1979-11-20 - Section 8 (6-year) accepted & Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**Reg. No. 1,168,477**

# United States Patent and Trademark Office

Registered Sep. 8, 1981

## TRADEMARK
### Principal Register

# GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: NECKTIES; SCARVES; BELTS; FOOT-WEAR; SHIRTS; SWEATERS; COATS; SUITS; DRESSING GOWNS; HATS; SOCKS; DRESSES AND BATHING SUITS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1920; in commerce Dec. 1953.

Owner of U.S. Reg. Nos. 876,292, 972,078 and others.

Ser. No. 219,348, filed Jun. 12, 1979.

JEFFERY H. KAUFMAN, Primary Examiner

R. S. BREN, Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:53:26 ET

**Serial Number:** 73219348 <u>Assignment Information</u>

**Registration Number:** 1168477

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-02-01

**Filing Date:** 1979-06-12

**Transformed into a National Application:** No

**Registration Date:** 1981-09-08

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-02-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Neckties; Scarves; Belts; Footwear; Shirts; Sweaters; Coats; Suits; Dressing Gowns; Hats; Socks; Dresses and Bathing Suits
**Basis:** 1(a)
**First Use Date:** 1920-09-00
**First Use in Commerce Date:** 1953-12-00

---

## ADDITIONAL INFORMATION

---

**Section 2(f)**

**Prior Registration Number(s):**
8762920
9720780

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2002-02-01 - First renewal 10 year

2002-02-01 - Section 8 (10-year) accepted/ Section 9 granted

2001-11-27 - Combined Section 8 (10-year)/Section 9 filed

1987-04-09 - Section 8 (6-year) accepted & Section 15 acknowledged

1981-09-08 - Registered - Principal Register

1981-06-16 - Published for opposition

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
GEORGE M. BARABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,321,864

## United States Patent and Trademark Office

Registered Feb. 26, 1985

### TRADEMARK
#### Principal Register

# GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: EYEGLASSES AND PARTS THEREFOR, in CLASS 9 (U.S. Cl. 26).
First use May 6, 1983; in commerce Sep. 12, 1983.
Owner of U.S. Reg. No. 1,169,019.
Sec. 2(f).

Ser. No. 448,904, filed Oct. 20, 1983.

LAURA ELLEN DAVIS, Examining Attorney

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:54:15 ET

**Serial Number:** 73448904 <u>Assignment Information</u>

**Registration Number:** 1321864

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-08-03

**Filing Date:** 1983-10-20

**Transformed into a National Application:** No

**Registration Date:** 1985-02-26

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-08-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Gucci America, Inc.

**Address:**
Gucci America, Inc.
685 Fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation

Latest Status Info

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
Eyeglasses and Parts Therefor
**Basis:** 1(a)
**First Use Date:** 1983-05-06
**First Use in Commerce Date:** 1983-09-12

---

## ADDITIONAL INFORMATION

---

**Section 2(f)**

**Prior Registration Number(s):**
1169019

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2004-08-03 - First renewal 10 year

2004-08-03 - Section 8 (10-year) accepted/ Section 9 granted

2004-06-01 - Combined Section 8 (10-year)/Section 9 filed

1991-02-05 - Section 8 (6-year) accepted & Section 15 acknowledged

1990-11-05 - Section 8 (6-year) and Section 15 Filed

1985-02-26 - Registered - Principal Register

1984-12-18 - Published for opposition

1984-12-06 - Notice of publication

1984-10-15 - Approved for Pub - Principal Register (Initial exam)

1984-09-24 - Communication received from applicant

1984-09-07 - Non-final action mailed

1984-08-09 - Communication received from applicant

1984-05-10 - Non-final action mailed

1984-03-30 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,106,722
Registered Nov. 21, 1978

## TRADEMARK
### Principal Register



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y.   10022

For: NECKTIES, SCARVES, BELTS, FOOTWEAR, SHIRTS, SWEATERS, COATS, SUITS, DRESSING GOWNS, HATS, SOCKS, DRESSES, AND BATHING SUITS, in CLASS 25 (U.S. CL. 39).
First use March 1966; in commerce March 1966.

Ser. No. 146,455, filed Oct. 28, 1977.

V. T. HARFORD, JR., Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:55:04 ET

**Serial Number:** 73146455 <u>Assignment Information</u>

**Registration Number:** 1106722

**Mark**



**(words only):** GG

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1998-10-21

**Filing Date:** 1977-10-28

**Transformed into a National Application:** No

**Registration Date:** 1978-11-21

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-08-24

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
689 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
NECKTIES, SCARVES, BELTS, FOOTWEAR, SHIRTS, SWEATERS, COATS, SUITS, AND
BATHING SUITS
**Basis:** 1(a)
**First Use Date:** 1966-03-00
**First Use in Commerce Date:** 1966-03-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1998-10-21 - First renewal 10 year

1998-08-27 - Section 9 filed/check record for Section 8

1985-03-28 - Section 8 (6-year) accepted & Section 15 acknowledged

1984-10-19 - Section 8 (6-year) and Section 15 Filed

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
JOHN CLARKE HOLMAN

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 6

Prior U.S. Cl.: 13

## United States Patent and Trademark Office

Reg. No. 1,112,601
Registered Feb. 6, 1979

## TRADEMARK
### Principal Register



Gucci Shops Inc. (New York corporation)
689  5th Ave.
New York, N.Y.   10022

For: KEY RINGS, in CLASS 6 (U.S. CL. 13).
First use July 1918; in commerce December 1953.

Ser. No. 133,832, filed July 13, 1977.

