



Robert Weigel (RW 0163)
Howard S. Hogan (HH 7995)
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Plaintiffs Gucci America, Inc.
and Chloé SAS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

GUCCI AMERICA, INC. and CHLOÉ SAS,

    Plaintiffs,

  -against-

LAURETTE COMPANY, INC. and JENNIFER
MARIE MATTCHEN a/k/a JENNIFER MARIE
KIRK a/k/a JENNIFER BESSON d/b/a
THEBAGADDICTION.COM; ABC COMPANIES;
and JOHN DOES,,

    Defendants.

---------------------------------------------------------------x

08 Civ. _____

## DISCLOSURE STATEMENT UNDER FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiffs, private non-governmental corporate parties, certify that:

    1.  PPR Group is the ultimate parent of Gucci America, Inc.; and

2. Compagnie Financiére Richemont S.A.. ("CFR") is the ultimate corporate parent of Chloé SAS.

DATED:   New York, New York          GIBSON, DUNN & CRUTCHER LLP
         June 2, 2008

By: /s/ Robert Weigel
Robert Weigel (RW 0163)
Howard S. Hogan (HH 7995)
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Plaintiffs Gucci America, Inc. and Chloé SAS*