Robert Weigel (RW 0163)
Howard S. Hogan (HH 7995)
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Plaintiffs Gucci America, Inc.
and Chloé SAS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- ------- X
                                          :

GUCCI AMERICA, INC. and CHLOÉ SAS,      :

           Plaintiffs,                :

       -against-             :

LAURETTE COMPANY, INC. and JENNIFER  :    08 Civ. 5065
MARIE MATTCHEN a/k/a JENNIFER MARIE
KIRK a/k/a JENNIFER BESSON d/b/a      :    **DECLARATION OF**
THEBAGADDICTION.COM; ABC COMPANIES;    **JONATHAN H. MOSS**
and JOHN DOES,               :

       Defendants.           :

                                            :
-------------------------------------------------------- ------- X

      I, Jonathan H. Moss, declare as follows:

      1.  I am Legal Counsel for Plaintiff Gucci America, Inc. ("Gucci"). I have been

employed by Gucci since May 2002. I have personal knowledge of the facts set forth below.

      2.  I submit this declaration in support of the application of Gucci and Chloé SAS

("Chloé") (collectively, "Plaintiffs") for a temporary restraining order and preliminary

injunction.

**GUCCI**

3.   Gucci is organized and exists under the laws of New York, with its principal place of business located at 685 Fifth Avenue, New York, New York 10022.

4.   Gucci, through its affiliated companies, is a leader in the design, marketing and distribution of premium, high-quality consumer products in leather goods, clothing, jewelry, accessories, suits, home products, and related items (collectively, the "Gucci Products").  For more than eighty-five years, Gucci and its affiliates have developed a reputation for excellence among all products sold in connection with the Gucci name, within the United States and internationally.

5.   Consumers identify Gucci Products through the trademark GUCCI name, as well as through the product designs, logos and other source identifying indicia selected and promoted by Gucci (collectively, the "Gucci Marks").  Attached as Exhibit 1 are true and correct copies of United States Patent and Trademark Office ("PTO") registration certificates and printouts from the PTO's website setting forth the status of Gucci Marks that are relevant to this case.

6.   Over the decades, literally hundreds of millions of consumers have been exposed to the Gucci Marks not only in advertisements, but in fashion magazines, television programs, motion pictures and virtually all instrumentalities of popular culture.  For example, recent press reports alone recount that Jacqueline Kennedy, Audrey Hepburn, and young Princess Caroline of Monaco "were  fans of the label" and that Gucci's archives of famous photo shoots include "Princess Di as a child bride and sassy young woman, Britt Ekland trading double G logos with Peter Sellers, and Madonna in various hug-me-tight leather jackets."  See, e.g., Ex. 2 (press reports describing Gucci as a "jet set brand"; "strong brand"; and "star brand and a money tree").  Gucci spends between $5.0 and $10.0 million per year in the United States to advertise its brand,

with an advertising campaign that includes frequent full-page advertisements in the New York Times, Los Angeles Times, Harper's Bazaar, Vogue, and numerous other widely-distributed fashion and news publications.

7.   As a result, the Gucci Marks are among the most widely-recognized trademarks in the United States and have become famous and highly valuable marks, possessing strong secondary meaning among consumers.  The Gucci Marks are uniquely valuable among consumer trademarks because they receive a consistent level of exposure to consumers, far beyond what most apparel manufacturers or licensors can achieve to promote their products.

8.   Gucci manufactures, licenses, and markets a broad range of products that utilize the Gucci Marks.  In addition, Gucci owns approximately 50 stores throughout North America that sell exclusively Gucci branded products, as well as over 200 additional boutiques around the world.

9.   In order to protect the value of the Gucci Marks and official goods bearing the Gucci Marks, Gucci produces all of its leather goods and shoes in Italy and carefully selects the fine leathers and materials that are utilized in these products from a close network of artisans, craftsmen and purveyors of specialty leathers.  This process assures adherence to the highest quality standards for the manufacture and dissemination of Gucci Products.

10. Gross sales of Gucci branded Products have risen in each of the last three years by more than 20 percent, and annually will range between $0.5 billion and $1.0 billion in North America.

11. All authorized Gucci Products bear the Gucci marks, either on their labels, hang tags, or on the products themselves.

12. Gucci's website categorizes its handbags into at least eight different types: (1) clutches; (2) evening; (3) messenger bags; (4) shoulder bags; (5) top handles; (6) totes; (7) wristlets; and (8) exotics. A clutch is a small, yet long bag without a handle or strap. A clutch holds only a few small items, and is therefore often worn in the evening when only a few items (e.g., keys, lipstick, credit card) are needed. Because it has no handle, a clutch must be clasped in one hand or under the arm. An evening bag is a small, usually rectangular bag that looks similar to a clutch, but is made from materials (e.g., silk, rhinestones) that allow the bag to compliment an evening gown or other formal wear. Evening bags are generally worn to formal dinners and parties. While some evening bags may have a small chain for a strap, others are carried like a clutch. A messenger bag is a bag that is worn over one shoulder with a strap that winds around the chest so that the bag rests on the lower back or hip. Messenger bags are larger in size than most types of handbags, and are sometimes considered to be a piece of luggage. A top handle bag is a bag that has either one or two handles. It is typically carried either by grasping the handle(s) or wearing it on the wrist or forearm. A top handle bag is typically not worn over the shoulder. A tote is a medium to large bag with two handles or straps. Totes are often used to carry large items, and some totes are big enough to use as overnight luggage. A wristlet is even smaller than a clutch, and is worn by a small strap around the wrist. An exotic bag is made with materials from exotic animals, such as the leather from crocodiles and snakes, or feathers from ostriches. Shown below is a true and accurate screen shot of Gucci's website at www.Gucci.com, showing the different types of handbags sold by Gucci.









13. Similarly, the authorized vendors that sell Gucci products online categorize Gucci handbags according to the type of bag.  For example, Bergdorf Goodman, an authorized online Gucci vendor, categorizes Gucci handbags into at least seven different types:  (1) totes; (2) satchels; (3) frame bags; (4) shoulder bags; (5) hobos; (6) clutches and evening; and (7) exotics.  A satchel is a bag with a flat, wide bottom, a zippered or clasped top, and two handles or straps.  A frame bag is a structured bag that sits upright and is usually worn by a handle on the wrist or forearm.  A hobo bag is a soft, large bag with a zippered top and a shoulder strap.  Hobo bags are primarily crescent shaped and tend to crunch down when laid down.  Shown below is a true and accurate screen shot of Bergdorf Goodman's website at www.bergdorfgoodman.com, listing the different types of handbags sold by Bergdorf Goodman.



