Robert Weigel (RW 0163)
Howard S. Hogan (HH 7995)
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000-

*Attorneys for Plaintiffs Gucci America, Inc.
and Chloé SAS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ ------ X

|  |  |
|---|---|
| GUCCI AMERICA, INC. and CHLOÉ SAS, | : |
| Plaintiffs, | : |
| -against- | : |
| LAURETTE COMPANY, INC. and JENNIFER MARIE MATTCHEN a/k/a JENNIFER MARIE KIRK a/k/a JENNIFER BESSON d/b/a THEBAGADDICTION.COM; ABC COMPANIES; and JOHN DOES, | : |
| Defendants. | : |

08 Civ. 5065

**DECLARATION OF
CATHERINE LEBRUN**

------------------------------------------------------ X

I, Catherine Lebrun, declare as follows:

1.  I am the Chargée de Missions, in charge of Intellectual Property, Internal

Communications & Corporate Social Responsibility, at Chloé International, S.A.S. ("Chloé") at

5/7 Avenue Percier, Paris, France 75008. I have been associated with Chloé for eight years.

2.  I submit this declaration in support of the application of Chloé and Gucci America,

Inc. ("Gucci") (collectively, "Plaintiffs") for a temporary restraining order and preliminary

injunction.

**CHLOÉ**

    3.   Chloé is organized and exists under the laws of the Republic of France, with its principal place of business located at 5/7 Avenue Percier, 75008 Paris, France.

    4.   Chloé is a leader in the design, marketing, and distribution of premium, high-quality lifestyle products in apparel, handbags, fragrances, jewelry, and other accessories.

    5.   Consumers identify Chloé Products through the trademark CHLOÉ name, as well as through the product designs, logos and other source identifying indicia selected and promoted by Chloé (collectively, the "Chloé Marks"). Chloé owns the rights in the Chloé Marks identified in the complaint in this action and has marketed and sold, and markets and sells, CHLOÉ® branded products thereunder.  Attached as Exhibit 1 are true and correct copies of United States Patent and Trademark Office ("PTO") registration certificates for some of the Chloé Marks and printouts from the PTO's website setting forth the status of some of the Chloé Marks.

    6.   Chloé is responsible for the production of all goods, including handbags and other leather goods, sold under the Chloé Marks worldwide (collectively, the "Chloé Products"). When such handbags or other goods are manufactured and pass our quality-control, they are then sold to affiliates of our company throughout the world, including Chloé, Inc. located in the United States, for resale to their respective markets.

    7.   For approximately fifty (50) years, Chloé's reputation and distinctive image have been consistently developed across an expanding number of product lines, first in international markets and throughout the United States markets in recent decades.  The Chloé Marks comprise a famous and widely-recognized brand. Chloé has carefully built its reputation by, among other things, devoting considerable resources towards the design, development, promotion, and manufacture of all genuine Chloé Products, adhering to quality control standards and its

commitment to customer service.  As such, the Chloé Products are manufactured pursuant to specific guidelines.

8.  Over the decades, literally hundreds of millions of consumers have been exposed to the Chloé Marks not only in advertisements, but in fashion magazines, television programs, motion pictures and virtually all instrumentalities of popular culture.  For example, recent press reports alone describe the Chloé brand as having a "hipster image at the cutting edge of contemporary fashion."  See, e.g., Ex. 2 (press reports describing Chloé brands).  Between 2005 and 2006 alone, Chloé and its affiliates spent over $35 million world wide to advertise its brand.

9.  As a result of Chloé's extensive marketing and promotional efforts, as well as the high quality of the Chloé Products, the Chloé Products have achieved an outstanding reputation among consumers.  The Chloé Marks have become well and favorably known in the industry and to the public as the exclusive source of the Chloé Products, and have come to symbolize the goodwill of Chloé Products.  Chloé's marketing efforts, combined with its attention to quality and construction, have resulted in millions of dollars in sales of the Chloé Products.

10. Chloé's revenues based on sales of the Chloé Products doubled between 2005 and 2006 alone.

11. All authorized Chloé Products bear the Chloé marks, either on their labels, hang tags, or on the products themselves.

12. Chloé categorizes its handbags into at different types, including:  (1) clutches; (2) shoulder bags; (3) handbags; (5) shopping bags; (6) hobo; (7) bowling bags; (8) cross body; (9) pouch; (10) bugattis; (11) sling bags; and (12) totes.  A clutch is a long bag without a handle or strap and is carried in the hand.  A clutch holds only a few small items, and is therefore often worn in the evening when only a few items (e.g., keys, lipstick, credit card) are needed.  Because

it has no handle, a clutch must be clasped in one hand or under the arm.  A shoulder bag is a type of handbag that can be looped over the shoulder by a strap.  Shoulder bags vary in size, but are traditionally smaller than a tote.  A tote is a medium to large bag with two handles or straps. Totes are often used to carry large items, and some totes are big enough to use as overnight luggage.  A handbag is the general term for a bag that can be carried by hand or shoulder.  A shopping bag is a very large capacity handbag originally made for shopping and is often carried by a strap looped over the shoulder.  A hobo is a large handbag characterized by a slouchy shape and a long strap used for carrying the bag over the shoulder.  A bowling bag is a zipped handbag with a rounded shape and small handles for carrying by hand.  A cross body is a bag worn diagonally across the body thanks to its long strap.  A pouch is a small zipped handbag that can be looped over the shoulder by a thin strap.  A bugatti is a round top-zipped handbag with small handles for carrying by hand.  A sling bag is a cross body bag that can also be worn across the body because of its long strap.

13. I have viewed websites from authorized vendors that sell Chloé products online, and they also categorize Chloé handbags according to the type of bag.  For example, Net-a-Porter, an authorized online Chloé vendor, categorizes Chloé handbags into at least three different types: (1) clutches; (2) shoulder bags; and (3) totes.  Shown below are true and accurate screen shots of some of Chloe's handbags as found on the authorized online shopping website at www.net-a-

porter.





14. Similarly, I have viewed the website of Bergdorf Goodman, an authorized online Chloé vendor, which categorizes Chloé handbags into at least seven different types: (1) totes; (2) satchels; (3) frame bags; (4) shoulder bags; (5) hobos; (6) clutches and evening; and (7) exotics. Shown below are true and accurate screen shots of Bergdorf Goodman's website at www.bergdorfgoodman.com, showing the different types of handbags sold by Bergdorf Goodman.





15. I have viewed the website for Neiman Marcus, another authorized online vendor of Chloé products, which also categorizes handbags into at least seven types: (1) exotics; (2) satchels; (3) frame bags; (4) shoulder bags; (5) totes; (6) hobos; and (7) clutches. Shown below are true and accurate screen shots of Neiman Marcus's website at www.neimanmarcus.com, showing the different types of handbags sold by Neiman Marcus.



**THE COUNTERFEIT PRODUCTS**

16. Upon learning that Defendants, among others, were offering counterfeit versions of Chloe Products to the general public by making use of the trademark CHLOÉ name and the Chloe Marks, throughout the New York metropolitan area and elsewhere in the United States (the "Counterfeit Products"), Chloé immediately undertook efforts to determine the scope of this problem, and has brought suit against several of the parties identified.

