

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

GUCCI AMERICA, INC. and CHLOÉ SAS,

    Plaintiffs,

-against-

LAURETTE COMPANY, INC. and JENNIFER
MARIE MATTCHEN a/k/a JENNIFER MARIE
KIRK a/k/a JENNIFER BESSON d/b/a
THEBAGADDICTION.COM; PATRICK B. KIRK
d/b/a THEBAGADDICTION.COM; ABC
COMPANIES; and JOHN DOES,

    Defendants.

---------------------------------------------------------------x

08 Civ. 5065 (LAK)

**STIPULATION AND ORDER
RE BANK ACCOUNT FUNDS**

    Plaintiffs Gucci America, Inc. ("Gucci") and Chloé SAS ("Chloé") (collectively, "Plaintiffs"), and Defendants Laurette Company, Inc. and Jennifer Marie Mattchen a/k/a Jennifer Marie Kirk a/k/a Jennifer Besson, doing business as TheBagAddiction.com; and Patrick B. Kirk (collectively, "Defendants"), stipulate as follows:

    1.    Defendants, and any of them, may withdraw all funds, not to exceed $3,000.00, in the form of a cashier's check made payable to Davis & Leonard LLP from their business checking account with Bank of America, account number ending in 2891, close the account and deposit the funds in a trust account held by their counsel, Davis & Leonard LLP, to be held until final resolution of the above case.

    2.    The withdrawal and deposit of funds as provided in paragraph 1 shall not be treated as a violation of the court's stipulated injunction dated June 12, 2008.

FROM Davis & Leonard LLP                (MON)JUL  7 2008 21:05/ST. 21:05/No 6661132609 P  2

3. Defendants and their counsel shall provide an accounting to Plaintiff's counsel of the amount of funds transferred from the checking account and deposited into the Davis & Leonard LLP's trust account.

Dated: July 7, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____
Robert Weigel

200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Plaintiffs – Gucci America, Inc. and Chloé SAS*

Laurette Company, Inc.

Dated: July 7, 2008

By: _____
Jennifer Kirk, president Laurette Company, Inc.,
Defendant

Jennifer Marie Matichen a/k/a Jennifer Marie Kirk a/k/a Jennifer Besson, doing business as TheBagAddiction.com

Dated: July 7, 2008

_____
Jennifer Kirk, Defendant

Patrick B. Kirk

Dated: July 7, 2008

_____
Patrick B. Kirk, Defendant

PAGE 2/4 * RCVD AT 7/8/2008 12:18:28 PM [Eastern Daylight Time] * SVR:NY_FAX01/2 * DNIS:6324 * CSID:9163629066 * DURATION (mm-ss):01-24

FROM Davis & Leonard LLP                                    (MON)JUL  7 2008 21:06/ST. 21:05/No 6651132605 P  3

Dated: July 8, 2008

DAVIS & LEONARD LLP

*[signature]*

By Mark R. Leonard

Davis & Leonard LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Facsimile: (916) 362-9066

*Counsel for Defendants*

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: July 10, 2008