JUDGE KAPLAN

◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

GUCCI AMERICA, INC. and CHLOE SAS,

V.

LAURETTE COMPANY, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 5065

TO: (Name and address of Defendant)

    JENNIFER MARIE MATTCHEN a/k/a JENNIFER MARIE KIRK a/k/a
    JENNIFER BESSON
    703 Chesterfield Way, Rocklin, California 95765

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Robert L. Weigel, Esq.
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue, 48th Floor
    New York, New York 10007

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK _____[signature]_____     DATE _____JUN 0 3 2008_____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 06/08/2008 |
| NAME OF SERVER (PRINT) David Aldrich | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **703 Chesterfield Way Rocklin, CA 95765**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/08/2008  
                Date                    *Signature of Server*

**2351 Sunset Blvd. Rocklin, CA 95765**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.