AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

GUCCI AMERICA, INC. and CHLOE SAS,

V.

LAURETTE COMPANY, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

LAURETTE COMPANY, INC.,
c/o CSC Services of Nevada, Inc., 502 East John Street,
Carson City, NV 89706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Weigel, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, New York 10007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 3 2008

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of this summons and complaint was made by me | DATE  Jun 4 2008 |
| NAME OF SERVER *(PRINT)*  **WADE MORLAN** | TITLE  **PROCESS SERVER LIC# 322** |

*Method of service indicated below*

☒ JAIME HAMTAK, OF THE OFFICE OF CSC SERVICES OF NEVADA, INC., RESIDENT AGENT FOR LAURETTE COMPANY, INC.
502 E. JOHN ST. ROOM E,
CARSON CITY, NV

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Statement of Service Fees is true and correct.

Executed on    Jun 6 2008
            Date            *Signature of Server*

**185 Martin St., Reno, NV 89509**
*Address of Server*

ESQU6 253564

(1) As to Who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# AFFIDAVIT

State of Nevada        )
                       ss.
County of Washoe       )

WADE MORLAN, being first duly sworn deposes and says:

That affiant is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #322, and not a party to, nor interested in the within action affiant received the documents on Jun 4 2008 10:54AM and on Jun 4 2008 1:45PM affiant personally served a copy of the
SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; ELECTRONIC CASE FILING RULES & INSTRUCTIONS; DECLARATION OF ROBERT L. WEIGEL; MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER, EXPEDITED DISCOVERY ORDER, AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION; DECLARATION OF CATHERINE LEBRUN; DECLARATION OF JONATHAN H. MOSS; DECLARATION OF MICHAEL F.

on JAIME HAMTAK OF THE OFFICE OF CSC SERVICES OF NEVADA, INC., RESIDENT AGENT FOR LAURETTE COMPANY, INC.

502 E. JOHN ST. ROOM E
CARSON CITY, NV

Affiant does hereby affirm under penalty of perjury that the assertions of this affidavit are true.

_____
WADE MORLAN

Signed and sworn to before me on Jun 9 2008
by WADE MORLAN

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 201_

_____
Notary Public

Reno/Carson Messenger Service, Inc.
License #322

185 Martin St
Reno, NV 89509
775-322-2424

RNPERSI 02/07/00

0253564 - ESQU6