

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GUCCI AMERICA, INC. and CHLOÉ SAS,

      Plaintiffs,

-against-

LAURETTE COMPANY, INC. and JENNIFER MARIE MATTCHEN a/k/a JENNIFER MARIE KIRK a/k/a JENNIFER BESSON d/b/a THEBAGADDICTION.COM; PATRICK B. KIRK d/b/a THEBAGADDICTION.COM; ABC COMPANIES; and JOHN DOES,

      Defendants.

------------------------------------------------------------x

08 Civ. 5065 (LAK)

**STIPULATION REGARDING MERCHANT RESERVE ACCOUNT FUNDS**

      Plaintiffs Gucci America, Inc. ("Gucci") and Chloé SAS ("Chloé") (collectively, "Plaintiffs"), and Defendants Laurette Company, Inc. and Jennifer Marie Mattchen a/k/a Jennifer Marie Kirk a/k/a Jennifer Besson, doing business as TheBagAddiction.com; and Patrick B. Kirk (collectively, "Defendants"), stipulate as follows:

    1.    Defendants, and any of them, may receive all funds, not to exceed $50,000.00, in the form of a cashier's check made payable to Davis & Leonard LLP from their merchant reserve account with Frontline Processing, close the account and deposit the funds in a trust account held by their counsel, Davis & Leonard LLP, to be held until final resolution of the above-captioned case.

    2.    The withdrawal and deposit of funds as provided in paragraph 1 shall not be treated as a violation of the Court's stipulated injunction dated June 12, 2008.

3. Defendants and their counsel shall provide an accounting to Plaintiffs' counsel of the amount of funds transferred from the merchant reserve account with Frontline Processing and deposited into Davis & Leonard LLP's trust account.

Dated: August 11, 2008

GIBSON, DUNN & CRUTCHER LLP

By: *Jennifer C. Halter*
Robert L. Weigel
Jennifer C. Halter

200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Plaintiffs – Gucci America, Inc. and Chloé SAS*

Dated: August 13, 2008

Laurette Company, Inc.

By: _____
Jennifer Kirk, president Laurette Company, Inc., Defendant

Dated: August 13, 2008

Jennifer Marie Mattchen a/k/a Jennifer Marie Kirk a/k/a Jennifer Besson, doing business as TheBagAddiction.com

_____
Jennifer Kirk, Defendant

Dated: August 13, 2008

Patrick B. Kirk

_____
Patrick B. Kirk, Defendant

Dated: August 13, 2008

DAVIS & LEONARD LLP

By: *Mark R. Leonard*
Mark R. Leonard

Davis & Leonard LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Facsimile: (916) 362-9066

*Counsel for Defendants*

SO ORDERED:

_____
~~HONORABLE LEWIS A. KAPLAN~~
UNITED STATES DISTRICT JUDGE
Paul A. Crotty — Part I

Dated: August 19, 2008

3