M. E. BODSON, Examiner

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:55:48 ET

**Serial Number:** 73133832 <u>Assignment Information</u>

**Registration Number:** 1112601

**Mark**



**(words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-01-27

**Filing Date:** 1977-07-13

**Transformed into a National Application:** No

**Registration Date:** 1979-02-06

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-08-07

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 006
**Class Status:** Active
KEY RINGS
**Basis:** 1(a)
**First Use Date:** 1918-07-00
**First Use in Commerce Date:** 1953-12-00

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**02.01.23** - Armor (men wearing); Knights; Men, knights and other men in armor
**02.09.06** - Carrying items, humans; Humans, including men, women and children, depicted toting items, such as buckets or bags; Toting items, humans
**24.01.02** - Shields or crests with figurative elements contained therein or superimposed thereon
**24.09.07** - Advertising, banners; Banners
**26.05.07** - Triangles with a decorative border, including scalloped, ruffled and zig-zag edges

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

Latest Status Info

2006-08-17 - PAPER RECEIVED

1999-01-27 - First renewal 10 year

1998-10-26 - Section 9 filed/check record for Section 8

1985-03-13 - Section 8 (6-year) accepted & Section 15 acknowledged

1984-10-19 - Section 8 (6-year) and Section 15 Filed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Int. Cl.: 18

Prior U.S. Cl.: 3, 41

# United States Patent and Trademark Office

Reg. No. 1,122,780
Registered July 24, 1979

## TRADEMARK
### Principal Register



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y. 10022

For: WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, CARD CASES, PASSPORT CASES, COSMETIC CASES, ATTACHE CASES, VALISES, SUITCASES, DUFFLES, NECKTIE CASES, UMBRELLAS, SADDLES, BRIDLES, WALKING STICKS, CANES, AND KEY CASES, in CLASS 18 (U.S. CLS. 3 and 41).

First use July 1963; in commerce July 1963.

The mark is made up of a stripe containing three distinct bands of colors, the colors being green, red then green.

Ser. No. 150,482, filed Dec. 1, 1977.

G. E. PENCE, Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:56:42 ET

**Serial Number:** 73150482 <u>Assignment Information</u>

**Registration Number:** 1122780

**Mark**



**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-09-22

**Filing Date:** 1977-12-01

**Transformed into a National Application:** No

**Registration Date:** 1979-07-24

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-08-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
50 HARTZ WAY
SECAUCUS, NJ 07094
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, CARD
CASES, ATTACHE CASES, VALISES, SUITCASES, DUFFLES, [ AND KEY CASES
**Basis:** 1(a)
**First Use Date:** 1963-07-00
**First Use in Commerce Date:** 1963-07-00

---

## ADDITIONAL INFORMATION

**Lining and Stippling:** THE MARK IS MADE UP OF A STRIPE CONTAINING THREE DISTINCT
BANDS OF COLORS, THE COLORS BEING GREEN, RED THEN GREEN.

**Design Search Code(s):**
**26.11.11** - Rectangles divided twice into three sections
**26.11.21** - Rectangles that are completely or partially shaded

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-01-16 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

Latest Status Info

1999-09-22 - First renewal 10 year

1999-07-19 - Section 9 filed/check record for Section 8

1985-09-13 - Section 8 (6-year) accepted & Section 15 acknowledged

1985-07-01 - Section 8 (6-year) and Section 15 Filed

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

**Reg. No. 1,483,526**
Registered Apr. 5, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 5TH AVENUE
NEW YORK, NY 10022 , BY CHANGE OF NAME
FROM GUCCI SHOPS, INC. (NEW YORK
CORPORATION) NEW YORK, NY 10022

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9–0–1967; IN COMMERCE
9–0–1967.
OWNER OF U.S. REG. NOS. 1,122,570, 1,159,775
AND OTHERS.

THE MARK IS LINED FOR THE COLORS
RED AND GREEN.

THE MARK IS MADE UP OF A STRIPE CON-
TAINING THREE BANDS OF COLOR, THE
COLORS BEING GREEN, RED THEN GREEN.

SEC. 2(F).

SER. NO. 562,496, FILED 10–10–1985.

CRAIG K. MORRIS, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:57:44 ET

**Serial Number:** 73562496 <u>Assignment Information</u>

**Registration Number:** 1483526

**Mark**



**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1994-06-17

**Filing Date:** 1985-10-10

**Transformed into a National Application:** No

**Registration Date:** 1988-04-05

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1994-08-01

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

# 1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
50 HARTZ WAY
SECAUCUS, NJ 07094
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
FOOTWEAR
**Basis:** 1(a)
**First Use Date:** 1967-09-00
**First Use in Commerce Date:** 1967-09-00

## ADDITIONAL INFORMATION

**Description of Mark:** THE MARK IS MADE UP OF A STRIPE CONTAINING THREE BANDS OF COLOR, THE COLORS BEING GREEN, RED THEN GREEN.

**Lining and Stippling:** THE MARK IS LINED FOR THE COLORS RED AND GREEN.

**Section 2(f)**

**Design Search Code(s):**
**26.11.12** - Rectangles with bars, bands and lines
**26.11.21** - Rectangles that are completely or partially shaded

**Prior Registration Number(s):**
1122570
1159775

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-03 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1994-06-17 - Section 8 (6-year) accepted & Section 15 acknowledged

1994-03-25 - Section 8 (6-year) and Section 15 Filed

1988-04-05 - Registered - Principal Register

1988-01-12 - Published for opposition

1987-12-15 - Notice of publication

1987-12-11 - Notice of publication

1987-10-23 - Approved for Pub - Principal Register (Initial exam)

1987-09-22 - Communication received from applicant

1987-03-26 - Final refusal mailed

1986-11-19 - Communication received from applicant

1986-05-19 - Non-final action mailed

1986-03-25 - Communication received from applicant

1986-01-08 - Non-final action mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOHN CLARKE HOLMAN

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022-4690
Phone Number: 212-715-1000

Fax Number: 212-715-1399

Int. Cls.: 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 39 and 41

Reg. No. 2,042,805

## United States Patent and Trademark Office

Registered Mar. 11, 1997

### TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1,
2, 3, 22 AND 41).
FIRST USE 10-0-1994; IN COMMERCE
3-0-1995.
FOR: BELTS, GLOVES, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 10-0-1994; IN COMMERCE
3-0-1995.

OWNER OF U.S. REG. NOS. 1,106,722, 1,920,895
AND OTHERS.

SER. NO. 74-709,786, FILED 8-1-1995.