14. Saks Fifth Avenue, another authorized online vendor of Gucci products, also categorizes handbags into at least seven types:  (1) shoulder bags; (2) satchels and top handles;

(3) convertible strap and messenger; (4) hobos; (5) totes; (6) clutches and wristlets; (7) evening; and (8) exotics and animal prints.  Shown below is a true and accurate screen shot of Saks Fifth Avenue's website at www.saksfifthavenue.com, listing the different types of handbags sold by Sakes Fifth Avenue.



15. Neiman Marcus, an authorized online vendor of Gucci products, also categorizes handbags into at least seven types:  (1) exotics; (2) satchels; (3) frame bags; (4) shoulder bags; (5) totes; (6) hobos; and (7) clutches.  Shown below are true and accurate screen shots of Neiman Marcus's website at www.neimanmarcus.com, showing the different types of handbags sold by

Neiman Marcus.





**THE COUNTERFEIT PRODUCTS**

16. In 2007, Gucci became aware that Defendants (and others) had engaged in the sale of counterfeit Gucci Products, often expressly identified with the trademark GUCCI name, throughout the New York metropolitan area and elsewhere in the United States (the "Counterfeit Products"). Gucci immediately commenced an investigation into the activities of Defendants and other entities engaged in comparable behavior.

17. In particular, Gucci learned that Defendants were selling virtual replicas of Gucci Products, including but not limited to various types of handbags, as well as small leather goods and other items. For example, shown below is an image of an authentic Gucci "Horsebit Nail" Boston bag. The product displayed below bears the following federally registered trademarks owned by Gucci: the GUCCI trademark name, non-interlocking "GG" monogram, and repeating

"GG" design.  See Ex. 1 (U.S. Reg. Nos. 876,292; 959,338; 972,078; 1,106,722; 1,168,477; 1,321,864; 3,072,549).



18. For comparison, below is an image of a Counterfeit Product that was offered to the public for sale through TheBagAddiction.com website.  The handbag displayed below has handles and ornamentation that are designed to appear like the handles and ornamentation on the authentic product.  The overall effect of the design of this Counterfeit is to create confusion amongst consumers and to denigrate the value of the Gucci brand through the wide-scale distribution of fraudulent and inferior products.  As is clear, Defendants' products bear the Gucci federally registered trademark name, non-interlocking "GG" monogram, and repeating "GG" design, in violation of federal and state and criminal and civil statutes.



19. Further, shown below is an image of an authentic Gucci "Chain Large Hobo" handbag.  The packaging and labels for the product displayed below bear Gucci's federally registered GUCCI trademark name.  <u>See</u> Ex. 1 (U.S. Reg. Nos. 876,292; 959,338; 972,078; 1,168,477; 1,321,864).



20. Below is an image of a Counterfeit Product offered by Defendants for sale to the public through TheBagAddiction.com website.  In addition to bearing the Gucci trademark, the handbag displayed below copies the trade-dress and design elements of a Gucci bag, further contributing the confusion in the marketplace that is created by this product.

14



21. Defendants' websites contain hundreds of Gucci products that follow the same pattern of utilizing Gucci's trademarks on products that copy Gucci's unique combination of colors and design to fool consumers into believing that the product originated from Gucci.

22. Acting under my direction, a Gucci representative examined multiple images of each of the counterfeit Gucci Products that are offered for sale through Defendants' websites and that were purchased from Defendants by The Stonegate Agency, Inc. and described in the Declaration of Michael F. Falsone.  These products did not come from Gucci nor were they produced by any party that is authorized by Gucci to manufacture, license, or distribute.  Gucci did not authorize Defendants to manufacture, import, export, distribute, advertise, sell or offer to sell these products and did not have the opportunity to control their quality and nature.

23. The quality of Defendants' Counterfeit Products, although designed to imitate Gucci Products, is inferior to that of products produced by Gucci.  The result of Defendants' activities is to put into distribution products that do not embody Gucci's high standards of design, quality of materials, and manufacturing, therefore undermining Gucci's reputation amongst consumers and diluting the brand.  These differences, though, are not so obvious as to warn consumers to the fact that they are not buying official Gucci Products.

24. Further, Defendants' Counterfeit Products are sold in the same channels of trade and distribution as official Gucci Products, including but not limited to stores and through websites on the Internet.

25. The design of Defendants' Counterfeit Products and the use of the Gucci Marks in connection with the sale of Counterfeit Products communicates to consumers that the Counterfeit Products were manufactured, licensed, approved or sponsored by, or otherwise affiliated with, Gucci.

**THE IRREPARABLE INJURY**

26. The result of Defendants' manufacturing, advertisement, distribution and sale of Counterfeit Products will be to deceive and mislead consumers into believing that Defendants' Counterfeit Products or activities are authorized or sponsored by Gucci.

27. Defendants' activities are causing immediate and irreparable harm to Gucci in many ways. In the first instance, an unknowable number of consumers will decide to visit Defendants' websites, and possibly purchase Defendants' Counterfeit Products, because of Defendants' use of the Gucci Marks. There is no way to determine precisely how many of these consumers may have otherwise visited authorized sellers of Gucci Products and made purchases of authentic Gucci Products were it not for Defendants' use of the Gucci Marks to misdirect consumers. Under either scenario, Defendants' activities certainly resulted in lost sales and market share to Gucci.

28. Worse, an incalculable number of consumers will become confused into believing that there is some connection between Gucci, on the one hand, and Defendants or their Counterfeit Products, on the other hand, and develop a lower opinion of Gucci as a result. Consumers who are exposed to Defendants' Counterfeit Products will be less likely to buy

official Gucci Products in the future when they learn of the poor quality of Defendants'

Counterfeit Products or otherwise become disappointed by the way that Defendants conduct

business outside the authorization or influence of Gucci.  Moreover, the presence of unlicensed

imitation Gucci Products in the marketplace harms the image and cachet of officially-licensed

Gucci Products.  As a result, Defendants' activities are causing irreparable injury to Gucci's

reputation and goodwill.

    29. Defendants should be immediately enjoined from selling fraudulent Gucci products

and have no equitable interest in continuing this damaging and illegal activity.

    30. I declare under penalty of perjury that the foregoing is true and correct.  Executed at

New York, New York, May 30, 2008.