17. In particular, Chloé learned that the Defendants named in this action were marketing and selling unauthorized reproductions of official Chloé Products, including but not limited to various types of handbags, as well as wallets and other items.  For example, shown below is an image of an authentic Chloé Paddington Classic Satchel.  The product displayed below bears Chloé's federally registered CHLOÉ trademark name, see Ex. 1 (U.S. Reg. No. 1,491,810), and PADDINGTON trademark name, see id. (U.S. Reg. No. 3,398,517).



18. Set forth below is an image of a Counterfeit Product offered by Defendants for sale to the public through TheBagAddiction.com website.  The handbag displayed below has handles, buckles, pockets, and ornamentation that are designed to appear like the handles, buckles,

pockets, and ornamentation on the officially licensed Chloé handbag shown above.  The overall effect of the design of this Counterfeit Product is not only confusingly similar to the design of the officially licensed Chloé product shown above, it also bears an exact copy of Chloé's federally registered trademark name.



19. All of Defendants' Counterfeit Products follow this pattern – each is sold in connection with use of the trademark CHLOÉ name and uses the color combination and design of a Chloé Product and other Chloé Marks.

20. Part of my duties as Chargée de Missions is ensuring that all goods sold under the mark CHLOÉ conform to Chloé's high-quality standards.  These standards are maintained beginning with the styling and design of a product and its accessories and the creation of a model for a particular design, and continue through the ultimate approval of the production as manufactured by our suppliers.

21. I have closely examined the Chloé Counterfeit Products bought from Defendants by Plaintiffs' investigator, and I can certify on behalf of Chloé that they were not manufactured by Chloé or anyone authorized by Chloé to manufacture products that bear the Chloé Marks.

22. Chloé did not approve the Counterfeit Products for sale and/or distribution, nor did Chloé authorize Defendants to make the Counterfeit Products or to offer them for sale to any customers. Chloé has not had the opportunity to inspect or approve the quality or characteristics of the Counterfeit Chloé Products.

23. Although Defendants have gone to great lengths so that their Counterfeit Products will mimic the visual cues of official Chloé Products, Defendants' Counterfeit Products do not adhere to the quality of officially-licensed Chloé goods. For example, Defendants use lower quality materials, as well as inferior stitching and assembly techniques, and the designs selected are only superficially similar to the high quality of designs that are selected for all Chloé Products. Defendants have also adopted packaging and labels that differ from those approved by Chloé. These differences, though, are not so obvious as to warn consumers to the fact that they are not buying official Chloé Products.

24. Defendants' use of the Chloé Marks on their Counterfeit Products, and their imitation designs, are particularly dangerous to Chloé because Defendants offer their Counterfeit Products through websites on the Internet, as do some authorized sellers of Chloé Products Products. Since Internet users do not have the opportunity to inspect these goods before purchasing them, it is impossible for them to confirm that Defendants' Counterfeit Products are not legitimate Chloé Products. Moreover, Internet users that are searching for official Chloé Products on the Internet may be diverted to one of Defendants' websites through Defendants' many uses of the Chloé Marks, rather than reaching websites that sell legitimate Chloé Products. Further, Defendants may also be selling their Counterfeit Products to stores and other retailers that operate in proximity to official Chloé vendors.

25. Chloé's investigation into Defendants' activities takes place in the context of other efforts to identify and eliminate other activity that infringes their intellectual property rights. Chloé initiated this lawsuit after these investigations confirmed that there is no apparent end to Defendants' counterfeiting and other infringing activity.

**THE IRREPARABLE INJURY**

26. The design of Defendants' Counterfeit Products and the use of the Chloé Marks in connection with the sale of Counterfeit Products each communicates to consumers that the Counterfeit Products were manufactured, licensed, approved or sponsored by, or otherwise affiliated with, Chloé.

27. In my experience, the distribution, offering for sale and sale by Defendants of Counterfeit Chloé Products is likely to result in irreparable injury to Chloé in that the sale of the Counterfeit Products is likely to and does cause confusion, deception, and mistake among the public and such counterfeit use is likely to undermine the sales credibility of Chloé as a purveyor of high-quality goods.

28. Although the manufacture, marketing and sale of Defendants' Counterfeit Products are clearly likely to cause lost sales of official Chloé Products, the overall harm caused by such products is unquantifiable and incalculable because it damages the reputation and good will of Chloé and the Chloé Marks. Consumers who purchase Defendants' Counterfeit Products believing them to be official Chloé Products, or even consumers who merely see and examine Defendants' Counterfeit Products on the street and or their personal lives, are likely to be disappointed by the quality of these Counterfeit Products and will be less likely to buy official Chloé Products in the future. Moreover, the presence of unlicensed imitation Chloé Products in the marketplace harms the image and cachet of authentic Chloé Products.

29. Defendants, on the other hand, have no need to use Chloé Marks and could not be seriously injured if enjoined from doing so.  They are free to produce a wide variety of categories of luxury products, such as handbags and watches, with other, non-infringing designs, as countless other manufacturers already do.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Paris, France May 27, 2008.

_____
Catherine Lebrun

**EXHIBIT 1**

Int. Cls.: 3, 9, 18, 24, 25 and 26

Prior U.S. Cls.: 1, 3, 21, 26, 39, 40, 41, 42, 51 and 52

## United States Patent and Trademark Office

Reg. No. 1,491,810
Registered June 14, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE COR-
PORATION)
71 AVENUE FRANKLIN ROOSEVELT
PARIS, FRANCE

FOR: PERFUME, TOILET WATER, CO-
LOGNE, BATH AND SHOWER GEL, TALCUM
POWDER, BODY LOTION, BODY CREAM,
PERSONAL DEODORANT, BEAUTY OR BATH
SOAP, BATH SALTS, ALL PURPOSE CLEAN-
ING PREPARATIONS, MAKEUP, HAIR SHAM-
POO, TOOTHPASTE AND HAIR LOTION, IN
CLASS 3 (U.S. CLS. 51 AND 52).

FOR: EYEGLASSES, SUNGLASSES, CALCU-
LATORS, DRESSMAKER'S MEASURES, ELEC-
TRIC FLATIRONS AND OPTICAL LENSES, IN
CLASS 9 (U.S. CLS. 21 AND 26).

FOR: FUR AND PELTS SOLD IN BULK,
HANDBAGS, PURSES, TRAVEL CASES, TRAV-
ELLING BAGS, PARASOLS, UMBRELLAS
AND WALKING STICKS, IN CLASS 18 (U.S.
CLS. 1, 3 AND 41).

FOR: TEXTILE FABRICS FOR USE IN THE
MANUFACTURE OF CLOTHING, LINING MA-
TERIAL FOR USE IN THE MANUFACTURE
OF CLOTHING, BED LINEN, BATH LINEN,
HANDKERCHIEFS AND CLOTH LABELS, IN
CLASS 24 (U.S. CL. 42).