ANDREW LAWRENCE, EXAMINING ATTOR-
NEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:59:19 ET

**Serial Number:** 74709786 <u>Assignment Information</u>

**Registration Number:** 2042805

**Mark**



**(words only):** G

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2003-04-24

**Filing Date:** 1995-08-01

**Transformed into a National Application:** No

**Registration Date:** 1997-03-11

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-12-21

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 Fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
handbags
**Basis:** 1(a)
**First Use Date:** 1994-10-00
**First Use in Commerce Date:** 1995-03-00

**International Class:** 025
**Class Status:** Active
belts, gloves
**Basis:** 1(a)
**First Use Date:** 1994-10-00
**First Use in Commerce Date:** 1995-03-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1106722
1107311
1142562
1158170
1920895

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-16 - TEAS Change Of Correspondence Received

2006-12-21 - Case File In TICRS

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2003-04-24 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-12-06 - Section 8 (6-year) and Section 15 Filed

2002-12-06 - Section 8 (6-year) and Section 15 Filed

2002-12-06 - PAPER RECEIVED

1997-03-11 - Registered - Principal Register

1996-12-17 - Published for opposition

1996-11-15 - Notice of publication

1996-09-27 - Approved for Pub - Principal Register (Initial exam)

1996-07-18 - Communication received from applicant

1996-01-18 - Non-final action mailed

1996-01-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Latest Status Info

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,234,272

## United States Patent and Trademark Office

Registered Mar. 23, 1999

### TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WATCHES AND CLOCKS, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4–30–1996; IN COMMERCE
9–0–1996.
OWNER OF U.S. REG. NO. 2,042,805.

SER. NO. 75–456,924, FILED 3–25–1998.

AMOS T. MATTHEWS, JR., EXAMINING AT-
TORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:00:07 ET

**Serial Number:** 75456924 <u>Assignment Information</u>

**Registration Number:** 2234272

**Mark**



**(words only):** G

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2004-05-26

**Filing Date:** 1998-03-25

**Transformed into a National Application:** No

**Registration Date:** 1999-03-23

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-06-03

# LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

# GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
WATCHES and CLOCKS
**Basis:** 1(a)
**First Use Date:** 1996-04-30
**First Use in Commerce Date:** 1996-09-00

# ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2042805

# MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

# PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2004-05-26 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-04-21 - Section 8 (6-year) and Section 15 Filed

Latest Status Info

1999-03-23 - Registered - Principal Register

1998-12-29 - Published for opposition

1998-11-27 - Notice of publication

1998-10-22 - Approved for Pub - Principal Register (Initial exam)

1998-10-20 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GOERGE M BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,072,549
Registered Mar. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPORA-
TION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WALLETS, PURSES, HANDBAGS,
SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS,
BUSINESS CARD CASES, CREDIT CARD CASES,
PARTLY AND WHOLLY OF LEATHER, KEY
CASES, COSMETIC CASES SOLD EMPTY, BRIEF-
CASES, ATTACHÉ CASES, VALISES, SUITCASES

AND DUFFLES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22
AND 41).

FIRST USE 3-0-1966; IN COMMERCE 3-0-1966.

OWNER OF U.S. REG. NOS. 1,106,722, 2,680,237
AND OTHERS.

SER. NO. 76-611,519, FILED 9-15-2004.

ELISSA GARBER KON, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:00:48 ET

**Serial Number:** 76611519 <u>Assignment Information</u>

**Registration Number:** 3072549

**Mark**



**(words only):** GG

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-03-28

**Filing Date:** 2004-09-15

**Transformed into a National Application:** No

**Registration Date:** 2006-03-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-09-01

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Gucci America, Inc.

**Address:**
Gucci America, Inc.
685 Fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York
**Phone Number:** 201-392-2652

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Wallets, purses, handbags, shoulder bags, clutch bags, tote bags, business card cases, credit card cases, partly and wholly of leather, key cases, cosmetic cases sold empty, briefcases, attaché cases, valises, suitcases and duffles
**Basis:** 1(a)
**First Use Date:** 1966-03-00
**First Use in Commerce Date:** 1966-03-00

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**26.01.02** - Circles, plain single line; Plain single line circles
**26.01.31** - Circles - five or more; Five or more circles

**Prior Registration Number(s):**
1106722
1107259
1107311
2680237

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

# PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2006-03-28 - Registered - Principal Register

2006-01-03 - Published for opposition

2005-12-14 - Notice of publication

2005-11-12 - Law Office Publication Review Completed

2005-10-28 - Assigned To LIE

2005-10-24 - Approved for Pub - Principal Register (Initial exam)

2005-10-04 - Teas/Email Correspondence Entered

2005-09-27 - Communication received from applicant

2005-09-27 - TEAS Response to Office Action Received

2005-08-15 - Non-final action mailed

2005-08-15 - Non-Final Action Written

2005-07-28 - Teas/Email Correspondence Entered

2005-07-20 - Communication received from applicant

2005-07-20 - TEAS Response to Office Action Received

2005-04-15 - Non-final action mailed

2005-04-14 - Non-Final Action Written

2005-04-14 - Assigned To Examiner

2005-04-14 - Assigned To Examiner

2004-09-24 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
George M. Borababy

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

**EXHIBIT 2**

Int. Cls.: 3, 9, 18, 24, 25 and 26

Prior U.S. Cls.: 1, 3, 21, 26, 39, 40, 41, 42, 51 and 52

## United States Patent and Trademark Office

Reg. No. 1,491,810
Registered June 14, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE COR-
PORATION)
71 AVENUE FRANKLIN ROOSEVELT
PARIS, FRANCE

FOR: PERFUME, TOILET WATER, CO-
LOGNE, BATH AND SHOWER GEL, TALCUM
POWDER, BODY LOTION, BODY CREAM,
PERSONAL DEODORANT, BEAUTY OR BATH
SOAP, BATH SALTS, ALL PURPOSE CLEAN-
ING PREPARATIONS, MAKEUP, HAIR SHAM-
POO, TOOTHPASTE AND HAIR LOTION, IN
CLASS 3 (U.S. CLS. 51 AND 52).

FOR: EYEGLASSES, SUNGLASSES, CALCU-
LATORS, DRESSMAKER'S MEASURES, ELEC-
TRIC FLATIRONS AND OPTICAL LENSES, IN
CLASS 9 (U.S. CLS. 21 AND 26).

FOR: FUR AND PELTS SOLD IN BULK,
HANDBAGS, PURSES, TRAVEL CASES, TRAV-
ELLING BAGS, PARASOLS, UMBRELLAS
AND WALKING STICKS, IN CLASS 18 (U.S.
CLS. 1, 3 AND 41).