                                        _____
                                            Jonathan H. Moss

**EXHIBIT 1**

Int. Cls.: 16, 18, 21 and 25

Prior U.S. Cls.: 2, 3, 37, 39 and 41

**United States Patent and Trademark Office**

Renewal

Reg. No. 876,292
Registered Sep. 9, 1969
OG Date Aug. 29, 1989

## TRADEMARK
## PRINCIPAL REGISTER

## GUCCI

GUCCI AMERICA, INC. (NEW YORK CORPORATION)
685 FIFTH STREET
NEW YORK, NY 10022, BY CHANGE OF NAME FROM GUCCI SHOPS INC. (NEW YORK CORPORATION) NEW YORK, NY

FOR: VACUUM BOTTLES, COMPACTS SOLD EMPTY AND VANITY CASES SOLD EMPTY, IN CLASS 2 (INT. CL. 21).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

FOR: POCKETBOOKS, WALLETS, TRAVEL AND DUFFEL BAGS, ATTACHE CASES, TOILET CASES SOLD EMPTY AND SHOE BAGS, IN CLASS 3 (INT. CL. 18).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

FOR: DESK SETS INCLUDING BLOTTERS, DESK PADS, LETTER OPENERS, PENCIL HOLDERS, AND A LEATHER TRAY , IN CLASS 37 (INT. CL. 16).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

FOR: SHOES AND BOOTS, IN CLASS 39 (INT. CL. 25).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

FOR: UMBRELLAS, IN CLASS 41 (INT. CL. 18).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

SER. NO. 300,192, FILED 6–11–1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 29, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:47:51 ET

**Serial Number:** 72300192 <u>Assignment Information</u>

**Registration Number:** 876292

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1989-07-17

**Filing Date:** 1968-06-11

**Transformed into a National Application:** No

**Registration Date:** 1969-09-09

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-01-23

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH STREET
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**U.S. Class:** 002 (International Class 021)
**Class Status:** Active
VACUUM BOTTLES, COMPACTS SOLD EMPTY AND VANITY CASES SOLD EMPTY
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 003 (International Class 018)
**Class Status:** Active
POCKETBOOKS, WALLETS, TRAVEL AND DUFFEL BAGS, ATTACHE CASES, TOILET
CASES SOLD EMPTY AND SHOE BAGS
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 037 (International Class 016)
**Class Status:** Active
DESK SETS INCLUDING BLOTTERS, DESK PADS, LETTER OPENERS, PENCIL HOLDERS,
AND A LEATHER TRAY
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 039 (International Class 025)
**Class Status:** Active
SHOES AND BOOTS
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 041 (International Class 018)
**Class Status:** Active
UMBRELLAS
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1989-09-09 - First renewal

1989-05-19 - Section 9 filed/check record for Section 8

1977-02-28 - Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

# United States Patent Office

959,338
Registered May 22, 1973

## PRINCIPAL REGISTER
## Trademark

Ser. No. 420,356, filed Apr. 4, 1972

# GUCCI

Gucci Shops Inc. (New York corporation)
699 5th Ave.
New York, N.Y.   10022

For: WATCHES, in CLASS 27 (INT. CL. 14).
First use 1957; in commerce 1957.
Owner of Reg. No. 876,292.

R. PEVERADA, Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:51:40 ET

**Serial Number:** 72420356 <u>Assignment Information</u>

**Registration Number:** 959338

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-02-13

**Filing Date:** 1972-04-04

**Transformed into a National Application:** No

**Registration Date:** 1973-05-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-04-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**U.S. Class:** 027 (International Class 014)
**Class Status:** Active
WATCHES
**Basis:** 1(a)
**First Use Date:** 1957-00-00
**First Use in Commerce Date:** 1957-00-00

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
876292

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2006-05-19 - Review Of Correspondence Complete

2004-02-13 - FAX RECEIVED

2004-02-13 - Second renewal 10 year

2004-02-13 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-05 - Combined Section 8 (10-year)/Section 9 filed

2002-12-03 - PAPER RECEIVED

1993-04-21 - First renewal 10 year

1993-02-08 - Section 9 filed/check record for Section 8

1993-02-08 - Section 9 filed/check record for Section 8

1993-02-08 - Section 9 filed/check record for Section 8

1979-02-12 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

# United States Patent Office

972,078
Registered Oct. 30, 1973

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 421,386, filed Apr. 14, 1972

# GUCCI

Gucci Shops Inc. (New York corporation)
699 5th Ave.
New York, N.Y.   10022

For: RETAIL APPAREL, JEWELRY AND LEATH-
ER GOODS STORE SERVICES, in CLASS 101 (INT.
CL. 42).

First use Dec. 20, 1953; in commerce Dec. 20, 1953.
Owner of Reg. No. 876,292.

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:52:38 ET

**Serial Number:** 72421386 <u>Assignment Information</u>

**Registration Number:** 972078

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2003-03-11

**Filing Date:** 1972-04-14

**Transformed into a National Application:** No

**Registration Date:** 1973-10-30

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NJ 10022
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**U.S. Class:** 101 (International Class 042)
**Class Status:** Active
RETAIL APPAREL, JEWELRY AND LEATHER GOODS STORE SERVICES
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
876292

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2003-03-11 - Second renewal 10 year

2003-03-11 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-11 - Combined Section 8 (10-year)/Section 9 filed

2002-12-11 - PAPER RECEIVED

1993-12-08 - First renewal 10 year

1993-10-28 - Section 9 filed/check record for Section 8

1979-11-20 - Section 8 (6-year) accepted & Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**   Reg. No. 1,168,477
Registered Sep. 8, 1981

## TRADEMARK
### Principal Register

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: NECKTIES; SCARVES; BELTS; FOOT-WEAR; SHIRTS; SWEATERS; COATS; SUITS; DRESSING GOWNS; HATS; SOCKS; DRESSES AND BATHING SUITS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1920; in commerce Dec. 1953.

Owner of U.S. Reg. Nos. 876,292, 972,078 and others.

Ser. No. 219,348, filed Jun. 12, 1979.

JEFFERY H. KAUFMAN, Primary Examiner

R. S. BREN, Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:53:26 ET

**Serial Number:** 73219348 <u>Assignment Information</u>

**Registration Number:** 1168477

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-02-01

**Filing Date:** 1979-06-12

**Transformed into a National Application:** No

**Registration Date:** 1981-09-08

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-02-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Neckties; Scarves; Belts; Footwear; Shirts; Sweaters; Coats; Suits; Dressing Gowns; Hats; Socks; Dresses and Bathing Suits
**Basis:** 1(a)
**First Use Date:** 1920-09-00
**First Use in Commerce Date:** 1953-12-00

---

## ADDITIONAL INFORMATION

---

**Section 2(f)**

**Prior Registration Number(s):**
8762920
9720780

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2002-02-01 - First renewal 10 year

2002-02-01 - Section 8 (10-year) accepted/ Section 9 granted

2001-11-27 - Combined Section 8 (10-year)/Section 9 filed

1987-04-09 - Section 8 (6-year) accepted & Section 15 acknowledged

1981-09-08 - Registered - Principal Register

1981-06-16 - Published for opposition

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BARABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

Reg. No. 1,321,864
Registered Feb. 26, 1985

## TRADEMARK
### Principal Register

# GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: EYEGLASSES AND PARTS THEREFOR, in CLASS 9 (U.S. Cl. 26).

First use May 6, 1983; in commerce Sep. 12, 1983.