FOR: APRONS, BATHROBES, BATHING
SUITS, BERETS, WAISTS OF LADIES
DRESSES, COATS, COLLARS, CUFFS,
DRESSES, FUR STOLES, FUR JACKETS AND
COATS, HATS, HOSIERY, JACKETS, GLOVES,
TIES, SHIRTS, BLOUSES, TROUSERS, SKIRTS,
LINGERIE, VEILS, SCARVES, SHAWLS,
BOOTS, SHOES AND SLIPPERS, IN CLASS 25
(U.S. CL. 39).

FOR: ARTIFICIAL FLOWERS AND FRUIT,
HAIRBANDS, BRAIDS, BUCKLES AND
CORDS, NEEDLES, PINS, LACE, EMBROI-
DERY, RIBBONS, HAIR ORNAMENTS, BUT-
TONS, HOOKS AND EYES, IN CLASS 26 (U.S.
CL. 40).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 813907, FILED
9-12-1986, REG. NO. 1370314, DATED 9-12-1986,
EXPIRES 9-12-1996.

OWNER OF U.S. REG. NOS. 950,843, 1,447,853
AND OTHERS.

SER. NO. 648,744, FILED 3-10-1987.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:08:43 ET

**Serial Number:** 73648744 <u>Assignment Information</u>

**Registration Number:** 1491810

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** A partial Section 8 affidavit has been accepted.

**Date of Status:** 1994-09-29

**Filing Date:** 1987-03-10

**Transformed into a National Application:** No

**Registration Date:** 1988-06-14

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1995-01-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. CHLOE SOCIETE ANONYME

**Address:**
CHLOE SOCIETE ANONYME
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 003
**Class Status:** Active
PERFUME, TOILET WATER, COLOGNE, TALCUM POWDER, BODY LOTION, BODY CREAM, PERSONAL DEODORANT, BEAUTY OR BATH SOAP
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 009
**Class Status:** Section 8 - Cancelled
EYEGLASSES, SUNGLASSES, CALCULATORS, DRESSMAKER'S MEASURES, ELECTRIC FLATIRONS AND OPTICAL LENSES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
HANDBAGS, PURSES, TRAVEL CASES, TRAVELLING BAGS, PARASOLS, UMBRELLAS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 024
**Class Status:** Section 8 - Cancelled
TEXTILE FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, LINING MATERIAL FOR USE IN THE MANUFACTURE OF CLOTHING, BED LINEN, BATH LINEN, HANDKERCHIEFS AND CLOTH LABELS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
BATHROBES, BATHING SUITS, COATS, DRESSES, HATS, JACKETS, GLOVES, TIES, SHIRTS, BLOUSES, TROUSERS, SKIRTS, SCARVES, SHOES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

Latest Status Info

**International Class:** 026
**Class Status:** Section 8 - Cancelled
ARTIFICIAL FLOWERS AND FRUIT, HAIRBANDS, BRAIDS, BUCKLES AND CORDS, NEEDLES, PINS, LACE, EMBROIDERY, RIBBONS, HAIR ORNAMENTS, BUTTONS, HOOKS AND EYES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
950843
1020289
1103275
1143167
1182862
1447853

**Foreign Application Number:** 813907
**Foreign Registration Number:** 1370314
**Foreign Registration Date:** 1986-09-12
**Country:** France
**Foreign Filing Date:** 1986-09-12
**Foreign Expiration Date:** 1996-09-12

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1994-09-29 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1994-03-10 - Section 8 (6-year) and Section 15 Filed

1988-06-14 - Registered - Principal Register

1988-03-22 - Published for opposition

1988-02-19 - Notice of publication

Latest Status Info

1988-01-20 - Approved for Pub - Principal Register (Initial exam)

1987-12-07 - Communication received from applicant

1987-11-21 - Non-final action mailed

1987-09-23 - Communication received from applicant

1987-05-29 - Non-final action mailed

1987-05-22 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ALBERT ROBIN

**Correspondent**
LAWRENCE E. APOLZON
WEISS DAWID FROSS ZELNICK & LEHRMAN, PC
633 THIRD AVENUE
NEW YORK, NY 10017

**Domestic Representative**
ALBERT ROBIN

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 1,925,176

## United States Patent and Trademark Office

Registered Oct. 10, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE SOCIE-
TE ANONYME)
54–56 RUE DE FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: SUNGLASSES, SPECTACLE FRAMES
AND PARTS THEREOF, NAMELY EAR-
PIECES, LENSES, CORDS, CHAINS, CASES
AND CONTAINERS FOR SUCH SUNGLASSES
AND SPECTACLE FRAMES, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

OWNER OF FRANCE REG. NO. 1370314,
DATED 9–12–1986, EXPIRES 9–12–1996.

OWNER OF U.S. REG. NOS. 950,843, 1,591,790
AND OTHERS.

SER. NO. 74–541,575, FILED 6–22–1994.

ESTHER BELENKER, EXAMINING ATTOR-
NEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:10:20 ET

**Serial Number:** 74541575 <u>Assignment Information</u>

**Registration Number:** 1925176

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-01-03

**Filing Date:** 1994-06-22

**Transformed into a National Application:** No

**Registration Date:** 1995-10-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-01-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 rue de Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME

Latest Status Info

**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
sunglasses,,,,, cases and containers for such sunglasses and
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
950843
1491810
1591790

**Foreign Registration Number:** 1370314
**Foreign Registration Date:** 1986-09-12
**Country:** France
**Foreign Expiration Date:** 1996-09-12

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2006-01-03 - First renewal 10 year

2006-01-03 - Section 8 (10-year) accepted/ Section 9 granted

2005-11-30 - Assigned To Paralegal

2005-10-13 - Combined Section 8 (10-year)/Section 9 filed

2005-10-13 - PAPER RECEIVED

2005-10-11 - PAPER RECEIVED

2001-03-28 - Section 8 (6-year) accepted

2000-12-06 - Section 8 (6-year) filed

1995-10-10 - Registered - Principal Register

1995-07-18 - Published for opposition

1995-06-16 - Notice of publication

1995-04-11 - Approved for Pub - Principal Register (Initial exam)

1995-03-20 - Communication received from applicant

1995-01-17 - Non-final action mailed

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,745,487
Registered Aug. 5, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE SOCI-
ETE ANONYME)
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: JEWELRY; HOROLOGICAL AND
CHRONOMETRIC INSTRUMENTS, NAMELY,
WATCHES AND CLOCKS; WATCH STRAPS; PARTS
AND FITTINGS FOR ALL THE AFORESAID
GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF FRANCE REG. NO. 1428213, DATED
9-23-1987, EXPIRES 9-23-2007.

OWNER OF U.S. REG. NOS. 1,182,862, 1,491,810,
AND 2,020,289.

SER. NO. 75-611,908, FILED 12-24-1998.