FOR: TEXTILE FABRICS FOR USE IN THE
MANUFACTURE OF CLOTHING, LINING MA-
TERIAL FOR USE IN THE MANUFACTURE
OF CLOTHING, BED LINEN, BATH LINEN,
HANDKERCHIEFS AND CLOTH LABELS, IN
CLASS 24 (U.S. CL. 42).

FOR: APRONS, BATHROBES, BATHING
SUITS, BERETS, WAISTS OF LADIES
DRESSES, COATS, COLLARS, CUFFS,
DRESSES, FUR STOLES, FUR JACKETS AND
COATS, HATS, HOSIERY, JACKETS, GLOVES,
TIES, SHIRTS, BLOUSES, TROUSERS, SKIRTS,
LINGERIE, VEILS, SCARVES, SHAWLS,
BOOTS, SHOES AND SLIPPERS, IN CLASS 25
(U.S. CL. 39).

FOR: ARTIFICIAL FLOWERS AND FRUIT,
HAIRBANDS, BRAIDS, BUCKLES AND
CORDS, NEEDLES, PINS, LACE, EMBROI-
DERY, RIBBONS, HAIR ORNAMENTS, BUT-
TONS, HOOKS AND EYES, IN CLASS 26 (U.S.
CL. 40).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 813907, FILED
9-12-1986, REG. NO. 1370314, DATED 9-12-1986,
EXPIRES 9-12-1996.

OWNER OF U.S. REG. NOS. 950,843, 1,447,853
AND OTHERS.

SER. NO. 648,744, FILED 3-10-1987.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:08:43 ET

**Serial Number:** 73648744 <u>Assignment Information</u>

**Registration Number:** 1491810

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** A partial Section 8 affidavit has been accepted.

**Date of Status:** 1994-09-29

**Filing Date:** 1987-03-10

**Transformed into a National Application:** No

**Registration Date:** 1988-06-14

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1995-01-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE SOCIETE ANONYME

**Address:**
CHLOE SOCIETE ANONYME
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 003
**Class Status:** Active
PERFUME, TOILET WATER, COLOGNE, TALCUM POWDER, BODY LOTION, BODY CREAM, PERSONAL DEODORANT, BEAUTY OR BATH SOAP
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 009
**Class Status:** Section 8 - Cancelled
EYEGLASSES, SUNGLASSES, CALCULATORS, DRESSMAKER'S MEASURES, ELECTRIC FLATIRONS AND OPTICAL LENSES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
HANDBAGS, PURSES, TRAVEL CASES, TRAVELLING BAGS, PARASOLS, UMBRELLAS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 024
**Class Status:** Section 8 - Cancelled
TEXTILE FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, LINING MATERIAL FOR USE IN THE MANUFACTURE OF CLOTHING, BED LINEN, BATH LINEN, HANDKERCHIEFS AND CLOTH LABELS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
BATHROBES, BATHING SUITS, COATS, DRESSES, HATS, JACKETS, GLOVES, TIES, SHIRTS, BLOUSES, TROUSERS, SKIRTS, SCARVES, SHOES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 026
**Class Status:** Section 8 - Cancelled
ARTIFICIAL FLOWERS AND FRUIT, HAIRBANDS, BRAIDS, BUCKLES AND CORDS, NEEDLES, PINS, LACE, EMBROIDERY, RIBBONS, HAIR ORNAMENTS, BUTTONS, HOOKS AND EYES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
950843
1020289
1103275
1143167
1182862
1447853

**Foreign Application Number:** 813907
**Foreign Registration Number:** 1370314
**Foreign Registration Date:** 1986-09-12
**Country:** France
**Foreign Filing Date:** 1986-09-12
**Foreign Expiration Date:** 1996-09-12

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1994-09-29 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1994-03-10 - Section 8 (6-year) and Section 15 Filed

1988-06-14 - Registered - Principal Register

1988-03-22 - Published for opposition

1988-02-19 - Notice of publication

1988-01-20 - Approved for Pub - Principal Register (Initial exam)

1987-12-07 - Communication received from applicant

1987-11-21 - Non-final action mailed

1987-09-23 - Communication received from applicant

1987-05-29 - Non-final action mailed

1987-05-22 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ALBERT ROBIN

**Correspondent**
LAWRENCE E. APOLZON
WEISS DAWID FROSS ZELNICK & LEHRMAN, PC
633 THIRD AVENUE
NEW YORK, NY 10017

**Domestic Representative**
ALBERT ROBIN

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 1,925,176

Registered Oct. 10, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE SOCIE-
TE ANONYME)
54–56 RUE DE FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: SUNGLASSES, SPECTACLE FRAMES
AND PARTS THEREOF, NAMELY EAR-
PIECES, LENSES, CORDS, CHAINS, CASES
AND CONTAINERS FOR SUCH SUNGLASSES
AND SPECTACLE FRAMES, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

OWNER OF FRANCE REG. NO. 1370314,
DATED 9–12–1986, EXPIRES 9–12–1996.

OWNER OF U.S. REG. NOS. 950,843, 1,591,790
AND OTHERS.

SER. NO. 74–541,575, FILED 6–22–1994.

ESTHER BELENKER, EXAMINING ATTOR-
NEY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-03-13 12:10:20 ET

**Serial Number:** 74541575 Assignment Information

**Registration Number:** 1925176

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-01-03

**Filing Date:** 1994-06-22

**Transformed into a National Application:** No

**Registration Date:** 1995-10-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-01-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 rue de Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME

**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
sunglasses,,,,, cases and containers for such sunglasses and
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
950843
1491810
1591790

**Foreign Registration Number:** 1370314
**Foreign Registration Date:** 1986-09-12
**Country:** France
**Foreign Expiration Date:** 1996-09-12

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2006-01-03 - First renewal 10 year

2006-01-03 - Section 8 (10-year) accepted/ Section 9 granted

2005-11-30 - Assigned To Paralegal

2005-10-13 - Combined Section 8 (10-year)/Section 9 filed

2005-10-13 - PAPER RECEIVED

2005-10-11 - PAPER RECEIVED

2001-03-28 - Section 8 (6-year) accepted

2000-12-06 - Section 8 (6-year) filed

1995-10-10 - Registered - Principal Register

1995-07-18 - Published for opposition

1995-06-16 - Notice of publication

1995-04-11 - Approved for Pub - Principal Register (Initial exam)

1995-03-20 - Communication received from applicant

1995-01-17 - Non-final action mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,745,487
Registered Aug. 5, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE SOCI-
ETE ANONYME)
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: JEWELRY; HOROLOGICAL AND
CHRONOMETRIC INSTRUMENTS, NAMELY,
WATCHES AND CLOCKS; WATCH STRAPS; PARTS
AND FITTINGS FOR ALL THE AFORESAID
GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF FRANCE REG. NO. 1428213, DATED
9-23-1987, EXPIRES 9-23-2007.