Owner of U.S. Reg. No. 1,169,019.

Sec. 2(f).

Ser. No. 448,904, filed Oct. 20, 1983.

LAURA ELLEN DAVIS, Examining Attorney

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:54:15 ET

**Serial Number:** 73448904 <u>Assignment Information</u>

**Registration Number:** 1321864

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-08-03

**Filing Date:** 1983-10-20

**Transformed into a National Application:** No

**Registration Date:** 1985-02-26

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-08-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Gucci America, Inc.

**Address:**
Gucci America, Inc.
685 Fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Eyeglasses and Parts Therefor
**Basis:** 1(a)
**First Use Date:** 1983-05-06
**First Use in Commerce Date:** 1983-09-12

## ADDITIONAL INFORMATION

**Section 2(f)**

**Prior Registration Number(s):**
1169019

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2004-08-03 - First renewal 10 year

2004-08-03 - Section 8 (10-year) accepted/ Section 9 granted

2004-06-01 - Combined Section 8 (10-year)/Section 9 filed

1991-02-05 - Section 8 (6-year) accepted & Section 15 acknowledged

1990-11-05 - Section 8 (6-year) and Section 15 Filed

1985-02-26 - Registered - Principal Register

1984-12-18 - Published for opposition

1984-12-06 - Notice of publication

1984-10-15 - Approved for Pub - Principal Register (Initial exam)

1984-09-24 - Communication received from applicant

1984-09-07 - Non-final action mailed

1984-08-09 - Communication received from applicant

1984-05-10 - Non-final action mailed

1984-03-30 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,106,722
Registered Nov. 21, 1978

## TRADEMARK
### Principal Register



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y.  10022

For: NECKTIES, SCARVES, BELTS, FOOTWEAR, SHIRTS, SWEATERS, COATS, SUITS, DRESSING GOWNS, HATS, SOCKS, DRESSES, AND BATHING SUITS, in CLASS 25 (U.S. CL. 39).

First use March 1966; in commerce March 1966.

Ser. No. 146,455, filed Oct. 28, 1977.

V. T. HARFORD, JR., Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:55:04 ET

**Serial Number:** 73146455 <u>Assignment Information</u>

**Registration Number:** 1106722

**Mark**



**(words only):** GG

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1998-10-21

**Filing Date:** 1977-10-28

**Transformed into a National Application:** No

**Registration Date:** 1978-11-21

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-08-24

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
689 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
NECKTIES, SCARVES, BELTS, FOOTWEAR, SHIRTS, SWEATERS, COATS, SUITS, AND
BATHING SUITS
**Basis:** 1(a)
**First Use Date:** 1966-03-00
**First Use in Commerce Date:** 1966-03-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1998-10-21 - First renewal 10 year

1998-08-27 - Section 9 filed/check record for Section 8

1985-03-28 - Section 8 (6-year) accepted & Section 15 acknowledged

1984-10-19 - Section 8 (6-year) and Section 15 Filed

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOHN CLARKE HOLMAN

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 6

Prior U.S. Cl.: 13

## United States Patent and Trademark Office

Reg. No. 1,112,601
Registered Feb. 6, 1979

## TRADEMARK
### Principal Register



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y.  10022

For: KEY RINGS, in CLASS 6 (U.S. CL. 13).
First use July 1918; in commerce December 1953.

Ser. No. 133,832, filed July 13, 1977.

M. E. BODSON, Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:55:48 ET

**Serial Number:** 73133832 <u>Assignment Information</u>

**Registration Number:** 1112601

**Mark**



**(words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-01-27

**Filing Date:** 1977-07-13

**Transformed into a National Application:** No

**Registration Date:** 1979-02-06

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-08-07

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 006
**Class Status:** Active
KEY RINGS
**Basis:** 1(a)
**First Use Date:** 1918-07-00
**First Use in Commerce Date:** 1953-12-00

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**02.01.23** - Armor (men wearing); Knights; Men, knights and other men in armor
**02.09.06** - Carrying items, humans; Humans, including men, women and children, depicted toting items, such as buckets or bags; Toting items, humans
**24.01.02** - Shields or crests with figurative elements contained therein or superimposed thereon
**24.09.07** - Advertising, banners; Banners
**26.05.07** - Triangles with a decorative border, including scalloped, ruffled and zig-zag edges

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1999-01-27 - First renewal 10 year

1998-10-26 - Section 9 filed/check record for Section 8

1985-03-13 - Section 8 (6-year) accepted & Section 15 acknowledged

1984-10-19 - Section 8 (6-year) and Section 15 Filed

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
GEORGE M BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 18

Prior U.S. Cl.: 3, 41

## United States Patent and Trademark Office

Reg. No. 1,122,780
Registered July 24, 1979

## TRADEMARK
### Principal Register



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y.   10022

For: WALLETS, PURSES, HANDBAGS, SHOUL-
DER BAGS, CLUTCH BAGS, TOTE BAGS, CARD
CASES, PASSPORT CASES, COSMETIC CASES, AT-
TACHE CASES, VALISES, SUITCASES, DUFFLES,
NECKTIE CASES, U M B R E L L A S, SADDLES,
BRIDLES, WALKING STICKS, CANES, AND KEY
CASES, in CLASS 18 (U.S. CLS. 3 and 41).

First use July 1963; in commerce July 1963.

The mark is made up of a stripe containing three dis-
tinct bands of colors, the colors being green, red then
green.

Ser. No. 150,482, filed Dec. 1, 1977.

G. E. PENCE, Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:56:42 ET

**Serial Number:** 73150482 <u>Assignment Information</u>

**Registration Number:** 1122780

**Mark**



**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-09-22

**Filing Date:** 1977-12-01

**Transformed into a National Application:** No

**Registration Date:** 1979-07-24

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-08-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
50 HARTZ WAY
SECAUCUS, NJ 07094
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, CARD
CASES, ATTACHE CASES, VALISES, SUITCASES, DUFFLES, [ AND KEY CASES
**Basis:** 1(a)
**First Use Date:** 1963-07-00
**First Use in Commerce Date:** 1963-07-00

## ADDITIONAL INFORMATION

**Lining and Stippling:** THE MARK IS MADE UP OF A STRIPE CONTAINING THREE DISTINCT
BANDS OF COLORS, THE COLORS BEING GREEN, RED THEN GREEN.