TARAH HARDY, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:11:22 ET

**Serial Number:** 75611908 <u>Assignment Information</u>

**Registration Number:** 2745487

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-08-05

**Filing Date:** 1998-12-24

**Transformed into a National Application:** No

**Registration Date:** 2003-08-05

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-12-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 rue du Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME

**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 014
**Class Status:** Active
jewelry; horological and chronometric instruments, namely, watches and clocks; watch straps; parts and fittings for all the aforesaid goods
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
1020289
1182862
1491810

**Foreign Registration Number:** 1428213
**Foreign Registration Date:** 1987-09-23
**Country:** France
**Foreign Expiration Date:** 2007-09-23

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2003-10-24 - Section 7 correction issued

2003-08-25 - PAPER RECEIVED

2003-08-05 - Registered - Principal Register

2003-04-08 - Published for opposition

2003-03-19 - Notice of publication

2001-11-01 - Sec. 44(E) Claim Added

2002-11-01 - ITU claim deleted

2002-09-07 - Notice of Allowance canceled

2002-10-08 - Petition To Director - Granted

2002-07-26 - Petition To Director Received

2002-02-25 - Extension 4 granted

2002-02-06 - Extension 4 filed

2001-07-16 - Extension 3 granted

2001-07-16 - Extension 3 filed

2001-04-06 - Extension 2 granted

2001-02-22 - Extension 2 filed

2000-09-21 - Extension 1 granted

2000-07-31 - Extension 1 filed

2000-03-07 - Notice of allowance - mailed

1999-12-14 - Published for opposition

1999-11-12 - Notice of publication

1999-08-18 - Approved for Pub - Principal Register (Initial exam)

1999-08-09 - Communication received from applicant

1999-07-27 - Non-final action mailed

1999-07-26 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
LAWRENCE E APOLZON

**Correspondent**
LAWRENCE E APOLZON

FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLZ
NEW YORK NY 10017

**Domestic Representative**
Fross Zelnick Lehrman & Zissu PC

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,198,388

United States Patent and Trademark Office

Registered Jan. 16, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# CHLOE

CHLOE SOCIÉTÉ ANONYME (FRANCE COMPA-
NY)

54/56 RUE DU FAUBOURG SAINT HONORÉ

75008 PARIS, FRANCE

FOR: OPTICAL APPARATUS AND INSTRU-
MENTS, NAMELY, SPECTACLES, SUNGLASSES,
EYEGLASSES, EYE SHADES, AND CONTACT LEN-
SES, AND FRAMES, EARPIECES, LENSES, CORDS,
CHAINS, CASES AND CONTAINERS THEREFORE,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO.
003683661, DATED 9-21-2005, EXPIRES 3-5-2014.

OWNER OF U.S. REG. NO. 1,925,176.

SER. NO. 78-752,377, FILED 11-11-2005.

DEZMONA MIZELLE, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:12:04 ET

**Serial Number:** 78752377 <u>Assignment Information</u>

**Registration Number:** 3198388

**Mark**



**(words only):** CHLOE

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-01-16

**Filing Date:** 2005-11-11

**Transformed into a National Application:** No

**Registration Date:** 2007-01-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-01-16

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Société Anonyme

**Address:**
Chloe Société Anonyme
54/56 Rue du Faubourg Saint Honoré
75008 Paris
France
**Legal Entity Type:** Company
**State or Country Where Organized:** France

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Optical apparatus and instruments, namely, spectacles, sunglasses, eyeglasses, eye shades, and contact lenses, and frames, earpieces, lenses, cords, chains, cases and containers therefore
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1925176

**Foreign Registration Number:** 003683661
**Foreign Registration Date:** 2005-09-21
**Country:** Erpn Cmnty TM Ofc
**Foreign Expiration Date:** 2014-03-05

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-16 - Registered - Principal Register

2006-10-31 - Published for opposition

2006-10-11 - Notice of publication

2006-09-18 - Law Office Publication Review Completed

2006-09-15 - Assigned To LIE

2006-08-31 - Approved for Pub - Principal Register (Initial exam)

2006-08-07 - Amendment From Applicant Entered

2006-07-20 - Communication received from applicant

2006-07-20 - PAPER RECEIVED

2006-05-24 - Non-final action mailed

2006-05-23 - Non-Final Action Written

2006-05-17 - Assigned To Examiner

2006-02-24 - Applicant amendment prior to exam entered

2006-02-24 - PAPER RECEIVED

2005-11-16 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON; FROSS ZELNICK LEHRM
866 UNITED NATIONS PLAZA
NEW YORK; NY - NEW YORK
10017
XPX - NOT PROVIDED
Phone Number: 212-813-5900

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.

# United States Patent Office

**950,843**
Registered Jan. 16, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 392,040, filed May 14, 1971

# Chloé

Chloe (French joint-stock company)
71 Avenue Franklin Roosevelt
75 Paris 8, France

For: LADIES' ARTICLES OF CLOTHING FOR OUTERWEAR — NAMELY, FROCKS, D R E S S E S, COATS, COSTUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANT-SUITS; FUR COATS, VESTS, HATS AND TIES; AND LADIES' SHOES—in CLASS 39 (INT. CL. 25).

Owner of French Reg. No. 464,837, dated May 10, 1957 (Seine); Natl. Inst. No. 90,025.

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:12:55 ET

**Serial Number:** 72392040 <u>Assignment Information</u>

**Registration Number:** 950843

**Mark**



**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2003-03-09

**Filing Date:** 1971-05-14

**Transformed into a National Application:** No

**Registration Date:** 1973-01-16

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-13

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE SOCIETE ANONYME

**Address:**
CHLOE SOCIETE ANONYME
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**U.S. Class:** 039 (International Class 025)
**Class Status:** Active
LADIES' ARTICLES OF CLOTHING FOR OUTERWEAR-NAMELY, FROCKS, DRESSES,
COATS, COSTUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANT-SUITS; VESTS, HATS
AND TIES; AND LADIES' SHOES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Registration Number:** 464837
**Foreign Registration Date:** 1957-05-10
**Country:** France

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-03-09 - Second renewal 10 year

2003-03-09 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-16 - Combined Section 8 (10-year)/Section 9 filed

2002-12-16 - PAPER RECEIVED

1993-03-31 - First renewal 10 year

1993-01-15 - Section 9 filed/check record for Section 8

1981-11-24 - Section 7 correction issued

1979-04-23 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN AND ZISSU P.C.MAN
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017-6754

**Domestic Representative**
FROSS ZELNICK LEHRMAN AND ZISSU P.C.

---

Int. Cl.: 3

Prior U.S. Cl.: 51

United States Patent and Trademark Office

Reg. No. 1,020,289

Registered Sep. 16, 1975

10 Year Renewal

Renewal Term Begins Sep. 16, 1995

## TRADEMARK
## PRINCIPAL REGISTER

# Chloé

CHLOE S.A. (FRANCE CORPORATION)
54-56 RUE DU FAUBOURG
SAINT HONORE
75008 PARIS, FRANCE, ASSIGNEE OF
KARL LAGERFELD K.L. PRODUC-
TIONS, S.A. (FRANCE CORPORA-
TION) PARIS, FRANCE

FOR: PERFUME, IN CLASS 3 (U.S. CL.
51).

FIRST USE 4-9-1974; IN COMMERCE
4-9-1974.

SER. NO. 73-021,091, FILED 5-9-1974.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-03-13 12:14:06 ET

**Serial Number:** 73021091 Assignment Information

**Registration Number:** 1020289

**Mark**



**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2005-06-07

**Filing Date:** 1974-05-09

**Transformed into a National Application:** No

**Registration Date:** 1975-09-16

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2005-06-07

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.