OWNER OF U.S. REG. NOS. 1,182,862, 1,491,810,
AND 2,020,289.

SER. NO. 75-611,908, FILED 12-24-1998.

TARAH HARDY, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-03-13 12:11:22 ET

**Serial Number:** 75611908 Assignment Information

**Registration Number:** 2745487

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-08-05

**Filing Date:** 1998-12-24

**Transformed into a National Application:** No

**Registration Date:** 2003-08-05

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-12-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 rue du Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME

**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 014
**Class Status:** Active
jewelry; horological and chronometric instruments, namely, watches and clocks; watch straps; parts and fittings for all the aforesaid goods
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
1020289
1182862
1491810

**Foreign Registration Number:** 1428213
**Foreign Registration Date:** 1987-09-23
**Country:** France
**Foreign Expiration Date:** 2007-09-23

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2003-10-24 - Section 7 correction issued

2003-08-25 - PAPER RECEIVED

2003-08-05 - Registered - Principal Register

2003-04-08 - Published for opposition

2003-03-19 - Notice of publication

2001-11-01 - Sec. 44(E) Claim Added

2002-11-01 - ITU claim deleted

2002-09-07 - Notice of Allowance canceled

2002-10-08 - Petition To Director - Granted

2002-07-26 - Petition To Director Received

2002-02-25 - Extension 4 granted

2002-02-06 - Extension 4 filed

2001-07-16 - Extension 3 granted

2001-07-16 - Extension 3 filed

2001-04-06 - Extension 2 granted

2001-02-22 - Extension 2 filed

2000-09-21 - Extension 1 granted

2000-07-31 - Extension 1 filed

2000-03-07 - Notice of allowance - mailed

1999-12-14 - Published for opposition

1999-11-12 - Notice of publication

1999-08-18 - Approved for Pub - Principal Register (Initial exam)

1999-08-09 - Communication received from applicant

1999-07-27 - Non-final action mailed

1999-07-26 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E APOLZON

**Correspondent**
LAWRENCE E APOLZON

FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLZ
NEW YORK NY 10017

**Domestic Representative**
Fross Zelnick Lehrman & Zissu PC

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,198,388
Registered Jan. 16, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# CHLOE

CHLOE SOCIÉTÉ ANONYME (FRANCE COMPA-
NY)

54/56 RUE DU FAUBOURG SAINT HONORÉ

75008 PARIS, FRANCE

FOR: OPTICAL APPARATUS AND INSTRU-
MENTS, NAMELY, SPECTACLES, SUNGLASSES,
EYEGLASSES, EYE SHADES, AND CONTACT LEN-
SES, AND FRAMES, EARPIECES, LENSES, CORDS,
CHAINS, CASES AND CONTAINERS THEREFORE,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO.
003683661, DATED 9-21-2005, EXPIRES 3-5-2014.

OWNER OF U.S. REG. NO. 1,925,176.

SER. NO. 78-752,377, FILED 11-11-2005.

DEZMONA MIZELLE, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:12:04 ET

**Serial Number:** 78752377 <u>Assignment Information</u>

**Registration Number:** 3198388

**Mark**



**(words only):** CHLOE

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-01-16

**Filing Date:** 2005-11-11

**Transformed into a National Application:** No

**Registration Date:** 2007-01-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-01-16

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Société Anonyme

**Address:**
Chloe Société Anonyme
54/56 Rue du Faubourg Saint Honoré
75008 Paris
France
**Legal Entity Type:** Company
**State or Country Where Organized:** France

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Optical apparatus and instruments, namely, spectacles, sunglasses, eyeglasses, eye shades, and contact lenses, and frames, earpieces, lenses, cords, chains, cases and containers therefore
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1925176

**Foreign Registration Number:** 003683661
**Foreign Registration Date:** 2005-09-21
**Country:** Erpn Cmnty TM Ofc
**Foreign Expiration Date:** 2014-03-05

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-16 - Registered - Principal Register

2006-10-31 - Published for opposition

2006-10-11 - Notice of publication

2006-09-18 - Law Office Publication Review Completed

2006-09-15 - Assigned To LIE

2006-08-31 - Approved for Pub - Principal Register (Initial exam)

2006-08-07 - Amendment From Applicant Entered

2006-07-20 - Communication received from applicant

2006-07-20 - PAPER RECEIVED

2006-05-24 - Non-final action mailed

2006-05-23 - Non-Final Action Written

2006-05-17 - Assigned To Examiner

2006-02-24 - Applicant amendment prior to exam entered

2006-02-24 - PAPER RECEIVED

2005-11-16 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON; FROSS ZELNICK LEHRM
866 UNITED NATIONS PLAZA
NEW YORK; NY - NEW YORK
10017
XPX - NOT PROVIDED
Phone Number: 212-813-5900

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.

# United States Patent Office

**950,843**
Registered Jan. 16, 1973

## PRINCIPAL REGISTER
## Trademark

Ser. No. 392,040, filed May 14, 1971

# Chloé

Chloe (French joint-stock company)
71 Avenue Franklin Roosevelt
75 Paris 8, France

For: LADIES' ARTICLES OF CLOTHING FOR OUTERWEAR — NAMELY, FROCKS, D R E S S E S, COATS, COSTUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANT-SUITS; FUR COATS, VESTS, HATS AND TIES; AND LADIES' SHOES—in CLASS 39 (INT. CL. 25).

Owner of French Reg. No. 464,837, dated May 10, 1957 (Seine); Natl. Inst. No. 90,025.