**Design Search Code(s):**
**26.11.11** - Rectangles divided twice into three sections
**26.11.21** - Rectangles that are completely or partially shaded

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-16 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1999-09-22 - First renewal 10 year

1999-07-19 - Section 9 filed/check record for Section 8

1985-09-13 - Section 8 (6-year) accepted & Section 15 acknowledged

1985-07-01 - Section 8 (6-year) and Section 15 Filed

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 25

Prior U.S. Cl.: 39

# United States Patent and Trademark Office

Reg. No. 1,483,526
Registered Apr. 5, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 5TH AVENUE
NEW YORK, NY 10022 , BY CHANGE OF NAME
FROM GUCCI SHOPS, INC. (NEW YORK
CORPORATION) NEW YORK, NY 10022

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-0-1967; IN COMMERCE
9-0-1967.
OWNER OF U.S. REG. NOS. 1,122,570, 1,159,775
AND OTHERS.

THE MARK IS LINED FOR THE COLORS
RED AND GREEN.

THE MARK IS MADE UP OF A STRIPE CON-
TAINING THREE BANDS OF COLOR, THE
COLORS BEING GREEN, RED THEN GREEN.

SEC. 2(F).

SER. NO. 562,496, FILED 10-10-1985.

CRAIG K. MORRIS, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:57:44 ET

**Serial Number:** 73562496 <u>Assignment Information</u>

**Registration Number:** 1483526

**Mark**



**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1994-06-17

**Filing Date:** 1985-10-10

**Transformed into a National Application:** No

**Registration Date:** 1988-04-05

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1994-08-01

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
50 HARTZ WAY
SECAUCUS, NJ 07094
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
FOOTWEAR
**Basis:** 1(a)
**First Use Date:** 1967-09-00
**First Use in Commerce Date:** 1967-09-00

---

## ADDITIONAL INFORMATION

**Description of Mark:** THE MARK IS MADE UP OF A STRIPE CONTAINING THREE BANDS OF COLOR, THE COLORS BEING GREEN, RED THEN GREEN.

**Lining and Stippling:** THE MARK IS LINED FOR THE COLORS RED AND GREEN.

**Section 2(f)**

**Design Search Code(s):**
**26.11.12** - Rectangles with bars, bands and lines
**26.11.21** - Rectangles that are completely or partially shaded

**Prior Registration Number(s):**
1122570
1159775

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

# PROSECUTION HISTORY

2007-01-03 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1994-06-17 - Section 8 (6-year) accepted & Section 15 acknowledged

1994-03-25 - Section 8 (6-year) and Section 15 Filed

1988-04-05 - Registered - Principal Register

1988-01-12 - Published for opposition

1987-12-15 - Notice of publication

1987-12-11 - Notice of publication

1987-10-23 - Approved for Pub - Principal Register (Initial exam)

1987-09-22 - Communication received from applicant

1987-03-26 - Final refusal mailed

1986-11-19 - Communication received from applicant

1986-05-19 - Non-final action mailed

1986-03-25 - Communication received from applicant

1986-01-08 - Non-final action mailed

# ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOHN CLARKE HOLMAN

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022-4690
Phone Number: 212-715-1000

Fax Number: 212-715-1399

Int. Cls.: **18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 39 and 41**

Reg. No. 2,042,805

**United States Patent and Trademark Office**    Registered Mar. 11, 1997

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1,
2, 3, 22 AND 41).
FIRST USE 10–0–1994; IN COMMERCE
3–0–1995.
FOR: BELTS, GLOVES, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 10–0–1994; IN COMMERCE
3–0–1995.

OWNER OF U.S. REG. NOS. 1,106,722, 1,920,895
AND OTHERS.

SER. NO. 74–709,786, FILED 8–1–1995.

ANDREW LAWRENCE, EXAMINING ATTOR-
NEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:59:19 ET

**Serial Number:** 74709786 <u>Assignment Information</u>

**Registration Number:** 2042805

**Mark**



**(words only):** G

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2003-04-24

**Filing Date:** 1995-08-01

**Transformed into a National Application:** No

**Registration Date:** 1997-03-11

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-12-21

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 Fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
handbags
**Basis:** 1(a)
**First Use Date:** 1994-10-00
**First Use in Commerce Date:** 1995-03-00

**International Class:** 025
**Class Status:** Active
belts, gloves
**Basis:** 1(a)
**First Use Date:** 1994-10-00
**First Use in Commerce Date:** 1995-03-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1106722
1107311
1142562
1158170
1920895

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-16 - TEAS Change Of Correspondence Received

2006-12-21 - Case File In TICRS

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2003-04-24 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-12-06 - Section 8 (6-year) and Section 15 Filed

2002-12-06 - Section 8 (6-year) and Section 15 Filed

2002-12-06 - PAPER RECEIVED

1997-03-11 - Registered - Principal Register

1996-12-17 - Published for opposition

1996-11-15 - Notice of publication

1996-09-27 - Approved for Pub - Principal Register (Initial exam)

1996-07-18 - Communication received from applicant

1996-01-18 - Non-final action mailed

1996-01-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,234,272

## United States Patent and Trademark Office

Registered Mar. 23, 1999

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WATCHES AND CLOCKS, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4–30–1996; IN COMMERCE
9–0–1996.
OWNER OF U.S. REG. NO. 2,042,805.

SER. NO. 75–456,924, FILED 3–25–1998.

AMOS T. MATTHEWS, JR., EXAMINING AT-
TORNEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:00:07 ET

**Serial Number:** 75456924 <u>Assignment Information</u>

**Registration Number:** 2234272

**Mark**



**(words only):** G

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2004-05-26

**Filing Date:** 1998-03-25

**Transformed into a National Application:** No

**Registration Date:** 1999-03-23

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-06-03

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
WATCHES and CLOCKS
**Basis:** 1(a)
**First Use Date:** 1996-04-30
**First Use in Commerce Date:** 1996-09-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2042805

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2004-05-26 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-04-21 - Section 8 (6-year) and Section 15 Filed

1999-03-23 - Registered - Principal Register

1998-12-29 - Published for opposition

1998-11-27 - Notice of publication

1998-10-22 - Approved for Pub - Principal Register (Initial exam)

1998-10-20 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GOERGE M BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,072,549
Registered Mar. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPORA-
TION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WALLETS, PURSES, HANDBAGS,
SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS,
BUSINESS CARD CASES, CREDIT CARD CASES,
PARTLY AND WHOLLY OF LEATHER, KEY
CASES, COSMETIC CASES SOLD EMPTY, BRIEF-
CASES, ATTACHÉ CASES, VALISES, SUITCASES

AND DUFFLES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22
AND 41).

FIRST USE 3-0-1966; IN COMMERCE 3-0-1966.