**Address:**
CHLOE S.A.
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
PERFUME
**Basis:** 1(a)
**First Use Date:** 1974-04-09
**First Use in Commerce Date:** 1974-04-09

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-06-07 - Second renewal 10 year

2005-06-07 - Section 8 (10-year) accepted/ Section 9 granted

2005-06-07 - Assigned To Paralegal

2005-04-14 - Combined Section 8 (10-year)/Section 9 filed

2005-04-14 - PAPER RECEIVED

1996-01-16 - First renewal 10 year

1995-11-20 - Section 9 filed/check record for Section 8

1987-07-24 - Miscellaneous paper filed

1981-11-18 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU

---

Int. Cl.: 3

Prior U.S. Cl.: 51, 52

United States Patent and Trademark Office

Reg. No. 1,103,275
Registered Oct. 3, 1978

## TRADEMARK
### Principal Register

# Chloé

Karl Lagerfeld K.L. Productions, S.A. (French corpora-
tion)
71 Franklin Roosevelt
Paris, France

For: SCENTED SOAPS, SCENTED BODY POW-
DERS, BODY LOTIONS AND BODY CLEANSING
GELS, in CLASS 3 (U.S. CLS. 51 and 52).
First use Mar. 22, 1977; in commerce Mar. 22, 1977.
Owner of Reg. No. 1,020,289.

Ser. No. 151,282, filed Dec. 6, 1977.

M. MERCHANT, Examiner

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-03-13 12:14:56 ET

**Serial Number:** 73151282 Assignment Information

**Registration Number:** 1103275

**Mark**



**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-01-13

**Filing Date:** 1977-12-06

**Transformed into a National Application:** No

**Registration Date:** 1978-10-03

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1999-03-02

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.

**Address:**
CHLOE S.A.
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
SCENTED BODY POWDERS, BODY LOTIONS AND BODY CLEANSING GELS
**Basis:** 1(a)
**First Use Date:** 1977-03-22
**First Use in Commerce Date:** 1977-03-22

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1020289

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1999-01-13 - First renewal 10 year

1998-10-05 - Section 9 filed/check record for Section 8

1987-07-24 - Miscellaneous paper filed

1984-03-12 - Section 8 (6-year) accepted & Section 15 acknowledged

Latest Status Info

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E APOLZON

**Correspondent**
LAWRENCE E APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
633 3RD AVE
NEW YORK NY 10017-6754

Int. Cls.: 14, 18, 24 and 25

Prior U.S. Cls.: 3, 28, 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,182,862
Registered Dec. 22, 1981

## TRADEMARK
### Principal Register

# Chloé

Chloe, Societe Anonyme (France corporation)
71 Avenue Franklin Roosevelt
Paris, France 8

For: JEWELRY—NAMELY, DRESS JEWEL-RY, in CLASS 14 (U.S. Cl. 28).
First use Dec. 31, 1974; in commerce Dec. 31, 1974.
For: LEATHER GOODS—NAMELY, HAND-BAGS, SUITCASES AND LUGGAGE, in CLASS 18 (U.S. Cl. 3).
First use Sep. 30, 1973; in commerce Sep. 30, 1973.
For: FABRICS—NAMELY, DRAPERY AND UPHOLSTERY FABRIC AND LINING FOR HANDBAGS, in CLASS 24 (U.S. Cl. 42).
First use Jun. 30, 1977; in commerce Jun. 30, 1977.
For: CLOTHING—NAMELY, BELTS,

SCARVES, FROCKS, DRESSES, COATS, COS-TUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANTSUITS, HATS AND TIES AND LA-DIES SHOES, FUR COATS, JACKETS, STOLES, HATS, MUFFS, CAPES, FUR-LINED RAIN-COATS AND SAID GARMENTS MADE OF SKIN, LINGERIE, in CLASS 25 (U.S. Cl. 39).
First use Sep. 30, 1970; in commerce Sep. 30, 1970.
Owner of U.S. Reg. Nos. 950,843 and 1,143,167.

Ser. No. 242,506, filed Dec. 11, 1979.

PAUL F. GAST, Primary Examiner

TERESA M. RUPP, Examiner

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:15:41 ET

**Serial Number:** 73242506 <u>Assignment Information</u>

**Registration Number:** 1182862

**Mark**

# Chloé

.                              .

**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-02-08

**Filing Date:** 1979-12-11

**Transformed into a National Application:** No

**Registration Date:** 1981-12-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-02-12

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe, Societe Anonyme

**Address:**
Chloe, Societe Anonyme
54-56 RUE DU FAUBOURG SAINT-HONORE
75008 Paris
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
Jewelry-Namely, Dress Jewelry
**Basis:** 1(a)
**First Use Date:** 1974-12-31
**First Use in Commerce Date:** 1974-12-31

**International Class:** 018
**Class Status:** Section 8 - Cancelled
Leather Goods-Namely, Handbags, Suitcases and Luggage
**Basis:** 1(a)
**First Use Date:** 1973-09-30
**First Use in Commerce Date:** 1973-09-30

**International Class:** 024
**Class Status:** Section 8 - Cancelled
**Basis:** 1(a)
**First Use Date:** 1977-06-30
**First Use in Commerce Date:** 1977-06-30

**International Class:** 025
**Class Status:** Active
Clothing-Namely, Belts, Scarves, Frocks, Dresses, Coats, Costumes, Suits, Skirts, Blouses, Vests and
Pantsuits, Hats and Ties and Ladies Shoes, Fur Coats, Jackets, Stoles, Hats, Muffs, Capes, Fur-Lined
Raincoats and Said Garments Made of Skin, Lingerie
**Basis:** 1(a)
**First Use Date:** 1970-09-30
**First Use in Commerce Date:** 1970-09-30

Latest Status Info

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1143167
9508430

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2002-02-08 - First renewal 10 year

2002-02-08 - Section 9 granted/check record for Section 8

2002-02-08 - Partial Section 8 ( 10-Year) accepted/checked record for section

2001-12-04 - Combined Section 8 (10-year)/Section 9 filed

1988-04-11 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1987-10-02 - Section 8 (6-year) and Section 15 Filed

1981-12-22 - Registered - Principal Register

1981-09-29 - Published for opposition

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU PC

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:20:06 ET

**Serial Number:** 78761371 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** CHLOÉ

**Standard Character claim:** No

**Current Status:** Opposition period completed, a Notice of Allowance has been issued.

**Date of Status:** 2007-01-23

**Filing Date:** 2005-11-28

**The Notice of Allowance Date is:** 2007-01-23

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**Attorney Assigned:**
MIZELLE HOWARD DEZMONA JULYE <u>Employee Location</u>

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2007-02-20

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 Rue du Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Goods made of leather and imitations of leather, namely, handbags, purses, traveling cases, traveling bags, luggage, backpacks, toiletry cases sold empty, credit card cases and holders, key cases, coin purses, parasols and umbrellas
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1491810
2641982

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-02-15 - TEAS Statement of Use Received

2007-01-23 - Notice of allowance - mailed

2006-10-31 - Published for opposition

2006-10-11 - Notice of publication

2006-09-18 - Law Office Publication Review Completed

2006-09-15 - Assigned To LIE

2006-08-31 - Approved for Pub - Principal Register (Initial exam)

2006-08-07 - Amendment From Applicant Entered

2006-07-20 - Communication received from applicant

2006-07-20 - PAPER RECEIVED

2006-05-24 - Non-final action mailed

2006-05-23 - Non-Final Action Written

2006-05-17 - Assigned To Examiner

2005-12-01 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON; FROSS ZELNICK LEHRM
866 UNITED NATIONS PLAZA
NEW YORK; NY - NEW YORK
10017
XPX - NOT PROVIDED
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 3,291,996

Registered Sep. 11, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# Chloé

CHLOE S.A.S. (FRANCE CORPORATION)
5-7 AVENUE PERCIER
75008 PARIS, FRANCE

FOR: GOODS MADE OF LEATHER AND IMITA-TIONS OF LEATHER, NAMELY, HANDBAGS, PUR-SES, TRAVELING CASES, TRAVELING BAGS, LUGGAGE, BACKPACKS, TOILETRY CASES SOLD EMPTY, CREDIT CARD CASES AND HOLDERS, KEY CASES, COIN PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1986; IN COMMERCE 0-0-1994.