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-03-13 12:12:55 ET

**Serial Number:** 72392040 Assignment Information

**Registration Number:** 950843

**Mark**



**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2003-03-09

**Filing Date:** 1971-05-14

**Transformed into a National Application:** No

**Registration Date:** 1973-01-16

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-13

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE SOCIETE ANONYME

**Address:**
CHLOE SOCIETE ANONYME
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**U.S. Class:** 039 (International Class 025)
**Class Status:** Active
LADIES' ARTICLES OF CLOTHING FOR OUTERWEAR-NAMELY, FROCKS, DRESSES, COATS, COSTUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANT-SUITS; VESTS, HATS AND TIES; AND LADIES' SHOES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Registration Number:** 464837
**Foreign Registration Date:** 1957-05-10
**Country:** France

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-03-09 - Second renewal 10 year

2003-03-09 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-16 - Combined Section 8 (10-year)/Section 9 filed

2002-12-16 - PAPER RECEIVED

1993-03-31 - First renewal 10 year

1993-01-15 - Section 9 filed/check record for Section 8

1981-11-24 - Section 7 correction issued

1979-04-23 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN AND ZISSU P.C.MAN
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017-6754

**Domestic Representative**
FROSS ZELNICK LEHRMAN AND ZISSU P.C.

---

Int. Cl.: 3

Prior U.S. Cl.: 51

Reg. No. 1,020,289

United States Patent and Trademark Office    Registered Sep. 16, 1975

10 Year Renewal    Renewal Term Begins Sep. 16, 1995

## TRADEMARK
## PRINCIPAL REGISTER

# Chloé

CHLOE S.A. (FRANCE CORPORATION)
54-56 RUE DU FAUBOURG
SAINT HONORE
75008 PARIS, FRANCE, ASSIGNEE OF
KARL LAGERFELD K.L. PRODUC-
TIONS, S.A. (FRANCE CORPORA-
TION) PARIS, FRANCE

FOR: PERFUME, IN CLASS 3 (U.S. CL.
51).

FIRST USE 4-9-1974; IN COMMERCE
4-9-1974.

SER. NO. 73-021,091, FILED 5-9-1974.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:14:06 ET

**Serial Number:** 73021091 <u>Assignment Information</u>

**Registration Number:** 1020289

**Mark**

# Chloé

**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2005-06-07

**Filing Date:** 1974-05-09

**Transformed into a National Application:** No

**Registration Date:** 1975-09-16

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2005-06-07

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.

**Address:**
CHLOE S.A.
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
PERFUME
**Basis:** 1(a)
**First Use Date:** 1974-04-09
**First Use in Commerce Date:** 1974-04-09

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-06-07 - Second renewal 10 year

2005-06-07 - Section 8 (10-year) accepted/ Section 9 granted

2005-06-07 - Assigned To Paralegal

2005-04-14 - Combined Section 8 (10-year)/Section 9 filed

2005-04-14 - PAPER RECEIVED

1996-01-16 - First renewal 10 year

1995-11-20 - Section 9 filed/check record for Section 8

1987-07-24 - Miscellaneous paper filed

1981-11-18 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU

---

Int. Cl.: 3

Prior U.S. Cl.: 51, 52

Reg. No. 1,103,275

United States Patent and Trademark Office

Registered Oct. 3, 1978

## TRADEMARK
### Principal Register



Karl Lagerfeld K.L. Productions, S.A. (French corporation)
71 Franklin Roosevelt
Paris, France

For: SCENTED SOAPS, SCENTED BODY POWDERS, BODY LOTIONS AND BODY CLEANSING GELS, in CLASS 3 (U.S. CLS. 51 and 52).
First use Mar. 22, 1977; in commerce Mar. 22, 1977.
Owner of Reg. No. 1,020,289.

Ser. No. 151,282, filed Dec. 6, 1977.

M. MERCHANT, Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:14:56 ET

**Serial Number:** 73151282 <u>Assignment Information</u>

**Registration Number:** 1103275

**Mark**



**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-01-13

**Filing Date:** 1977-12-06

**Transformed into a National Application:** No

**Registration Date:** 1978-10-03

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1999-03-02

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.

**Address:**
CHLOE S.A.
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
SCENTED BODY POWDERS, BODY LOTIONS AND BODY CLEANSING GELS
**Basis:** 1(a)
**First Use Date:** 1977-03-22
**First Use in Commerce Date:** 1977-03-22

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1020289

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1999-01-13 - First renewal 10 year

1998-10-05 - Section 9 filed/check record for Section 8

1987-07-24 - Miscellaneous paper filed

1984-03-12 - Section 8 (6-year) accepted & Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E APOLZON

**Correspondent**
LAWRENCE E APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
633 3RD AVE
NEW YORK NY 10017-6754

**Int. Cls.: 14, 18, 24 and 25**

**Prior U.S. Cls.: 3, 28, 39 and 42**

## United States Patent and Trademark Office

Reg. No. 1,182,862
Registered Dec. 22, 1981

### TRADEMARK
### Principal Register

# Chloé

Chloe, Societe Anonyme (France corporation)
71 Avenue Franklin Roosevelt
Paris, France 8

    For: JEWELRY—NAMELY, DRESS JEWEL-RY, in CLASS 14 (U.S. Cl. 28).
    First use Dec. 31, 1974; in commerce Dec. 31, 1974.
    For: LEATHER GOODS—NAMELY, HAND-BAGS, SUITCASES AND LUGGAGE, in CLASS 18 (U.S. Cl. 3).
    First use Sep. 30, 1973; in commerce Sep. 30, 1973.
    For: FABRICS—NAMELY, DRAPERY AND UPHOLSTERY FABRIC AND LINING FOR HANDBAGS, in CLASS 24 (U.S. Cl. 42).
    First use Jun. 30, 1977; in commerce Jun. 30, 1977.
    For: CLOTHING—NAMELY, BELTS,

SCARVES, FROCKS, DRESSES, COATS, COS-TUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANTSUITS, HATS AND TIES AND LA-DIES SHOES, FUR COATS, JACKETS, STOLES, HATS, MUFFS, CAPES, FUR-LINED RAIN-COATS AND SAID GARMENTS MADE OF SKIN, LINGERIE, in CLASS 25 (U.S. Cl. 39).
    First use Sep. 30, 1970; in commerce Sep. 30, 1970.
    Owner of U.S. Reg. Nos. 950,843 and 1,143,167.