OWNER OF U.S. REG. NOS. 1,106,722, 2,680,237
AND OTHERS.

SER. NO. 76-611,519, FILED 9-15-2004.

ELISSA GARBER KON, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:00:48 ET

**Serial Number:** 76611519 <u>Assignment Information</u>

**Registration Number:** 3072549

**Mark**



**(words only):** GG

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-03-28

**Filing Date:** 2004-09-15

**Transformed into a National Application:** No

**Registration Date:** 2006-03-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-09-01

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Gucci America, Inc.

**Address:**
Gucci America, Inc.
685 Fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York
**Phone Number:** 201-392-2652

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Wallets, purses, handbags, shoulder bags, clutch bags, tote bags, business card cases, credit card cases, partly and wholly of leather, key cases, cosmetic cases sold empty, briefcases, attaché cases, valises, suitcases and duffles
**Basis:** 1(a)
**First Use Date:** 1966-03-00
**First Use in Commerce Date:** 1966-03-00

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**26.01.02** - Circles, plain single line; Plain single line circles
**26.01.31** - Circles - five or more; Five or more circles

**Prior Registration Number(s):**
1106722
1107259
1107311
2680237

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2006-03-28 - Registered - Principal Register

2006-01-03 - Published for opposition

2005-12-14 - Notice of publication

2005-11-12 - Law Office Publication Review Completed

2005-10-28 - Assigned To LIE

2005-10-24 - Approved for Pub - Principal Register (Initial exam)

2005-10-04 - Teas/Email Correspondence Entered

2005-09-27 - Communication received from applicant

2005-09-27 - TEAS Response to Office Action Received

2005-08-15 - Non-final action mailed

2005-08-15 - Non-Final Action Written

2005-07-28 - Teas/Email Correspondence Entered

2005-07-20 - Communication received from applicant

2005-07-20 - TEAS Response to Office Action Received

2005-04-15 - Non-final action mailed

2005-04-14 - Non-Final Action Written

2005-04-14 - Assigned To Examiner

2005-04-14 - Assigned To Examiner

2004-09-24 - New Application Entered In Tram

# ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
George M. Borababy

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

**EXHIBIT 2**

**Gucci coup; Fashion.(Features).**

*Sunday Times (London, England)* (Feb 19, 2006): p29.

About this publication  |  How to Cite  |  Source Citation |  Spanish 

## THE SUNDAY TIMES



**Full Text :** COPYRIGHT 2006 Sunday Times

Byline: Sara Hassan

The world's most glamorous label is having a retro moment. By Sara Hassan

Reinventing the past is one of fashion's favourite pastimes, and Frida Giannini's first collection as Gucci's creative director is no exception. Giannini has raided the archives to revive design classics from those distant decades when Jacqueline Kennedy, Audrey Hepburn and a young Princess Caroline of Monaco (above) were fans of the label. The iconic boot print of the 1970s has been reworked to create a new generation of wrap dresses and blouses, while the classic Flora design, once a scarf print, adorns shoes, bags, blouses and bikinis. The whole collection is a joyous blend of prints, tiger stripes and gold metallics. Riviera summer, here we come.

Copyright (C) The Sunday Times, 2006

CAPTION(S):

1 White moccasins, Pounds 260.

2 Shirt, Pounds 455. 3 Wrap dress, Pounds 920. 4 Jacket, Pounds 3,860. 5 Gold moccasins, Pounds 265. 6 Bikini, Pounds 220. 7 Guccissima bag, Pounds 510. All by Gucci; 020 7629 2716

**Source Citation:** "Gucci coup; Fashion.(Features)." *Sunday Times (London, England)* (Feb 19, 2006): 29.

**Gucci at 85: "Brand is king".(Feature).** Suzy Menkes.
*International Herald Tribune* (Sept 29, 2006): p231.
About this publication  |  How to Cite  |  Source Citation |  Spanish           Translate

Subjects

**Full Text :**COPYRIGHT 2006 International Herald Tribune

Byline: Suzy Menkes

MILAN -- One charismatic face is missing from Gucci's glamorous archive pictures of Jackie O with a bag and trademark shades, Princess Di as child bride and sassy young woman, Britt Ekland trading double G logos with Peter Sellers, and Madonna in various hug-me-tight leather jackets.

Tom Ford, architect of Gucci's revival as a jet set brand, before he left the company two years ago, does not appear in "Gucci by Gucci" (Mondadori)

i the magnificent leather-encased tome of glamorama photographs brought out to celebrate 85 star-studded years.

And maybe that is as it should be. For Gucci's subsequent success i a 21 per cent increase in sales was posted for the first half of 2006 i underlines a truth. Selling luxury today is all about not who designs the products, but managing the brand.

Robert Polet, Gucci Group's CEO, stands by the words he uttered in December 2004, that he planned to double the annual financial revenues (then at n1.59 billion, or $2.01 billion) in seven years. In fact, he said Tuesday that he was more confident than ever of his projection.

"We are absolutely convinced that we are going to make it, by up-trading i it's all about the desirability of the product," says Polet.

Mark Lee, 44, Gucci's CEO and the architect of its current growth, is even more specific. He cites figures to show that Polet's premise of a 10 percent annual increase has already been overtaken, with Gucci revenues up 18.4 per cent in 2005 and likely to exceed that in the current year. Profit in the first half of 2006 was up 39 percent. And analysts are forecasting that the overall figures this year might break through the n2 billion bench mark.

"A lot of credit goes to Frida and all the energy she has put in," said Lee, referring to the current designer Frida Giannini i also significantly not photographed for the book. The CEO also says that the Gucci focus on trading up, with projects such as La Pelle Guccissima, or ultrafine leather, has brought both kudos and bucks. Even though the signature canvas bags are still the brand base, accounting for 70 percent of sales, the 30 percent of leather goods is on the rise.

Gucci's rivals have sneered that canvas bags smothered in florals were leaving luxury behind and entering Coach territory i meaning the American brand that has had a huge success in a medium price range. But Lee says his

strategy is the opposite of aiming to create n300 bags in China and that he is "totally focused" on high-end goods made in Italy.

For all its powerful fashion pictures of smudgy-eyed decadents in sexy clothes that polished Gucci's tarnished image in the 1990s, the brand was and is driven by leather goods and shoes. "Leather goods are our history," says Lee, but he cites other categories where he perceives future growth. One is ready-to-wear (currently about 15 per cent of the business) but growing fast with a 29 percent increase so far this year.

Another focus is fragrance, after Gucci signed a recent deal with Proctor & Gamble. He believes it will be as successful a partnership as the sunglasses with Safilo.

How much is Gucci's current growth particular to the brand i and how much a result of a hot market for luxury goods?