OWNER OF U.S. REG. NOS. 1,491,810 AND 2,641,982.

SN 78-761,371, FILED 11-28-2005.

DEZMONA MIZELLE, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-06-01 16:44:02 ET

**Serial Number:** 78761371 <u>Assignment</u> Information        <u>Trademark Document Retrieval</u>

**Registration Number:** 3291996

**Mark**



**(words only):** CHLOÉ

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2007-09-11

**Filing Date:** 2005-11-28

**Transformed into a National Application:** No

**Registration Date:** 2007-09-11

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact
the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-08-07

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.S.

**Address:**
CHLOE S.A.S.
5-7 AVENUE PERCIER

75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 018
**Class Status:** Active
Goods made of leather and imitations of leather, namely, handbags, purses, traveling cases, traveling bags, luggage, backpacks, toiletry cases sold empty, credit card cases and holders, key cases, coin purses
**Basis:** 1(a)
**First Use Date:** 1986-00-00
**First Use in Commerce Date:** 1994-00-00

---

## ADDITIONAL INFORMATION

---

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Prior Registration Number(s):**
1491810
2641982

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-09-11 - Registered - Principal Register

2007-08-07 - Law Office Registration Review Completed

2007-07-30 - Assigned To LIE

2007-06-19 - Allowed for Registration - Principal Register (SOU accepted)

2007-06-19 - Previous Allowance Withdrawn-Timely Aau

2007-06-12 - Allowed for Registration - Principal Register (SOU accepted)

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2007-05-17 - Statement of use processing complete

2007-02-15 - Amendment to Use filed

2007-02-15 - TEAS Statement of Use Received

2007-01-23 - Notice of allowance - mailed

2006-10-31 - Published for opposition

2006-10-11 - Notice of publication

2006-09-18 - Law Office Publication Review Completed

2006-09-15 - Assigned To LIE

2006-08-31 - Approved for Pub - Principal Register (Initial exam)

2006-08-07 - Amendment From Applicant Entered

2006-07-20 - Communication received from applicant

2006-07-20 - PAPER RECEIVED

2006-05-24 - Non-final action mailed

2006-05-23 - Non-Final Action Written

2006-05-17 - Assigned To Examiner

2005-12-01 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON; FROSS ZELNICK LEHRM
866 UNITED NATIONS PLAZA
NEW YORK; NY - NEW YORK
10017
XPX - NOT PROVIDED
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

---

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

United States Patent and Trademark Office

Reg. No. 3,398,517

Registered Mar. 18, 2008

## TRADEMARK
## PRINCIPAL REGISTER

# PADDINGTON

CHLOE S.A.S. (FRANCE CORPORATION)
5-7 AVENUE PERCIER
75008 PARIS, FRANCE

FOR: HANDBAGS, PURSES, WALLETS NOT IN-TENDED FOR CHILDREN, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 5006853, FILED 4-7-2006, REG. NO. 005006853, DATED 7-17-2007, EXPIRES 4-7-2016.

SER. NO. 78-863,562, FILED 4-18-2006.

COLLEEN KEARNEY, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-06-01 16:45:09 ET

**Serial Number:** 78863562 Assignment Information        Trademark Document Retrieval

**Registration Number:** 3398517

**Mark**

# PADDINGTON

**(words only):** PADDINGTON

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2008-03-18

**Filing Date:** 2006-04-18

**Transformed into a National Application:** No

**Registration Date:** 2008-03-18

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-03-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.S.

**Address:**
CHLOE S.A.S.
5-7 AVENUE PERCIER

75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 018
**Class Status:** Active
handbags, purses, wallets not intended for children
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Foreign Application Number:** 5006853
**Foreign Registration Number:** 005006853
**Foreign Registration Date:** 2007-07-17
**Country:** Erpn Cmnty TM Ofc
**Foreign Filing Date:** 2006-04-07
**Foreign Expiration Date:** 2016-04-07

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-18 - Registered - Principal Register

2008-01-30 - Changes/Corrections After Pub Approval Entered

2008-01-18 - PAPER RECEIVED

2008-01-01 - Published for opposition

2007-12-12 - Notice of publication

2007-11-29 - Law Office Publication Review Completed

2007-11-21 - Examiner's amendment mailed

2007-11-21 - Approved for Pub - Principal Register (Initial exam)

2007-11-21 - Examiner's Amendment Entered

2007-11-21 - Examiners Amendment -Written

2007-10-30 - Amendment From Applicant Entered

2007-10-30 - Communication received from applicant

2007-10-30 - Assigned To LIE

2007-10-29 - PAPER RECEIVED

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2007-05-21 - Letter of suspension mailed

2007-05-20 - Suspension Letter Written

2007-04-28 - Amendment From Applicant Entered

2007-04-28 - Communication received from applicant

2007-04-28 - Assigned To LIE

2007-03-29 - PAPER RECEIVED

2007-03-27 - TEAS Response to Office Action Received

2006-09-28 - Non-final action mailed

2006-09-27 - Non-Final Action Written

2006-09-23 - Assigned To Examiner

2006-04-24 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**

Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-03-13 12:22:29 ET

**Serial Number:** 78863566 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**

# SILVERADO

**(words only):** SILVERADO

**Standard Character claim:** Yes

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2006-09-25

**Filing Date:** 2006-04-18

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**Attorney Assigned:**
KEARNEY COLLEEN Employee Location

**Current Location:** M4X -TMO Law Office 113 - Examining Attorney Assigned

**Date In Location:** 2006-09-23

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
5/7 Av. Percier
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME
**State or Country Where Organized:** France

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
handbags, purses, wallets
**Basis:** 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Application Number:** 50073077
**Country:** Erpn Cmnty TM Ofc
**Foreign Filing Date:** 2006-04-07

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-09-25 - Non-final action mailed

2006-09-23 - Non-Final Action Written

2006-09-23 - Assigned To Examiner

2006-04-24 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

---

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,401,846

Registered Mar. 25, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# EDITH

CHLOE S.A.S. (FRANCE CORPORATION)
5-7 AVENUE PERCIER
PARIS, FRANCE 75008

FOR: HANDBAGS, PURSES, WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 005006713, DATED 4-12-2007, EXPIRES 4-7-2016.