    Ser. No. 242,506, filed Dec. 11, 1979.

PAUL F. GAST, Primary Examiner

TERESA M. RUPP, Examiner

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-03-13 12:15:41 ET

**Serial Number:** 73242506 Assignment Information

**Registration Number:** 1182862

**Mark**

# Chloé

.

**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-02-08

**Filing Date:** 1979-12-11

**Transformed into a National Application:** No

**Registration Date:** 1981-12-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-02-12

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe, Societe Anonyme

**Address:**

Chloe, Societe Anonyme

54-56 RUE DU FAUBOURG SAINT-HONORE

75008 Paris

France

**Legal Entity Type:** Corporation

**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 014

**Class Status:** Active

Jewelry-Namely, Dress Jewelry

**Basis:** 1(a)

**First Use Date:** 1974-12-31

**First Use in Commerce Date:** 1974-12-31

**International Class:** 018

**Class Status:** Section 8 - Cancelled

Leather Goods-Namely, Handbags, Suitcases and Luggage

**Basis:** 1(a)

**First Use Date:** 1973-09-30

**First Use in Commerce Date:** 1973-09-30

**International Class:** 024

**Class Status:** Section 8 - Cancelled

**Basis:** 1(a)

**First Use Date:** 1977-06-30

**First Use in Commerce Date:** 1977-06-30

**International Class:** 025

**Class Status:** Active

Clothing-Namely, Belts, Scarves, Frocks, Dresses, Coats, Costumes, Suits, Skirts, Blouses, Vests and Pantsuits, Hats and Ties and Ladies Shoes, Fur Coats, Jackets, Stoles, Hats, Muffs, Capes, Fur-Lined Raincoats and Said Garments Made of Skin, Lingerie

**Basis:** 1(a)

**First Use Date:** 1970-09-30

**First Use in Commerce Date:** 1970-09-30

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1143167
9508430

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2002-02-08 - First renewal 10 year

2002-02-08 - Section 9 granted/check record for Section 8

2002-02-08 - Partial Section 8 ( 10-Year) accepted/checked record for section

2001-12-04 - Combined Section 8 (10-year)/Section 9 filed

1988-04-11 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1987-10-02 - Section 8 (6-year) and Section 15 Filed

1981-12-22 - Registered - Principal Register

1981-09-29 - Published for opposition

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU PC

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:20:06 ET

**Serial Number:** 78761371 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** CHLOÉ

**Standard Character claim:** No

**Current Status:** Opposition period completed, a Notice of Allowance has been issued.

**Date of Status:** 2007-01-23

**Filing Date:** 2005-11-28

**The Notice of Allowance Date is:** 2007-01-23

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**Attorney Assigned:**
MIZELLE HOWARD DEZMONA JULYE <u>Employee Location</u>

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2007-02-20

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 Rue du Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Goods made of leather and imitations of leather, namely, handbags, purses, traveling cases, traveling bags, luggage, backpacks, toiletry cases sold empty, credit card cases and holders, key cases, coin purses, parasols and umbrellas
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1491810
2641982

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-02-15 - TEAS Statement of Use Received

2007-01-23 - Notice of allowance - mailed

2006-10-31 - Published for opposition

2006-10-11 - Notice of publication

2006-09-18 - Law Office Publication Review Completed

2006-09-15 - Assigned To LIE

2006-08-31 - Approved for Pub - Principal Register (Initial exam)

2006-08-07 - Amendment From Applicant Entered

2006-07-20 - Communication received from applicant

2006-07-20 - PAPER RECEIVED

2006-05-24 - Non-final action mailed

2006-05-23 - Non-Final Action Written

2006-05-17 - Assigned To Examiner

2005-12-01 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON; FROSS ZELNICK LEHRM
866 UNITED NATIONS PLAZA
NEW YORK; NY - NEW YORK
10017
XPX - NOT PROVIDED
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

---

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 3,291,996
Registered Sep. 11, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# Chloé

CHLOE S.A.S. (FRANCE CORPORATION)
5-7 AVENUE PERCIER
75008 PARIS, FRANCE

FOR: GOODS MADE OF LEATHER AND IMITA-TIONS OF LEATHER, NAMELY, HANDBAGS, PUR-SES, TRAVELING CASES, TRAVELING BAGS, LUGGAGE, BACKPACKS, TOILETRY CASES SOLD EMPTY, CREDIT CARD CASES AND HOLDERS, KEY CASES, COIN PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1994.

OWNER OF U.S. REG. NOS. 1,491,810 AND 2,641,982.

SN 78-761,371, FILED 11-28-2005.

DEZMONA MIZELLE, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-06-01 16:44:02 ET

**Serial Number:** 78761371 Assignment Information     Trademark Document Retrieval

**Registration Number:** 3291996

**Mark**



**(words only):** CHLOÉ

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2007-09-11

**Filing Date:** 2005-11-28

**Transformed into a National Application:** No

**Registration Date:** 2007-09-11

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-08-07

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. CHLOE S.A.S.

**Address:**
CHLOE S.A.S.
5-7 AVENUE PERCIER

75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 018
**Class Status:** Active
Goods made of leather and imitations of leather, namely, handbags, purses, traveling cases, traveling bags, luggage, backpacks, toiletry cases sold empty, credit card cases and holders, key cases, coin purses
**Basis:** 1(a)
**First Use Date:** 1986-00-00
**First Use in Commerce Date:** 1994-00-00

---

## ADDITIONAL INFORMATION

---

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Prior Registration Number(s):**
1491810
2641982

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-09-11 - Registered - Principal Register

2007-08-07 - Law Office Registration Review Completed

2007-07-30 - Assigned To LIE

2007-06-19 - Allowed for Registration - Principal Register (SOU accepted)

2007-06-19 - Previous Allowance Withdrawn-Timely Aau

2007-06-12 - Allowed for Registration - Principal Register (SOU accepted)

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2007-05-17 - Statement of use processing complete

2007-02-15 - Amendment to Use filed

2007-02-15 - TEAS Statement of Use Received

2007-01-23 - Notice of allowance - mailed

2006-10-31 - Published for opposition

2006-10-11 - Notice of publication

2006-09-18 - Law Office Publication Review Completed

2006-09-15 - Assigned To LIE

2006-08-31 - Approved for Pub - Principal Register (Initial exam)