"It is a positive moment in the sector in general i but Gucci is above that trend," says Lee. "There is a strong aspirational aspect with more and more hunger for high price points. People are also surprised that we are able to put on so much growth in 'mature' markets such as America."

Then there is "the Asian phenomenon." Lee, who has just returned from a 10-day trip through Hong Kong, Thailand, Indonesia and Singapore, says that he wants to continue to keep the Gucci cake sliced more or less in equal thirds between America, Europe and Japan, where a World of Gucci eight level store will open on Tokyo's Ginza in November. He also sees future growth in the rest of Asia, and specifically in India and China, where Gucci has been for a decade. It will have 11 stores by the end of the year and is "rolling to the next level."

The recent increases are also due to the buzzing American market where, as Lee puts it, "our customers are pretty immune to gas prices."

For all the praise Lee gives to Giannini and her 40-strong team, all of whom are now centered in Florence, the designer is unlikely ever to have the high profile of Ford, who not only brought Gucci back to the heart of fashion but also, with his understanding of the power of images and media, set a template for other brands.

Lee talks frankly about what he calls the "scuttlebutt" period when Ford was making his acrimonious departure and competing luxury groups were talking Gucci down. He insists that even when the Gucci catwalk shows set the agenda for the industry, there was much more to the business than the images captured on screen. And that no brand could have a serious business based "on 40 outfits on the runway twice a year."

He gives as an example the enlarged jewelry collection, which was formerly focused 65 per cent on Japan. Now Gucci jewels are moving from dainty diamonds set in white gold to something bolder, within the n2,000 to n5,000 range.

The strength of Gucci's current growth is not just about extending the brand, but about developing each category "in a complete way." And Giannini is part i but only one part i of that process.

"There is still a mystique about the designer," says Lee. "But at the end of the day, the brand is king."

**Source Citation:** Menkes, Suzy. "Gucci at 85: "Brand is king".(Feature)." *International Herald Tribune* (Sept 29, 2006): 231.

**Retailer Wants Its Other Brands to Be More Like Gucci.(Business/Financial Desk).** John Tagliabue.
   ***The New York Times*** (Jan 26, 2006): pC1(L).

About this publication   |   How to Cite   |   Source Citation |   Spanish          Translate

Subjects

# The New York Times

Full Text :COPYRIGHT 2006 The New York Times Company

Those who drink Chateau Latour wine or buy Gucci handbags or order a sweater from the Lerner or Lane Bryant catalogs are all doing business with companies owned by Francois-Henri Pinault, heir to one of France's biggest luxury groups. But the multibrand model of retailing Mr. Pinault inherited from his father is facing strains.

He owns brands from the gilt-edged Yves Saint Laurent and Bottega Veneta to the middle-brow Printemps department stores and Fnac book and record chain in France.

Recently, however, Europe's economies have been limping, and the group's sales of everyday items have been sluggish. In luxury goods, results are mixed: Gucci remains a star brand and a money tree, but some of Mr. Pinault's other brands, like Yves Saint Laurent, Alexander McQueen and Stella McCartney, are struggling, showing either losses or only marginal profit.

All of which has raised questions about the group's hydra-headed business model. Mr. Pinault's father, Francois, 69, created the idea of clustering brands, putting them in a holding company, Artemis, and managing them through an operating company, PPR, formerly Pinault-Printemps-Redoute. The elder Mr. Pinault would shuffle brands and products, selling less favorable businesses and buying more promising ones.

But some say the clustering approach is weakening the whole. In 2004, the company had 940.6 million euros ($1.14 billion) in profit on 24 billion euros in sales, but those figures included two companies that have since been sold. Revenue for the first nine months of 2005 were 12.3 billion euros, a rise of 5.2 percent from the previous year using comparable figures. No profit figures for 2005 have been released.

In periods when consumer spending is slow, ordinary retailing acts as a brake on the luxury assets of PPR, burning up profits that luxury goods, which are international attractions, bring in. The luxury brands in particular have done well lately in North America and Asia.

But Mr. Pinault shows no sign of jettisoning his father's idea. "Always the philosophy of the business has been not to put all your eggs in one basket," he said recently.

Over the years, Mr. Pinault's father, a high school dropout, switched the baskets frequently, moving from wood and building materials to retailing to luxury. The words that come to people's lips when the elder Mr. Pinault is mentioned are "instinctive," "visionary" and sometimes "genius."

He never ran the operating company, PPR, himself, preferring to delegate. And he had a reputation for hiring

strong managers, like Serge Weinberg, who preceded the younger Mr. Pinault at the helm of PPR, and Domenico De Sole, the former lawyer who engineered the rebirth of Gucci in the 1990's.

Slender and sandy-haired, the younger Mr. Pinault, 43, earned a degree from HEC, a French business school. His first practical experience came in the United States, where in place of French military service he spent 18 months working in a French government trade office promoting haute couture.

Mr. Pinault, a collector of luxury watches who favors Gucci suits, joined the family company in the 1980's, rotating through various subsidiaries, like a unit that specialized in African trade; Fnac; and the company's Internet business. He was considered a success at each, expanding the business at every stop.

After his father handed him control of the group in 2003, Mr. Pinault tightened his grip, dismissing both Mr. Weinberg and Mr. De Sole, and bringing in other HEC graduates. Among them are Valerie Hermann at Yves Saint Laurent; Jean-Francois Palus, PPR's financial director; and Christophe Cuvillier, head of Conforama, a furniture unit.

Yet Mr. Pinault denies there is a fundamental difference between his and his father's philosophy. "It has always been the balanced approach," he said, over breakfast in his wood-paneled office. "We always thought in sectors, when they had a chance for growth. Hence, in wood products, we went into parquet, distribution, rather than just investing." Chateau Latour, the Bordeaux winery, also seemed a good real estate investment.

While PPR's retail activities may be widespread, it is also true that they are overly dependent on the domestic French market. Antoine Belge, an analyst at HSBC, said in a report that department store retailing was hampering PPR's overall earnings growth, noting that the division accounted for 67 percent of earnings, before interest and taxes, last year. The French market, he said, "accounts for 58 percent of the business."

Mr. Pinault acknowledges the problem. "We are very subject to the French economy," he said.

Mr. Pinault said it was his goal over the next three years to increase the share of non-French markets to 60 percent, notably by expanding PPR's activities in southern Europe, including Italy, Spain and Greece, where it is opening Fnac stores and Conforama furniture showrooms. In the United States, beyond the luxury brands like Gucci, he hopes to expand the activities of Redcats, the third-largest home-shopping network in the country, which owns brands like Lerner, Chadwick's and Lane Bryant.