SER. NO. 78-863,569, FILED 4-18-2006.

COLLEEN KEARNEY, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-06-01 16:41:09 ET

**Serial Number:** 78863569 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 3401846

**Mark**



**(words only):** EDITH

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2008-03-25

**Filing Date:** 2006-04-18

**Transformed into a National Application:** No

**Registration Date:** 2008-03-25

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-03-25

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. CHLOE S.A.S.

**Address:**
CHLOE S.A.S.
5-7 AVENUE PERCIER

PARIS 75008
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 018
**Class Status:** Active
handbags, purses, wallets
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Foreign Registration Number:** 005006713
**Foreign Registration Date:** 2007-04-12
**Country:** Erpn Cmnty TM Ofc
**Foreign Expiration Date:** 2016-04-07

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-25 - Registered - Principal Register

2008-01-08 - Published for opposition

2007-12-19 - Notice of publication

2007-12-04 - Law Office Publication Review Completed

2007-12-04 - Assigned To LIE

2007-12-01 - Approved for Pub - Principal Register (Initial exam)

2007-11-30 - Amendment From Applicant Entered

2007-11-30 - Communication received from applicant

2007-11-25 - Assigned To LIE

2007-11-19 - PAPER RECEIVED

2007-11-06 - Non-final action mailed

2007-11-06 - Non-Final Action Written

2007-10-11 - Amendment From Applicant Entered

2007-10-11 - Communication received from applicant

2007-10-09 - PAPER RECEIVED

2007-05-30 - Assignment Of Ownership Not Updated Automatically

2007-04-16 - Report Completed Suspension Check Case Still Suspended

2007-04-16 - Assigned To LIE

2006-09-25 - Letter of suspension mailed

2006-09-23 - Suspension Letter Written

2006-09-23 - Assigned To Examiner

2006-04-24 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

---

**EXHIBIT 2**

The Daily Yomiuri (Tokyo)

**January** 30, 2006 Monday

Brand Names;
Chloe more than just bags

**SOURCE:** Yomiuri

**SECTION:** Pg. 8

**LENGTH:** 228 words

**Chloe International** S. A., known for its Paddington bag that sells out as soon as it hits the shelves, opened its flagship shop, the company's 11th store in Japan, in mid-January in Minami-Aoyama, Tokyo.

The French clothing brand was started in 1952 by Jacques Lenoir and Gaby Aghion, fashion industry pioneers who made expensive ready-made clothes. The brand has continued producing feminine and sophisticated clothing since then. In 1965, renowned designer Karl Lagerfeld joined the company as chief designer, bestowing upon the brand a hipster image at the cutting edge of contemporary fashion.

Luxury goods group Richemont bought out the firm in 1985, and since 1997 Stella MaCartney has been the firm's creative director. Another young designer, Phoebe Philo, joined in 2001, adding freshness and cuteness to the designs, attracting more young customers. Philo left in January.

Chloe began business in Japan in 2003. Revenues generated here account for about 20 percent of the brand's international total. Half of the revenues in Japan are accrued from bags, and the other half from clothing.

Hitoshi Miki, in charge of Chloe stores in Japan, said: "Our bags are selling better than we expected, but as a clothing brand, we want to sell more clothes than bags. We plan to open five new shops in the next two years and enhance our presence here."

**LOAD-DATE:** January 29, 2006

**LANGUAGE:** ENGLISH

Copyright 2006 The Yomiuri Shimbun

WWD

**February** 15, 2005

CHLOE ADDS TO COLLECTION WITH NEW FRAGRANCE.

**SECTION:** Pg. 11 ; ISSN: 0149-5380

**LENGTH:** 651 words

Byline: Brid Costello, With contributions from Julie Naughton, New York, Ross Tucker

PARIS -- Chloe, which is among France's hippest fashion labels, will juice up its fragrance wardrobe this spring with Chloe Collection 2005, a limited-edition women's scent.

"We consider this testing the waters," said Pierre Sivac, managing director of Unilever Cosmetics **International** France, **Chloe's** beauty license holder. "If this works as a first step, [perhaps in] 2006 we'll envisage coming back with something bigger."

Such a tentative approach is necessary, said Sivac, since Chloe Collection 2005 is the brand's first scent since 1996.

"[We want] to understand how the brand works," said Sivac.

The new fragrance, set to be available from April to August in approximately 5,000 doors globally, is also intended to rejuvenate the brand's product portfolio, which already includes a signature fragrance that bowed in 1975.

Further, Unilever hopes to cash in on the fashion brand's soaring cool quotient under creative director Phoebe Philo. Her pretty dresses and casual-chic pieces have become perennial favorites among movie stars and fashionistas.

"We wanted to capture Chloe's fashion spirit and attitude and bring it to a fragrance," said Lucy Tart, vice-president global marketing, Unilever Cosmetics International. "We collaborated closely with the fashion house and drew our inspirations from the spring 2005 ready-to-wear collection -- which is all about a sheer, spirited expression of femininity. The fragrance is innocent, charming and playfully sexy."

The ready-to-wear collection also inspired the scent's outer packaging, which features cutout flowers meant to recall the broiderie anglaise used in some Chloe pieces. The motif also decorates the fragrance's flacon.

The Chloe Collection 2005 scent, which was concocted by International Flavors & Fragrance's Carlos Benaim and Clement Gavarry, is meant to have a pretty, lighthearted feel, as well. It features top notes of waterleaf, pear and passion fruit. Hydroponic tuberose and wet gardenia mist are at its heart, while base notes include wet woods and musk.

The eau de toilette will be available in a 3.4-oz. spray version priced at $ 55 in the U.S.

While Unilever executives declined to give sales projections, industry sources estimate 10,000 to 15,000 bottles of Chloe Collection 2005 will be produced for the French market.

Point-of-sale promotions will support the launch.

With contributions from Julie Naughton, New York

Nu Skin Sales Hit High

NEW YORK -- Booming growth in China and North America propelled Nu Skin Enterprises Inc.'s top line for the fourth quarter as well as for the year.

For the three months ended Dec. 31, the Provo, Utah-based beauty and personal care products company saw earnings slip 5 percent to $ 22 million, or 31 cents a diluted share. Earnings were negatively impacted by a distributor convention held in Japan that resulted in a one-time charge of $ 5 million, the company said. Despite this, Nu Skin beat analysts' expectations of 29 cents for the quarter. Comparatively, the company reported earnings of $ 23.1 million, or 31 cents, in the same period a year ago.

Revenues for the quarter reached an all-time high for the company, growing 11 percent to $ 306.3 million. The firm's greater China market, which includes Hong Kong and Taiwan, led the charge with a 43.7 percent revenue gain to $ 62.8 million from $ 43.7 million. Revenues in North America grew 12.6 percent to $ 36 million from $ 32 million.

For the year, earnings rose 14.4 percent to $ 77.7 million, or $ 1.07 a share, compared with $ 67.9 million, or 85 cents, in the year-ago period while revenues broke the $ 1 billion threshold for the first time in the company's history, rising 15.3 percent to $ 1.14 billion.

Ross Tucker

Caption(s): Chloe Collection 2005.