2006-08-07 - Amendment From Applicant Entered

2006-07-20 - Communication received from applicant

2006-07-20 - PAPER RECEIVED

2006-05-24 - Non-final action mailed

2006-05-23 - Non-Final Action Written

2006-05-17 - Assigned To Examiner

2005-12-01 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON; FROSS ZELNICK LEHRM
866 UNITED NATIONS PLAZA
NEW YORK; NY - NEW YORK
10017
XPX - NOT PROVIDED
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

---

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**Reg. No. 3,398,517**

United States Patent and Trademark Office     Registered Mar. 18, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# PADDINGTON

CHLOE S.A.S. (FRANCE CORPORATION)
5-7 AVENUE PERCIER
75008 PARIS, FRANCE

FOR: HANDBAGS, PURSES, WALLETS NOT IN-TENDED FOR CHILDREN, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 5006853, FILED 4-7-2006, REG. NO. 005006853, DATED 7-17-2007, EXPIRES 4-7-2016.

SER. NO. 78-863,562, FILED 4-18-2006.

COLLEEN KEARNEY, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-06-01 16:45:09 ET

**Serial Number:** 78863562 Assignment Information          Trademark Document Retrieval

**Registration Number:** 3398517

**Mark**

# PADDINGTON

**(words only):** PADDINGTON

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2008-03-18

**Filing Date:** 2006-04-18

**Transformed into a National Application:** No

**Registration Date:** 2008-03-18

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-03-18

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.S.

**Address:**
CHLOE S.A.S.
5-7 AVENUE PERCIER

75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 018
**Class Status:** Active
handbags, purses, wallets not intended for children
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Foreign Application Number:** 5006853
**Foreign Registration Number:** 005006853
**Foreign Registration Date:** 2007-07-17
**Country:** Erpn Cmnty TM Ofc
**Foreign Filing Date:** 2006-04-07
**Foreign Expiration Date:** 2016-04-07

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-18 - Registered - Principal Register

2008-01-30 - Changes/Corrections After Pub Approval Entered

2008-01-18 - PAPER RECEIVED

2008-01-01 - Published for opposition

2007-12-12 - Notice of publication

2007-11-29 - Law Office Publication Review Completed

2007-11-21 - Examiner's amendment mailed

2007-11-21 - Approved for Pub - Principal Register (Initial exam)

2007-11-21 - Examiner's Amendment Entered

2007-11-21 - Examiners Amendment -Written

2007-10-30 - Amendment From Applicant Entered

2007-10-30 - Communication received from applicant

2007-10-30 - Assigned To LIE

2007-10-29 - PAPER RECEIVED

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2007-05-21 - Letter of suspension mailed

2007-05-20 - Suspension Letter Written

2007-04-28 - Amendment From Applicant Entered

2007-04-28 - Communication received from applicant

2007-04-28 - Assigned To LIE

2007-03-29 - PAPER RECEIVED

2007-03-27 - TEAS Response to Office Action Received

2006-09-28 - Non-final action mailed

2006-09-27 - Non-Final Action Written

2006-09-23 - Assigned To Examiner

2006-04-24 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**

Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:22:29 ET

**Serial Number:** 78863566 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# SILVERADO

**(words only):** SILVERADO

**Standard Character claim:** Yes

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2006-09-25

**Filing Date:** 2006-04-18

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**Attorney Assigned:**
KEARNEY COLLEEN <u>Employee Location</u>

**Current Location:** M4X -TMO Law Office 113 - Examining Attorney Assigned

**Date In Location:** 2006-09-23

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
5/7 Av. Percier
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME
**State or Country Where Organized:** France

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
handbags, purses, wallets
**Basis:** 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Application Number:** 50073077
**Country:** Erpn Cmnty TM Ofc
**Foreign Filing Date:** 2006-04-07

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-09-25 - Non-final action mailed

2006-09-23 - Non-Final Action Written

2006-09-23 - Assigned To Examiner

2006-04-24 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

---

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,401,846
Registered Mar. 25, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# EDITH

CHLOE S.A.S. (FRANCE CORPORATION)
5-7 AVENUE PERCIER
PARIS, FRANCE 75008

FOR: HANDBAGS, PURSES, WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 005006713, DATED 4-12-2007, EXPIRES 4-7-2016.

SER. NO. 78-863,569, FILED 4-18-2006.

COLLEEN KEARNEY, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-06-01 16:41:09 ET

**Serial Number:** 78863569 Assignment Information        Trademark Document Retrieval

**Registration Number:** 3401846

**Mark**

# EDITH

**(words only):** EDITH

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2008-03-25

**Filing Date:** 2006-04-18

**Transformed into a National Application:** No

**Registration Date:** 2008-03-25

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-03-25

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.S.

**Address:**
CHLOE S.A.S.
5-7 AVENUE PERCIER

PARIS 75008
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 018
**Class Status:** Active
handbags, purses, wallets
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Foreign Registration Number:** 005006713
**Foreign Registration Date:** 2007-04-12
**Country:** Erpn Cmnty TM Ofc
**Foreign Expiration Date:** 2016-04-07

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-25 - Registered - Principal Register

2008-01-08 - Published for opposition

2007-12-19 - Notice of publication

2007-12-04 - Law Office Publication Review Completed

2007-12-04 - Assigned To LIE

2007-12-01 - Approved for Pub - Principal Register (Initial exam)

2007-11-30 - Amendment From Applicant Entered

2007-11-30 - Communication received from applicant

2007-11-25 - Assigned To LIE

2007-11-19 - PAPER RECEIVED

2007-11-06 - Non-final action mailed

2007-11-06 - Non-Final Action Written

2007-10-11 - Amendment From Applicant Entered

2007-10-11 - Communication received from applicant

2007-10-09 - PAPER RECEIVED

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2007-04-16 - Report Completed Suspension Check Case Still Suspended

2007-04-16 - Assigned To LIE

2006-09-25 - Letter of suspension mailed

2006-09-23 - Suspension Letter Written

2006-09-23 - Assigned To Examiner

2006-04-24 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

---