Quick results are all the more urgent for multibrand conglomerates like PPR, because they risk over-reliance on a single brand. While Gucci has been the powerhouse of PPR, much of the cash it generates has gone to shore up less fortunate relations, like Yves Saint Laurent.

"Gucci is definitely very, very good in both turnover and profitability," said Armando Branchini, president of InterCorporate, a fashion consulting firm in Milan. The challenge facing Mr. Pinault, he said, was to make money in the lesser brands.

Discussing the luxury brands, Mr. Pinault gave the impression of a man in charge, listing the company's four main luxury brands and commenting on their prospects, a bit like a bookmaker reviewing his horses.

Gucci, he said, which generated roughly 1.5 billion euros in sales last year, could be expected to double that amount in the next three years. The struggling Yves Saint Laurent, he said, showed impressive results with its most recent November collections, and had generated double-digit revenue growth in recent months. He set Saint Laurent's revenue target at 300 million euros by 2009, after what analysts estimate was revenue of roughly 160 million euros in 2005.

Balenciaga, which the company was ready to shut down several years ago, was lauded. "We underestimated its

potential," Mr. Pinault said, praising the way its designer, Nicolas Ghesquiere, exploited the archives of Cristobal Balenciaga, the brand's creator.

But Mr. Pinault came closest to fervor when he discussed Bottega Veneta, the Italian brand that Gucci acquired in the 1990's.

"Last year it was profitable, and it continues to grow," he said, adding that revenue grew more than 50 percent in 2005, albeit from a low base. "Bottega is almost where Saint Laurent is now," he said, referring to its revenues.

Mr. Pinault was largely echoing projections given last year by Gucci's chief executive, Robert Polet, for the company's smaller luxury brands to become profitable within the next three years.

"Individual brands are more limited in their influence on the market," Mr. Pinault said, defending the company's strategy. "The only way to do it is with a portfolio of brands."

CAPTION(S):

Photos: Gucci remains a strong brand for the French retailing group PPR. (Photo by Toby Melville/Reuters)(pg. C1); Francois-Henri Pinault says he is pursuing his father's strategy of multibrand retailing, but PPR remains dependent on the French market. (Photo by Ed Alcock for The New York Times)(pg. C2)

Source Citation: Tagliabue, John. "Retailer Wants Its Other Brands to Be More Like Gucci.(Business/Financial Desk)." *The New York Times* (Jan 26, 2006): C1

Ottawa Citizen

**February** 21, 2006 Tuesday
Final Edition

Labels make their mark: A new survey says that one in three consumers would buy Armani or Gucci products, if price wasn't a factor, Sara Gay Forden reports.

**BYLINE:** Sara Gay Forden, Bloomberg News

**SECTION:** BUSINESS; Pg. F1

**LENGTH:** 621 words

**DATELINE:** MILAN

MILAN - Italian fashion labels Giorgio Armani and Gucci are the world's most coveted brands, according to a survey by market research company ACNielsen.

One in three consumers said that they would buy Armani or Gucci products if money wasn't an issue, according to a survey of 21,000 online consumers in 42 countries that was conducted by ACNielsen and obtained by Bloomberg News.

"Giorgio Armani and Gucci clearly understand that strong brands make for profitable businesses," said Frank Martell, president and chief executive officer of ACNielsen Europe. "They are not merely selling fashion, they are selling an image, something consumers are willing to pay a premium for."

Armani and Gucci started as family-owned businesses and grew into global brands in the 1990s. Mr. Armani, who founded his fashion empire with an unlined jacket in 1975, has expanded into cosmetics, housewares and watches and is planning to open hotels. Gucci, owned by French retail company PPR SA, was turned around by former executives Tom Ford and Domenico De Sole, who made its bamboo-handled bags, horse-bit motifs and double-G logos trendy and profitable.

"Both of these brands have consistently reinforced and updated their brand values," said Deepak Varma, senior vice president for International Research at ACNielsen. "They have kept investing in their brands."

Another Italian label, Versace, ranked third in the ACNielsen poll. Of the total respondents, 27 per cent said they would buy Versace products if money wasn't an issue. Among the other brands consumers said they most desire are Christian Dior, Ralph Lauren and Louis Vuitton.

The survey result coincides with the start of fashion shows in Milan, where Giorgio Armani presented his 2006 fall-winter women's collection yesterday. Mr. Armani, speaking in an interview after the show, attributed the success of his brand to "the coherence of style over nearly 30 years and the courage to trust in things I like."

Gucci, founded in 1921, is fueling sales with products that evoke its roots, including Giannini's Guccissima and Flora collections. Guccissima features the house's double-G logo embossed in leather on handbags, boots and shoes, while the Flora motif is based on a scarf designed for Grace Kelly in 1966.

The Gucci brand, which generates most of the profit at PPR's luxury unit, **Gucci Group NV,** reported a 14-per-cent increase in sales in the fourth quarter. Gucci Group chief executive officer Robert Polet aims to double Gucci brand sales in seven years.

Mr. Armani, whose company reported 2004 net income of $172.5 million U.S. on sales of $1.79 billion, is extending his brand beyond clothing with initiatives that include an agreement with Dubai's Emaar Properties PJSC to build a minimum of 10 luxury hotels and resorts during the next decade for at least $1.25 billion. The first hotels are slated to open in Milan and Dubai in 2008.

"If you are going to extend your brand, it is very important to do it with the right categories," Mr. Varma said. "Each ex#tension must reinforce the identity of the parent."

The ACNielsen survey, conducted in November, found response was especially strong from consumers in emerging markets such as China, India and Russia. In China, eight per cent of respondents said they already own Armani, while 26 per cent said they would buy Armani if money weren't an issue. In India, Gucci emerged as the most desired brand, with 42 per cent. Versace topped the wish list of Russian consumers with 47 per cent, followed by Christian Dior, Gucci and Armani.

The survey has a margin of error of four percentage points, ACNielsen said. It was conducted among a sample of Internet users in each country that are representative of the online population.

**LOAD-DATE:** February 21, 2006

**LANGUAGE:** ENGLISH

**GRAPHIC:**
Colour Photo: Alberto Pellaschiar, The Associated Press; Models parade the latest creations from (Armani) and Gucci, on the catwalks of Milan. A worldwide study of consumers by the ACNielsen company found these two firms to be the most coveted designer labels by a wide margin.;
Colour Photo: Luca Bruno, The Associated Press; Models parade the latest creations from Armani and (Gucci), on the catwalks of Milan. A worldwide study of consumers by the ACNielsen company found these two firms to be the most coveted designer labels by a wide margin.

**DOCUMENT-TYPE:** Business

**PUBLICATION-TYPE:** Newspaper

Copyright 2006 Ottawa Citizen, a division of CanWest MediaWorks Publication Inc.
All Rights Reserved