**IAC-CREATE-DATE:** February 22, 2005

**LOAD-DATE:** March 21, 2005

**IAC-ACC-NO:** 128715303

**TYPE:** Magazine/Journal

Copyright 2005 Gale Group, Inc.
ASAP
Copyright 2005 Fairchild Publications, Inc.

**We'll always have Paris**

~~~~~~~

By Jackie Bolin And Tracy Achor Hayes

In a world where anyone from a pop star to a thrift-shop stylist can be called a designer, only a few talents truly deserve the title.

And even fewer make clothes of real consequence _ playing with silhouette, proportion and fabric in ways that appear strange at first, but ultimately shift our perceptions about what is beautiful or current. This season, many of the designers who matter most happen to work in Paris. Coincidence? Not likely.

KARL LAGERFELD FOR CHANEL

Tapping the current mood of dark Victoriana, Lagerfeld shapes black silk taffeta into a full-sleeved empire dress with stiffly peaked shoulders, $4,755 at Neiman Marcus. Miu Miu suede ankle boots, $495, also Neiman Marcus. Ribbed wool tights, $55, Wolford.

ALBER ELBAZ FOR LANVIN

Elbaz is by no means a newcomer, but when the Casablanca-born, Israel-bred designer joined Lanvin in 2001, he found a fine home. His delicate modern aesthetic (influenced by early years at Geoffrey Beene, refined at Yves Saint Laurent) is a perfect match for the *fashion* house founded by Jeanne Lanvin in 1889. Elbaz' signature dresses drape in all the right places, creating a look that's subtle and soft, never aggressive or forced.

Trapeze dress in folded silk with zippered shoulder, $3,385, from a collection at Barneys New York. Chanel leather pumps, $595, Neiman Marcus. Opaque tights, $42, Wolford.

*CHLOE*

Under the direction of British designer Phoebe Philo, *Chloe* pioneered some of the most influential looks of the last few years _ capacious big-buttoned sweaters, roomy trapeze dresses, chunky stacked-heel shoes and boots. When Philo departed the label last year to spend more time with her husband and new baby, her design staff carried on the label's fresh, *fashion*-forward vibe. But with the post of head designer still open at press time, the possibilities are tantalizing.

Wool tweed short-sleeved dress, $940, select boutiques, layered over a balloon-sleeve silk dress, $1,640, Carla Martinengo. *Chloe* leather pumps, $410, select boutiques. Opaque tights, $52, Wolford.

OLIVER THEYSKENS FOR ROCHAS

In just three years, the brooding young Belgian with the pale skin and sheet of black hair has made Rochas one of the most influential labels around. Then two months ago came news that rocked the *fashion* world: Owner Procter & Gamble was shuttering the venerable *fashion* house after the fall collection. Now the industry waits to see what's next for Theyskens, and stocks up on the dark, lean pantsuits and restrained evening dresses from his final Rochas collection _ sure to become valuable vintage.

(Left) Black wool brocade coat, $2,350; silk tank with brocade hem, $1,660; and silk skirt with banded hem, $2,320, all Neiman Marcus. (Right) Fitted jacket in wool-silk brocade, $2,575; and skirt, $1,235, Barneys New York.

KARL LAGERFELD FOR CHANEL

Is there no end to Lagerfeld's ability to make fresh, relevant interpretations of the groundbreaking looks created by Coco more than 75 years ago? This is where all generations find common ground: From ladies-who-lunch to Lindsey Lohan, everybody wants Chanel.

Ivory boucle tweed redingote, $6,965; mini, $2,480; and leather ankle boots, $795, all Neiman Marcus. (Model's own Diesel jeans)

MARC JACOBS FOR LOUIS VUITTON

As an American in Paris, LV designer Marc Jacobs is spreading his influence across the Atlantic. Chosen by the iconic luggage label in 1997 to lead its foray into ready-to-wear, Jacobs has quickly become a force in French **fashion** and the only designer to present dynamic runway collections in both New York and Paris. His namesake label may be for the youthquakers, but at Vuitton, Jacobs has proven he can do luxury with equal skill and aplomb.

Silk twill and wool belted coatdress, $3,500; black "Felty" over-the-knee boots, $915, Louis Vuitton.

STEFANO PILATI FOR YVES SAINT LAURENT

In contrast to his predecessor Tom Ford, Pilati has earned acclaim not for his boundary-pushing ads or dreamy good looks (though he's got those, too,), but rather for his clothes. Tulip skirts, high-necked blouses, lean tunics and defined waistlines are among Pilati's most widely copied ideas _ so far.

(Left) Stretch wool flannel asymmetric jacket, $2,995; taffeta tunic with bow neckline, $1,270; flannel cropped pant with banded hem, $895; and ankle boot with patent heel and brass hardware, $840, all Neiman Marcus. (Right) Mao-collared stretch flannel tunic, $1,195; narrow pants, $660; double-buckle leather belt, $325; and patent pumps, $640, all Neiman Marcus

AZZEDINE ALAIA

He studied sculpture and architecture and worked with Christian Dior, Guy Laroche and Thierry Mugler. But when Azzedine Alaia launched his own label in 1980, he promptly broke every rule in the book: no marketing, no runway shows, no fragrance, collections produced only on his own highly eccentric calendar. No matter. Alaia is the reigning master of haute sex appeal.

Mongolian lamb jacket, $4,092; and black viscose V-neck dress with asymmetrical seaming, $1,945, select boutiques. Pedro Garcia suede ankle-strap pumps, $350, Tootsies. Ribbed tights, $55, Wolford.

LARS NILSSON FOR NINA RICCI

For the past three years (since being let go as design director at Bill Blass), Swedish-born designer Lars Nilsson has been quietly collecting a crowd of fans with his ultra- feminine dresses and "Franco-preppy" sportswear for Nina Ricci. Then came a late-August announcement: Nilsson had resigned. What's next for the well-likeddesigner? What's next for Nina Ricci? Stay tuned.

Olive corduroy jacket, $1,390; vest, $590; and tiered silk dress, $2,990, select boutiques. **Chloe** ankle-tie wedges, $640. Ribbed tights, $55, Wolford.

___

(c) 2006, The Dallas Morning News.

Visit The Dallas Morning News on the World Wide Web at http://www.dallasnews.com/

Distributed by McClatchy-Tribune Information Services.

___

TO SUBSCRIBE TO TRENDSETTER

Items in the Trendsetter package are not included in your MCT News Service subscription. You can subscribe to the Trendsetter package or purchase the items a la carte on MCT Direct at www.mctdirect.com. To subscribe, please call Rick DeChantal at Tribune Media Services at (800) 245-6536 or rdechantal@tribune.com. Outside the United States, call Tribune Media Services International at +1-213-237-7987 or e-mail tmsi@tribune.com.

___

PHOTOS (from MCT Photo Service, 202-383-6099):

For reprints, email tmsreprints@permissionsgroup.com, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

Copyright of **Dallas Morning News, The (TX)** is the property of Dallas Morning News, The (TX). The copyright in an individual article may be maintained by the author in certain cases. Content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.
**Source:** Dallas Morning News, The (TX), Sep 18, 2006
**Item:** 2W62W61159779368